PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
Kelly L. Morrison, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017-5418
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**BEVERLY COMMUNITY HOSPITAL ASSOCIATION,**<br><br>　　　　　Debtor. | Case No.: 2:23-bk-12359 SK<br><br>Chapter 11<br><br>STIPULATION FOR THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN<br><br><u>Hearing</u><br>Date: None set<br>Time:<br>Ctrm: 1575 |

TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, DEBTOR'S ATTORNEY, AND ALL PARTIES IN INTEREST:

The Debtor is a nonprofit 202-bed hospital located at 309 West Beverly Boulevard, Montebello, California 90640 that serves primarily low-income patients in the Los Angeles area. Debtor filed its chapter 11 voluntary petition on April 19, 2023.

On April 20, 2023, the Debtor and United States Trustee (hereinafter, the "Parties") met and conferred and thereafter agreed to stipulate to the appointment of a Patient Care Ombudsman ("PCO") under 11 U.S.C. §333 to monitor and ensure patient safety.

1    The Parties agree that the Debtor is health care business within the meaning of 11 U.S.C. § 101(27A) because the Debtor operates a hospital. Due to the overriding concern of the United States Trustee and the attempt to minimize the cost of the PCO to the Debtor, the parties agree that a patient care ombudsman be appointed pursuant to 11 U.S.C. § 333.

ACCORDINGLY, IT IS STIPULATED THAT:

1. The U.S. Trustee shall appoint a patient care ombudsman pursuant to 11 U.S.C. § 333.

IT IS SO STIPULATED.

Dated: April ___, 2023        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP


By:  _____
     Jennifer Nassiri
     Proposed Attorney for the Debtor


Dated:  April 24, 2023        PETER C. ANDERSON
                              UNITED STATES TRUSTEE


By:____*Kelly L. Morrison*_____
       Kelly L. Morrison
       Trial Attorney

2

The Parties agree that the Debtor is health care business within the meaning of 11 U.S.C. § 101(27A) because the Debtor operates a hospital. Due to the overriding concern of the United States Trustee and the attempt to minimize the cost of the PCO to the Debtor, the parties agree that a patient care ombudsman be appointed pursuant to 11 U.S.C. § 333.

ACCORDINGLY, IT IS STIPULATED THAT:

1. The U.S. Trustee shall appoint a patient care ombudsman pursuant to 11 U.S.C. § 333.

IT IS SO STIPULATED.

Dated: April 21, 2023        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: _____
Jennifer Nassiri
Proposed Attorney for the Debtor

Dated: April __, 2023        PETER C. ANDERSON
UNITED STATES TRUSTEE

By:_____
Kelly L. Morrison
Trial Attorney

2

Main Document    Page 4 of 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Blvd., Ste. 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): __STIPULATION FOR THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN__
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/24/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/24/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/24/2023 | Kelly L. Morrison | /s/ Kelly L. Morrison |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

**SECTION I – EMAIL SERVICE**

Joseph P Buchman, interested party, jbuchman@bwslaw.com, gmitchell@bwslaw.com

Evelina Gentry, interested party, evelina.gentry@akerman.com, rob.diwa@akerman.com

Evan Gershbein, interested party, ECFpleadings@kccllc.com

Michael Jones, Assistant U.S. Trustee, michael.jones4@usdoj.gov

Alexandria Lattner, debtor's counsel, alattner@sheppardmullin.com, ehwalters@sheppardmullin.com

Marc A Levinson, interested party, MALevinson@orrick.com, borozco@orrick.com

Ron Maroko, UST Trial Attorney, ron.maroko@usdoj.gov

Jennifer L Nassiri, debtor's counsel, JNassiri@sheppardmullin.com

Nathan A Schultz, interested party, nschultzesq@gmail.com

Howard Steinberg, interested party, steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Sharon Z. Weiss, interested party, sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

United States Trustee, UST, ustpregion16.la.ecf@usdoj.gov

**SECTION II – U.S. MAIL SERVICE**

**Judge**
Hon. Sandra R Klein
U.S. Bankruptcy Court
255 E. Temple St., Ste. 1582
Los Angeles, CA  90012

**Debtor**
Beverly Community Hospital Association
309 West Beverly Blvd
Montebello, CA 90640

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| In re:<br>Beverly Community Hospital Association, dba Beverl,<br>    Debtor(s). | Case No.: 23-12359<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on April 24, 2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Stipulation for Appointment of Patient Care Ombudsman |
| Notice of Lodgment of Order in Bankruptcy Case Directing Appointment of Patient Care Ombudsman |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

April 24, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Beverly Community Hospital Association, dba Beverl 23-12359**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8202 | Beverly Community Hospital Association, 309 West Beverly Blvd, Montebello, CA, 90640 | **First Class** |
| 8202 | U.S. Bankruptcy Court, Hon. Sandra R. Klein, 255 E. Temple St., Ste. 1582, Los Angeles, CA, 90012 | **First Class** |