MARC A. LEVINSON (SBN:57613)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: malevinson@orrick.com

Proposed Special Counsel to Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), *et al*,[1]<br><br>Debtors,<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Montebello Community Health Services, Inc.<br><br>☐ Beverly Hospital Foundation | Lead Case No.: 2:23-bk-12359-SK<br><br>Jointly administered with:<br>Case No.: 2:23-bk-12360-SK<br>Case No.: 2:23-bk-12361-SK<br><br>Hon. Sandra R. Klein<br><br>Chapter 11 Case<br><br>**STIPULATION RE SECOND INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER (I) APPROVING DEBTORS' USE OF CASH COLLATERAL, AND (II) SETTING A FINAL HEARING ON THE USE OF CASH COLLATERAL**<br><br>Date:    April 26, 2023<br>Time:   3:00 p.m.<br>Judge:  Sandra R. Klein<br>Place:   Zoom.Gov – or - Courtroom 1575<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Beverly Community Hospital Association d/b/a Beverly Hospital (6005), Montebello Community Health Services, Inc. (3550), and Beverly Hospital Foundation (9685).  The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

-1-    STIPULATION RE SECOND INTERIM ORDER RE
USE OF CASH COLLATERAL

S.4

TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

In its order entered on April 27, 2023 [Docket No. 159] (the "April 27 Cash Collateral Order"), the Court granted on a second interim basis the *Debtors' Emergency Motion for Entry of an Order Granting Debtors' Emergency Motion (I) Approving Debtors' Use of Cash Collateral; and (II) Scheduling a Final Hearing on the Use of Cash Collateral* (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed on April 20, 2023 [Docket No. 27]. The April 27 Cash Collateral Order extended Cash Collateral usage as described in an interim order filed on April 25, 2023 [Docket No. 124] and provided, among other things, that the Debtors were authorized to use Cash Collateral under the terms and conditions enumerated therein.

The April 27 Cash Collateral Order set the following briefing schedule for the final hearing on the Motion:

- The hearing shall be held on May 17, 2023, at 9:00 a.m. Pacific time;
- Any opposition to the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 3, 2023; and
- any reply in support of the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 10, 2023.

The April 27 Cash Collateral Order authorized the Debtors to use Cash Collateral through 5:00 p.m. Pacific time on May 12, 2023, in accordance with the terms and conditions, including the adequate protection, enumerated therein.

The Debtors and the Indenture Trustee are engaging in settlement discussions that, if successful, would resolve the Motion. They therefore seek to postpone for a short period the deadlines for the filing of the any opposition and the filing of any reply to enable them to concentrate on settlement. Moreover, in order to avoid yet a third interim order re the use of Cash Collateral, the Indenture Trustee has agreed to the use of Cash Collateral for an additional week to and including

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

May 17, 2023, under the same terms and conditions as specified in the April 27 Cash Collateral Order.

Based on the foregoing, the Debtors and the Indenture Trustee request that the Court enter the proposed order attached hereto as Exhibit A that will be concurrently lodged with the Clerk of this Court and stipulate as follows;

1.  The Debtors may use Cash Collateral through 5:00 p.m. Pacific time on May 17, 2023, in accordance with the Approved Budget attached to Docket #153 as Exhibit A.

2.  The Indenture Trustee shall be granted a replacement lien on Gross Receivables, which for clarity, includes any insurance or utility refunds received by the Debtors.

3.  The Indenture Trustee shall be granted a superpriority administrative claim under Bankruptcy Code §364(c) for any diminution in value of its collateral.

4.  The order approving this stipulation shall be deemed to constitute a request as of the Petition Date by the Indenture Trustee for relief from the automatic stay with respect to its prepetition collateral for purposes of any request for adequate protection granted hereunder, and as additional adequate protection for any diminution in the value of its collateral, the Indenture Trustee shall have a super-priority administrative expense claim pursuant to Section 507(b) of the Bankruptcy Code.

5.  As additional adequate protection, the Indenture Trustee shall be granted adequate protection payments in the form of its fees and expenses (and the fees and expenses of its professionals) in amounts to be agreed upon and set forth in the final budget approved by the Court; *provided*, *however*, that the payment of such fees and expenses is subject to the paragraph of the debtor in possession stipulation that addresses fees and expenses of the professionals engaged by the Debtors.

6.  A final hearing on the Motion shall be held on May 17, 2023, at 9:00 a.m. Pacific time. Any opposition to the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 8, 2023, and any reply in support of the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 12, 2023.

7. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the order approving this stipulation.

AGREED TO BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By *[signature]*

Marc A. Levinson,

Proposed Special Counsel to the Debtors

GREENBERG TRAURIG, LLP

By *[signature]*

Kevin J. Walsh,

Counsel to the Indenture Trustee

#####

# ATTACHMENT A

MARC A. LEVINSON (SBN:57613)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: malevinson@orrick.com

Proposed Special Counsel to Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), *et al*,[1]<br><br>Debtors,<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Montebello Community Health Services, Inc.<br><br>☐ Beverly Hospital Foundation | Lead Case No.: 2:23-bk-12359-SK<br><br>Jointly administered with:<br>Case No.: 2:23-bk-12360-SK<br>Case No.: 2:23-bk-12361-SK<br><br>Hon. Sandra R. Klein<br><br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION RE SECOND INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER (I) APPROVING DEBTORS' USE OF CASH COLLATERAL, AND (II) SETTING A FINAL HEARING ON THE USE OF CASH COLLATERAL**<br><br>Date:     April 26, 2023<br>Time:    3:00 p.m.<br>Judge:   Sandra R. Klein<br>Place:   Zoom.Gov – or - Courtroom 1575<br>             255 E. Temple St.<br>             Los Angeles, CA 90012 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), Montebello Community Health Services, Inc. (3550), and Beverly Hospital Foundation (9685). The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

-1-    ORDER APPROVING STIPULATION RE SECOND
       INTERIM ORDER RE USE OF CASH COLLATERAL

S.4

Main Document    Page 7 of 18

In its order entered on April 27, 2023 [Docket No. 159] (the "April 27 Cash Collateral Order"), the Court granted on a second interim basis the *Debtors' Emergency Motion for Entry of an Order Granting Debtors' Emergency Motion (I) Approving Debtors' Use of Cash Collateral; and (II) Scheduling a Final Hearing on the Use of Cash Collateral* (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed on April 20, 2023 [Docket No. 27]. The April 27 Cash Collateral Order extended Cash Collateral usage as described in an interim order filed on April 25, 2023 [Docket No. 124] and provided, among other things, that the Debtors were authorized to use Cash Collateral under the terms and conditions enumerated therein.

The April 27 Cash Collateral Order set the following briefing schedule for the final hearing on the Motion:

- The hearing shall be held on May 17, 2023, at 9:00 a.m. Pacific time;
- Any opposition to the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 3, 2023; and
- any reply in support of the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 10, 2023.

The April 27 Cash Collateral Order authorized the Debtors to use Cash Collateral through 5:00 p.m. Pacific time on May 12, 2023, in accordance with the terms and conditions, including the adequate protection, enumerated therein.

The Debtors and the Indenture Trustee having engaged settlement discussions that, if successful, would resolve the Motion, have entered into a stipulation filed contemporaneously herewith to postpone for a short period the deadlines for the filing of the any opposition and the filing of any reply to enable them to concentrate on settlement. The stipulation also provides that in order to avoid yet a third interim order regarding the use of Cash Collateral, the Indenture Trustee has agreed to the use of Cash Collateral to and including May 17, 2023, under the same terms and conditions as specified in the April 27 Cash Collateral Order.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Based on the foregoing; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that it may enter a final order consistent with Article III of the United States Constitution; that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at hearings on April 21, 2023 and April 26, 2023; having entered the April 25 Cash Collateral Order; and the Court having determined that the legal and factual bases set forth in the Motion, at the two hearings and in this Second Interim Order establish just cause for the relief granted herein and is necessary to avoid immediate and irreparable harm pursuant to Bankruptcy Rule 4001; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors may use Cash Collateral through 5:00 p.m. Pacific time on May 17, 2023, in accordance with the Approved Budget attached to Docket #153 as Exhibit A.

2. The Indenture Trustee shall be granted a replacement lien on Gross Receivables, which for clarity, includes any insurance or utility refunds received by the Debtors.

3. The Indenture Trustee shall be granted a superpriority administrative claim under Bankruptcy Code §364(c) for any diminution in value of its collateral.

4. The order approving this stipulation shall be deemed to constitute a request as of the Petition Date by the Indenture Trustee for relief from the automatic stay with respect to its prepetition collateral for purposes of any request for adequate protection granted hereunder, and as additional adequate protection for any diminution in the value of its collateral, the Indenture Trustee shall have a superpriority administrative expense claim pursuant to Section 507(b) of the Bankruptcy Code.

5. As additional adequate protection, the Indenture Trustee shall be granted adequate protection payments in the form of its fees and expenses (and the fees and expenses of its

professionals) in amounts to be agreed upon and set forth in the final budget approved by the Court; *provided*, *however*, that the payment of such fees and expenses is subject to the paragraph of the debtor in possession stipulation that addresses fees and expenses of the professionals engaged by the Debtors.

6. A final hearing on the Motion shall be held on May 17, 2023, at 9:00 a.m. Pacific time. Any opposition to the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 8, 2023, and any reply in support of the Motion shall be filed and served on or before 5:00 p.m. Pacific time on May 12, 2023.

7. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the order approving this stipulation.

####

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
222 N Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245.

A true and correct copy of the foregoing document entitled (*specify*): Stipulation re Second Interim Order Granting Debtors' Emergency Motion for Order (I) Approving Debtors' Use of Cash Collateral, and (II) Setting a Final Hearing on the Use of Cash Collateral
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/04/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Exhibit A.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/04/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Exhibit B.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/04/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

See Exhibit C - Electronic Mail.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/04/2023 | Jonathan J. Thomson | /s/ Jonathan J. Thomson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

# Exhibit A

**Exhibit A**
**Parties Served via ECF**

| CreditorName | Email |
| --- | --- |
| Megan M Adeyemo | madeyemo@grsm.com; asoto@grsm.com |
| David E Ahdoot | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Scott E Blakeley | seb@blakeleyllp.com; ecf@blakeleyllp.com |
| Joseph P Buchman | jbuchman@bwslaw.com; gmitchell@bwslaw.com |
| Adrian Butler | abutler@bushgottlieb.com |
| Evelina Gentry | evelina.gentry@akerman.com; rob.diwa@akerman.com |
| Evan Gershbein | ECFpleadings@kccllc.com |
| Steven T Grubner | sgubner@bg.law, ecf@bg.law |
| Brian T Harvey | bharvey@buchalter.com |
| Michael Jones | michael.jones4@usdoj.gov |
| Alexandria Lattner | alattner@sheppardmullin.com; ehwalters@sheppardmullin.com |
| Marc A Levinson | MALevinson@orrick.com; borozco@orrick.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |
| Jennifer L Nassiri | JNassiri@sheppardmullin.com |
| Mary H Rose | mrose@buchalter.com |
| Nathan A Schultz | nschultzesq@gmail.com |
| Howard Steinberg | steinbergh@gtlaw.com; pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Mark J Valencia | mvalencia@vclitigation.com |
| Kenneth K Wang | kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; Stacy.McKellar@doj.ca.gov; yesenia.caro@doj.ca.gov; Christine.Murphy@doj.ca.gov |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com; raul.morales@bclplaw.com; REC_KM_ECF_SMO@bclplaw.com |
| Roye Zur | rzur@elkinskalt.com; cavila@elkinskalt.com; lwageman@elkinskalt.com; 1648609420@filings.docketbird.com |

# Exhibit B

**Exhibit B**
**Parties Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | 100 Abbot Park Road | | | Abbot Park | IL | 60064 |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | 13155 Noel Road Suite 300 | | | Dallas | TX | 75240 |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | 601 West Fifth Street, Suite 300 | | | Los Angeles | CA | 90071 |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | 4619 N. Rosemead Blvd. | | | Rosemead | CA | 91770 |
| Attorneys for California Statewide Communities Development Authority | Allen Matkins Leck Gamble Mallory & Natsis LLP | Debra A. Riley, Esq. | One America Plaza | 600 West Broadway, 27th Floor | | San Diego | CA | 92101-0903 |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | 161 Washington St Suite 600 | | | Conshohocken | PA | 19428 |
| TOP 30 | Arthrex, Inc | Carla Pitcher | 2825 Airview Boulevard | | | Kalmazoo | MI | 49002 |
| Attorney General of California | Attorney General of California | Attn Bankruptcy Department | California Department of Justice | 1300 "I" Street | | Sacramento | CA | 95814 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| TOP 30 | Axis Spine Llc | DD Mate | 1812 W Burbank Blvd #5384 | | | Burbank | CA | 91506 |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | 530 Technology Drive, Suite 100 | | | Irvine | CA | 92618 |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | 300 Boston Scientific Way | | | Marlborough | MA | 01752-1234 |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | Two Penn Center, Suite 610 | 1500 John F. Kennedy Boulevard | | Philadelphia | PA | 19102 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | 161 North Clark Street, Suite 4300 | | | Chicago | IL | 60612 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | 120 Broadway, Suite 300 | | | Santa Monica | CA | 90401-2386 |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | PO Box 997377 MS 0500 | | | Sacramento | CA | 95899-7377 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | Chair | 1100 K Street, Suite 101 | | | Sacramento | CA | 95814 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | 90 – 7th Street, Suite 5-300 | | | San Francisco | CA | 94103-6706 |
| TOP 30 | Cepheid Inc. | Susan Jose | 904 E Caribbean Dr | | | Sunnyvale | CA | 94089 |
| TOP 30 | Cloudwave | Loraine Sarno | 100 Crowley Dr. | | | Marlborough | MA | 01752 |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | 9400 Bunsen Parkway Suite 100 | | | Louisville | KY | 40220 |
| Department of Health Care Services | Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | MS 4704, P.O. Box 997412 | | | Sacramento | CA | 95899-7412 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall, MIC 92E | | | Sacramento | CA | 95814 |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | One International Place, Suite 2000 | | | Boston | MA | 02110 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 2010 Main St. Suite 590 | | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 1920 Main St. Suite 1140 | Attn Ben Sottile | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | | 10180 Reseda Blvd | | | Northridge | CA | 91324 |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | 5 Revere Drive, Suite 206 | | | Northbrook | IL | 60062 |
| TOP 30 | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road | | | Bloomfield Hills | MI | 48302 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| TOP 30 | Keenan and Associates | Raquel Wallace | 2355 Crenshaw Blvd., Suite 200 | | | Torrance | CA | 90501 |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | 10621 Craig Road | | | Traverse City | MI | 49686 |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | 7 Blue Hill River Road | | | Canton | MA | 02021 |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | 1010 N 102Nd St Suite 300 | | | Omaha | NE | 68114 |
| TOP 30 | Medline Industries Inc | Brent Fogel | Three Lakes Drive | | | Northfield | IL | 60093 |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | 9251 Wedgewood St | | | Temple City | CA | 91780 |
| National Association of Attorneys General | National Association of Attorneys General | | 1850 M Street NW, 12th Floor | | | Washington | DC | 20036 |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | 1300 Clinton Square | | | Rochester | NY | 14604 |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | 900 42nd Street S | | | Fargo | ND | 58103 |
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | 405 South Main Street Suite 350 | | | Salt Lake City | UT | 84111 |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Department of Justice | Kenneth K. Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Counsel to Hanmi Bank | Orrick, Herrington & Sutcliffe LLP | Brendan LaFountain | 400 Capitol Hall | | | Sacramento | CA | 95814-4497 |
| TOP 30 | Outset Medical Inc | Andy Rabon | 3052 Orchard Drive | | | San Jose | CA | 95134 |
| TOP 30 | Philips Healthcare | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | 1411 North Batavia Street #105 | | | Orange | CA | 92867 |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | 350 South Grand Avenue, 37th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Shiftwise | Jennifer Folds | 200 SW Market Street Suite 700 | | | Portland | OR | 97201 |
| Counsel to Hanmi Bank | Shulman Hodges & Bastian LLP | Michael J. Petersen | 100 Spectrum Center Drive, Suite 600 | | | Irvine | CA | 92614 |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | 9801 Washingtonian Boulevard | | | Gaithersburg | MD | 20878 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | 5900 Optical Ct | | | San Jose | CA | 95138 |
| TOP 30 | Stryker Instruments | Donovan Reiley | 4100 E. Milham Road | | | Kalamazoo | MI | 49001 |
| TOP 30 | Stryker Orthopedics | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| United States Attorney Civil Process Clerk | United States Attorney's Office | | Federal Building | Room 7516 | 300 North Los Angeles Street | Los Angeles | CA | 90012 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United Stated Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| United States Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | James Center Three | 1051 East Cary Street, 6th Floor | | Richmond | VA | 23219 |
| Indenture Trustee | US Bank NA | | Po Box 70870 | | | St Paul | MN | 55170-9690 |
| Chambers | USBC Central District of California | | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1560 | | Los Angeles | CA | 90012 |

# Exhibit C

**Exhibit C**
**Parties Served via Email**

| Description | CreditorName | Email |
|---|---|---|
| TOP 30 | Abbott Laboratories Inc | nathan.scott@abbott.com |
| TOP 30 | Advantis Medical Staffing | goldman@advantismed.com |
| Counsel for Advantis Medical Staffing | Akerman LLP | evelina.gentry@akerman.com |
| TOP 30 | Alhambra Hospital Medical Center | terrychu@alhambrahospital.com |
| Attorneys for California Statewide Communities Development Authority | Allen Matkins Leck Gamble Mallory & Natsis LLP | driley@allenmatkins.com |
| TOP 30 | Allied Universal Security Services | moises.rodriguez@aus.com |
| TOP 30 | Arthrex, Inc | Carla.Pitcher@arthrex.com |
| TOP 30 | Axis Spine Llc | dmate@axisspineco.com |
| TOP 30 | Baxter Healthcare Corp | yolieth_bazan@baxter.com |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | SEB@BlakeleyLC.com |
| TOP 30 | Boston Scientific Corp | Kathleen.homsab@bsci.com |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | jnimeroff@bmnlawyers.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | eric.prezant@bclplaw.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| TOP 30 | California Department Of Health Care | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Public Health | California Department of Public Health | stephanie.spich@cdph.ca.gov |
| TOP 30 | Cepheid Inc. | susan.jose@cepheid.com |
| TOP 30 | Cloudwave | lsarno@insightinvestments.com |
| TOP 30 | Constellation New Energy-Gas | ZacharyKecyzkecy@spectrum-nrg.com |
| TOP 30 | First Financial Holdings Llc | roseguera@ffequipmentleasing.com |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com |
| Proposed DIP Lender | Hilco Real Estate | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| TOP 30 | Huntington Technology Finance | brent.a.mcqueen@huntington.com |
| TOP 30 | Keenan and Associates | rwallace@keenan.com |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | nschultzesq@gmail.com |
| TOP 30 | Medical Information Technology, Inc | gmedeiros@meditech.com |
| TOP 30 | Medical Solutions LLC | info@medicalsolutions.com |
| TOP 30 | Medline Industries Inc | bfogel@medline.com |
| TOP 30 | Medstar Anesthesia Services Inc | robert.amedinc@gmail.com |
| National Association of Attorneys General | National Association of Attorneys General | support@naag.org |
| TOP 30 | Nixon Peabody Llp | joneal@nixonpeabody.com |
| TOP 30 | Noridian Healthcare Solutions, LLC | JE-ERS@noridian.com |
| TOP 30 | Office of Inspector General (OIG) | Nicole.Caucci@oig.hhs.gov |
| Office of the Attorney General of California | Office of the Attorney General of California | Scott.Chan@doj.ca.gov |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Kenneth.Wang@doj.ca.gov |
| TOP 30 | Outset Medical Inc | arabon@outmedical.com |
| TOP 30 | Philips Healthcare | jose.rivera@philips.com |
| TOP 30 | Private Attorney General Act (PAGA) | jarrod@phoenixclassaction.com |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | slee@rwglaw.com |
| TOP 30 | Shiftwise | jennifer.folds@medefis.com |
| TOP 30 | Sodexho Inc & Affiliates | LuisLunalluna@beverly.org |
| TOP 30 | Stryker Endoscopy | joe.gallinati@stryker.com |
| TOP 30 | Stryker Instruments | donovan.reiley@stryker.com |
| TOP 30 | Stryker Orthopedics | TrentZaks@stryker.com |

**Exhibit C**
**Parties Served via Email**

| Description | CreditorName | Email |
|---|---|---|
| Office of the United States Trustee | United States Trustee | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| Indenture Trustee | US Bank NA | christopher.gehman@usbank.com |