SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JUSTIN R. BERNBROCK (admitted *pro hac vice*)
CATHERINE JUN (admitted *pro hac vice*)
ROBERT B. McLELLARN (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Facsimile:  312.499.6301
Email:      jbernbrock@sheppardmullin.com
            cjun@sheppardmullin.com
            rmclellarn@sheppardmullin.com

JENNIFER L. NASSIRI, SBN 209796
ALEXANDRIA G. LATTNER, SBN 314855
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone: 310.228.3700
Facsimile:  310.228.3701
Email:      jnassiri@sheppardmullin.com
            alattner@sheppardmullin.com

Proposed Counsel to Debtors and
Debtors in Possession

**FILED & ENTERED**

**MAY 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), *et al*,[1]<br><br>Debtors,<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><br>☐ Affects Beverly Hospital Foundation | **Case No.: 2:23-bk-12359-SK**<br><br>Jointly administered with:<br>Case No: 2:23-bk-12360-SK<br>Case No: 2:23-bk-12361-SK<br><br>Hon, Sandra R. Klein<br><br>Chapter 11 Case<br><br>**ORDER AUTHORIZING FILING OF BIDDING PROCEDURES MOTION EXCEEDING 35 PAGES**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), Montebello Community Health Services, Inc. (3550), and Beverly Hospital Foundation (9685). The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

-1-

The Court, having considered the *Debtor's Notice of Motion and Motion for Order Authorizing Filing of Bidding Procedures Motion Exceeding 35 Pages* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") on May 23, 2023, [Docket #310], and finding that notice given of the Motion was proper and sufficient under the circumstances; and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED;

2. The Debtors are authorized to exceed the 35-page limit with respect to the Bidding Procedures Motion.

### # # #

Date: May 24, 2023

Sandra R. Klein
United States Bankruptcy Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.