SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JUSTIN R. BERNBROCK (admitted *pro hac vice*)
CATHERINE JUN (admitted *pro hac vice*)
ROBERT B. McLELLARN (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email:    jbernbrock@sheppardmullin.com
          cjun@sheppardmullin.com
          rmclellarn@sheppardmullin.com

JENNIFER L. NASSIRI, SBN 209796
ALEXANDRIA G. LATTNER, SBN 314855
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone: 310.228.3700
Email:    jnassiri@sheppardmullin.com
          alattner@sheppardmullin.com

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, *et al.* (A NONPROFIT PUBLIC BENEFIT CORPORATION),[1]<br><br>   Debtors.<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><br>☐ Affects Beverly Hospital Foundation | Lead Case No: 2:23-bk-12359-SK<br><br>Jointly administered with:<br>Case No: 2:23-bk-12360-SK<br>Case No: 2:23-bk-12361-SK<br><br>Hon. Sandra R. Klein<br><br>Chapter 11 Case<br><br>**DECLARATION OF JUSTIN R. BERNBROCK (I) REGARDING RESULTS OF AUCTION HELD ON JUNE 27, 2023, AND (II) IN SUPPORT OF STIPULATION TO CONTINUE SALE HEARING FILED CONCURRENTLY HEREWITH**<br><br>[No Hearing Required] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association, d/b/a Beverly Hospital (6005), Montebello Community Health Services, Inc. (3550), Beverly Hospital Foundation (9685). The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

-1-

# **DECLARATION OF JUSTIN R. BERNBROCK**

I, Justin R. Bernbrock, hereby state and declare the following:

1. I am a partner in the Finance and Bankruptcy Practice Group of the firm Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin" or the "Firm").[2] Sheppard Mullin has been employed as lead bankruptcy counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-referenced chapter 11 cases pursuant to the Court's *Order Granting Debtors' Application for Order Authorizing Employment of Sheppard, Mullin, Richter & Hampton LLP as Bankruptcy Counsel* [Docket No. 424]. I am a resident of Sheppard Mullin's Chicago office. I am a member in good standing of the Bar of the State of Illinois. There are no disciplinary proceedings pending against me.

2. I respectfully submit this declaration (the "Declaration") to apprise the Court and other parties in interest of certain material updates in the Debtors' chapter 11 cases arising in connection with the results of the Auction for the sale of substantially all of the Debtors' assets, which was held in-person on June 27, 2023 at Sheppard Mullin's Los Angeles offices and pursuant to the Court's *Order (I) Approving Asset Purchase Agreement for Stalking Horse Purchaser and for Prospective Overbidders, (II) Approving Bid Protections, (III) Approving Bidding Procedures, (IV) Scheduling Certain Dates Thereto, (V) Approving Form of Notice and (VI) Scheduling Court Hearing to Approve Sale Free and Clear to the Successful Bidder* [Docket No. 378] (the "Bidding Procedures Order"). I further submit this Declaration in support of the *Stipulation to Continue Hearings on Various Motions from July 12, 2023 at 9:00 a.m. to July 19 or July 20* filed concurrently herewith.

3. Except as otherwise indicated in this Declaration, the matters stated herein are true and correct and are within my personal knowledge or information provided to me by other attorneys or employees of Sheppard Mullin, and if called upon to testify as a witness, I could and would testify competently thereto.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bidding Procedures Order (as defined herein).

**I.     The Auction.**

4.     Prior to the Bid Deadline of June 23, 2023, at 4:00 p.m. (prevailing Pacific Time), and pursuant to the Bidding Procedures set forth in the Bidding Procedures Order, the Debtors received various proposals from Potential Bidders both for the purchase of certain of the Debtors' assets and for the purchase of substantially all of the Debtors' assets. In addition to the Stalking Horse Bid, the Debtors received proposals from two Potential Bidders for the purchase of the assets of debtor Beverly Community Hospital Association (the "Beverly" or the "Hospital") comprised of the Hospital's owned real estate, operational, and certain other assets (the "Hospital Assets"). The Debtors further received separate proposals from fifteen Potential Bidders for the purchase of the real estate assets of debtor Montebello Community Health Services, Inc. ("Montebello Health") comprising the DIP Collateral (the "Non-Hospital Real Estate"), some of which provided for the purchase of the entirety of the Non-Hospital Real Estate portfolio and others limited to certain parcels thereof.

5.     On June 27, 2023 at 10:33 a.m. (prevailing Pacific Time), pursuant to the Bidding Procedures Order, the Debtors called the Auction for the sale of substantially all their assets at Sheppard Mullin's Los Angeles office located at 333 S. Hope St, 43rd Floor, Los Angeles, California 90071. In addition to the Debtors' advisors, representatives of the following parties were present at the Auction:

- The Stalking Horse Bidder;
- The two additional bidding parties for the Hospital Assets;
- The fifteen bidding parties for the Non-Hospital Real Estate;
- The Consultation Parties, including counsel to the Master Trustee, counsel to the Committee, and counsel to UNAC/UHCP;
- The DIP Lender;
- The California Department of Justice;
- The California Department of Health Care Services;
- Beverly Hospital, including members of the Hospital's Board of Directors and certain of the Hospital's executive officers;

- Community leaders of the City of Montebello, California.

6. Following the calling of the Auction, the Debtors and their advisors met and conferred with the various bidders, the Consultation Parties, and other parties in interest in these chapter 11 cases in an effort to reach a consensus with respect to which bid or bids constituted the highest and best offer for the purchase of the Debtors' assets. The parties worked diligently throughout the day in order to identify such highest and best bid or bids, which would thus set the baseline bid and allow for formal commencement of the Auction.

7. Pursuant to extended negotiations and deliberations with the various bidders, the Consultation Parties, and other parties in interest, the Debtors formally commenced the Auction at approximately 7:30 p.m. (prevailing Pacific Time) on June 27, 2023. At the commencement of the Auction, the Debtors, with the support of the Consultation Parties, identified the bid tendered by American Healthcare Systems Foundation Inc., a North Carolina not-for-profit corporation ("AHS"), as the highest and best bid for the Hospital Assets (the "AHS Bid"). The Debtors further, with the support of the Consultation Parties, identified the bid tendered by Layton 26, LLC, a California limited liability company ("Layton"), as the highest and best bid for the Non-Hospital Real Estate (the "Layton Bid").

8. Upon identifying the AHS Bid as the highest and best bid for the Hospital Assets and the Layton Bid as the highest and best bid for the Non-Hospital Real Estate, and communicating the material terms of each to all parties present at the Auction, the Debtors solicited overbids. No parties tendered any further bids, whether overbids or otherwise, for the Debtors' assets. Accordingly, the Debtors named AHS the Successful Bidder for the Hospital Assets and Layton as the Successful Bidder for the Non-Hospital Real Estate (the AHS Bid and the Layton Bid, together, the "Successful Bid"). The principal terms of the Successful Bid, which remain subject to final documentation, are as follows:

- The AHS Bid proposes to purchase the select assets of the Debtors with a purchase price comprised of the assumption of (i) all the Debtors' obligations secured by and under the Master Trust Indenture (the "MTI Debt"), (ii) all cure costs from Assumed Contracts, and (iii) certain PTO obligations of retained employees.

- Excluded assets from the AHS Bid include cash, patient accounts receivable, DSH and QAF accounts receivable and the Non-Hospital Real Estate.

- The Layton Bid proposes to purchase the Non-Hospital Real Estate with a purchase price of $14.81 million in cash consideration.

- The aggregate consideration of the Successful Bid is estimated to be approximately $116 million, consisting of $14.81 million for the Non-Hospital Real Estate under the Layton Bid, $33 million for the excluded assets under the AHS Bid, and $68 million in assumed obligations, including without limitation the MTI Debt, for the purchase price under the AHS Bid.

- Pursuant to the AHS Bid, AHS agrees to maintain all current services offered at Beverly and use best efforts to reopen previously suspended or closed services.

- Pursuant to the AHS Bid, AHS agrees to offer employment to substantially all of the Debtors' active employees in similar positions at compensation levels generally consistent with those provided by the Debtors. Such commitment shall include the assumption of the Debtors' collective bargaining agreement with UNAC/UHCP (the "CBA") and assignment to AHS, without any modifications to its terms.

- Pursuant to the AHS Bid, AHS will enter into an Interim Management Agreement ("IMA") with the Debtors providing for the uninterrupted operation of the Hospital following the entry of the Sale Order, and will operate the Hospital under the IMA while they complete the process for the change of ownership ("CHOW") of the hospital's license (the "IMA Period"). During the IMA Period, AHS will have sole financial responsibility for the Hospital's operations. The asset transfer component of the AHS Bid shall close immediately upon completion of the CHOW process.

- Pursuant to the AHS Bid, AHS will provide a parent guarantee in the amount of $5 million subject to mutually agreeable documentation among the parties, payable to the estate in the event AHS fails to receive necessary State and Federal consents or approvals to consummate the transaction.

9. After identifying the Successful Bid and naming the Successful Bidders, the Debtors concluded the Auction in accordance with the Bidding Procedures.

**II.    The Global Settlement.**

10. During the course of the Auction, in addition to and in connection with the selection of the Successful Bid, the Debtors reached substantial agreement with the Master Trustee, the Committee, and UNAC/UHCP (collectively, the "Settlement Parties") on the terms of a global

settlement (the "Global Settlement") of various material issues in these chapter 11 cases, including, but not limited to:

- The Master Trustee's objection [Docket No. 411] to the Debtors' applications to employ Portage Point as investment banker [Docket No. 280] and restructuring advisor [Docket No. 285];

- The Committee's complaint for determination of the validity, priority, and extent of the Master Trustee's liens and security interests under 28 U.S.C. § 2201(a) [Docket No. 444];

- Issues relating to the sale of the Debtors' assets, including the authorization of such sale pursuant to section 363(f) of the Bankruptcy Code;

- Issues relating to the Debtors' use of Cash Collateral; and

- Issues relating to the treatment of the Debtors' collective bargaining agreement with UNAC/UHCP.

11. The Settlement Parties intend to memorialize the terms of the Global Settlement by filing a motion with the Court pursuant to Bankruptcy Rule 9019 (the "Settlement Motion"). In order to ensure that potential objections and/or disputes relating to the issues described above do not encumber any motion that the Debtors file seeking authorization to sell their assets pursuant to the Successful Bid (the "Sale Motion"), the Debtors require additional time to prepare the Settlement Motion and the Sale Motion in conformance with the agreed upon terms of the Global Settlement.

12. Accordingly, pursuant to the *Stipulation to Continue Hearings on Various Motions from July 12, 2023 at 9:00 a.m. to July 19 or July 20* filed contemporaneously herewith, the Settlement Parties respectfully request a continuance of the Sale Hearing, and all other hearings currently set for July 12, 2023, to either July 19, 2023 or July 20, 2023 (the "Continued Sale Hearing Date"). By further motion and/or application, the Debtors will seek to have the Settlement Motion heard on shortened notice. With such continuance, the Debtors anticipate that the Sale Motion and the Settlement Motion will be unopposed, thus paving the way for these chapter 11 cases to result in the maximum degree of benefit to the Debtors' estates, their creditors, and the communities that Beverly Hospital serves.

## III. Conclusion.

13. While it may go without saying, the forgoing outcomes constitute a monumental achievement in the context of these challenging chapter 11 cases. Most critically, Beverly Hospital will continue forward as a beacon for the community it has served for 75 years. And although significant work remains to effectuate the transactions, the good faith and unparalleled professionalism of all parties involved will enable the Debtors to achieve the remarkable result of transferring ownership of an operating hospital in the context of a hyper-accelerated chapter 11 process, all the while maintaining the quality of care that has enabled Beverly Hospital to remain a pillar of the City of Montebello and the surrounding community. Last, I personally wish to extend my sincere thanks to the Court and its staff, which has been incredibly helpful to the Debtors as they seek to save Beverly Hospital and maximize value for all stakeholders.

[*Signature Page Follows*]

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Dated: June 28, 2023                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

   By: /s/ _____
   Justin R. Bernbrock
   Partner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
222 N Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245.

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Justin R. Bernbrock (I) Regarding Results of Auction Held on June 27, 2023, and (II) in Support of Stipulation to Continue Sale Hearing Filed Concurrently Herewith
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/28/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/28/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[✓] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/28/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[✓] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/28/2023 | Jonathan J. Thomson | /s/ Jonathan J. Thomson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Megan M Adeyemo | madeyemo@grsm.com; asoto@grsm.com |
| David E Ahdoot | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Joseph M Ammar | ammar@millercanfield.com |
| Scott E Blakeley | seb@blakeleyllp.com; ecf@blakeleyllp.com |
| Joseph P Buchman | jbuchman@bwslaw.com; gmitchell@bwslaw.com |
| Adrian Butler | abutler@bushgottlieb.com |
| Augustus Curtis | augustus.t.curtis@usdoj.gov |
| David K Eldan | David.Eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov |
| Amanda N Ferns | aferns@fernslaw.com; mmakalintal@fernslaw.com |
| John-Patrick M Fritz | jpf@lnbyg.com; JPF.LNBYB@ecf.inforuptcy.com |
| Evelina Gentry | evelina.gentry@akerman.com; rob.diwa@akerman.com |
| Evan Gershbein | ECFpleadings@kccllc.com |
| Steven T Grubner | sgubner@bg.law, ecf@bg.law |
| Melissa Hamill | melissa.hamill@doj.ca.gov |
| Brian T Harvey | bharvey@buchalter.com |
| Robert M Hirsh | rhirsh@lowenstein.com |
| Darryl Jay Horowitt | dhorowitt@ch-law.com; bkasst@ch-law.com |
| David I Horowitz | david.horowitz@kirkland.com; keith.catuara@kirkland.com; terry.ellis@kirkland.com; elsa.banuelos@kirkland.com; ivon.granados@kirkland.com |
| Sonja Hourany | sonja.hourany@quinngroup.net; kadele@wgllp.com; lbracken@wgllp.com; shourany@ecf.courtdrive.com |
| Quinn Scott Kaye | kaye@millercanfield.com |
| Gary E Klausner | gek@lnbyg.com |
| Alexandria Lattner | alattner@sheppardmullin.com; ehwalters@sheppardmullin.com |
| Marc A Levinson | MALevinson@orrick.com; borozco@orrick.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |
| Tania M Moyron | tania.moyron@dentons.com; malka.zeefe@dentons.com; kathryn.howard@dentons.com; derry.kalve@dentons.com; glenda.spratt@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com |
| Jennifer L Nassiri | JNassiri@sheppardmullin.com |

# SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Neli Nima Palma | neli.palma@doj.ca.gov |
| Thomas Phinney | tphinney@ffwplaw.com; akieser@ffwplaw.com; docket@ffwplaw.com |
| Dean G Rallis, Jr | drallis@hahnlawyers.com; jevans@hahnlawyers.com; drallis@ecf.courtdrive.com; jevans@ecf.courtdrive.com |
| William M Rathbone | wrathbone@grsm.com; sdurazo@grsm.com |
| Michael B Reynolds | mreynolds@swlaw.com; kcollins@swlaw.com |
| Russell W Reynolds | rreynolds@ch-law.com; bkasst@ch-law.com |
| Jason E Rios | jrios@ffwplaw.com; docket@ffwplaw.com |
| Mary H Rose | mrose@buchalter.com |
| Nathan A Schultz | nschultzesq@gmail.com |
| Olivia Scott | olivia.scott3@bclplaw.com; theresa.macaulay@bclplaw.com |
| Howard Steinberg | steinbergh@gtlaw.com; pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still | astill@swlaw.com; kcollins@swlaw.com |
| Tamar Terzian | tamar@terzlaw.com; sandra@terzlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Mark J Valencia | mvalencia@vclitigation.com |
| Emilio Eugene Varanini, IV | emilio.varanini@doj.ca.gov |
| Kevin Walsh | kevin.walsh@gtlaw.com |
| Kenneth K Wang | kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; Stacy.McKellar@doj.ca.gov; yesenia.caro@doj.ca.gov; Christine.Murphy@doj.ca.gov |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com; raul.morales@bclplaw.com; REC_KM_ECF_SMO@bclplaw.com |
| Roye Zur | rzur@elkinskalt.com; cavila@elkinskalt.com; lwageman@elkinskalt.com; 1648609420@filings.docketbird.com |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | 100 Abbot Park Road | | | Abbot Park | IL | 60064 |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | 13155 Noel Road Suite 300 | | | Dallas | TX | 75240 |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | 601 West Fifth Street, Suite 300 | | | Los Angeles | CA | 90071 |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | 4619 N. Rosemead Blvd. | | | Rosemead | CA | 91770 |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | 161 Washington St Suite 600 | | | Conshohocken | PA | 19428 |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | 13181 Crossroads Pkwy. North | Suite 400 - West Tower | | City of Industry | CA | 91746 |
| Lienholders | Amerisourcebergen Drug Corporation | | Po Box 959 | | | Valley Forge | PA | 19482 |
| TOP 30 | Arthrex, Inc | Carla Pitcher | 2825 Airview Boulevard | | | Kalmazoo | MI | 49002 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| TOP 30 | Axis Spine Llc | DD Mate | 1812 W Burbank Blvd #5384 | | | Burbank | CA | 91506 |
| Banks | Bank of America | GABRIELA SANCHEZ | C/O Bank of America | 330 N BRAND BLVD | | GLENDALE | CA | 91203 |
| Banks | Bank of the West | | 75 SANSOME STREET, 19TH FLOOR | | | SAN FRANCISCO | CA | 94111 |
| Lienholders | BANK OF THE WEST | | 475 SANSOME STREET, 19TH FLOOR | | | SAN FRANCISCO | CA | 94111 |
| Banks | Bank of the West | Attn: Edgar Morales | Vice President/Principal Business Banking Relationship Manager | 10230 S Paramount Blvd. | | Downey | CA | 90241 |
| Equipment Leases | Baxter | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | 530 Technology Drive, Suite 100 | | | Irvine | CA | 92618 |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | 300 Boston Scientific Way | | | Marlborough | MA | 01752-1234 |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | Two Penn Center, Suite 610 | 1500 John F. Kennedy Boulevard | | Philadelphia | PA | 19102 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | 161 North Clark Street, Suite 4300 | | | Chicago | IL | 60612 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | 120 Broadway, Suite 300 | | | Santa Monica | CA | 90401-2386 |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | 801 North Brand Boulevard | Suite 950 | | Glendale | CA | 91203 |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | PO Box 997377 MS 0500 | | | Sacramento | CA | 95899-7377 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | Chair | 1100 K Street, Suite 101 | | | Sacramento | CA | 95814 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | 1700 N. Broadway, Suite 405 | | | Walnut Creek | CA | 94596 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | 90 – 7th Street, Suite 5-300 | | | San Francisco | CA | 94103-6706 |
| TOP 30 | Cepheid Inc. | Susan Jose | 904 E Caribbean Dr | | | Sunnyvale | CA | 94089 |
| TOP 30 | Cloudwave | Loraine Sarno | 100 Crowley Dr. | | | Marlborough | MA | 01752 |
| Counsel for Cigna Healthcare of California, Inc. and Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | | | Wilmington | DE | 19801 |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | 9400 Bunsen Parkway Suite 100 | | | Louisville | KY | 40220 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | 601 South Figueroa Street, Suite 2500 | | | Los Angeles | CA | 90017-5704 |
| Department of Health Care Services | Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | MS 4704, P.O. Box 997412 | | | Sacramento | CA | 95899-7412 |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | 10345 W. Olympic Blvd. | | | Los Angeles | CA | 90064 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall, MIC 92E | | | Sacramento | CA | 95814 |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for FlexCare Medical Staffing | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Jason E. Rios | 500 Capitol Mall, Suite 2250 | | | Sacramento | CA | 95814 |
| Counsel for California Healthcare Insurance Company, Inc. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios Llp | Thomas R. Phinney | 500 Capitol Mall, Suite 2250 | | | Sacramento | CA | 95814 |
| Equipment Leases | First Financial Healthcare | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| Equipment Leases | GE | | 3000 N Grandview Blvd. | | | Waukesha | WI | 53188 |
| Counsel for Cigna Healthcare of California, Inc. and Cigna Health and Life Insurance Company | Gordon Rees Scully Mansukhani, LLP | William M. Rathbone | 101 W. Broadway, Suite 2000 | | | San Diego | CA | 92101 |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | One International Place, Suite 2000 | | | Boston | MA | 02110 |
| Banks | Hanmi Bank | Attn: Vanessa Padilla | Specialty Lending Department | Northridge Branch | 10180 Reseda Blvd. | Northridge | CA | 91324 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 2010 Main St. Suite 590 | | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 1920 Main St. Suite 1140 | Attn Ben Sottile | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | | 10180 Reseda Blvd | | | Northridge | CA | 91324 |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | 5 Revere Drive, Suite 206 | | | Northbrook | IL | 60062 |
| TOP 30 | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road | | | Bloomfield Hills | MI | 48302 |
| Equipment Leases | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road, | | | Bloomfield Hills | MI | 48302 |
| Lienholders | HUNTINGTON TECHNOLOGY FINANCE, INC. | | 2285 FRANKLIN ROAD, SUITE 100 | | | BLOOMFIELD HILLS | MI | 48302 |
| Equipment Leases | Insight Financial | Steven Neang | 6820 S Harl Ave | | | Tempe | AZ | 85283 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | 555 South Flower Street, 50th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Keenan and Associates | Eric Rodriguez | 2355 Crenshaw Blvd., Suite 200 | | | Torrance | CA | 90501 |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | 2049 Century Park East | | | Los Angeles | CA | 90067 |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | 300 North LaSalle | | | Chicago | IL | 60654 |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | 10621 Craig Road | | | Traverse City | MI | 49686 |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | 7 Blue Hill River Road | | | Canton | MA | 02021 |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | 1010 N 102Nd St Suite 300 | | | Omaha | NE | 68114 |
| TOP 30 | Medline Industries Inc | Brent Fogel | Three Lakes Drive | | | Northfield | IL | 60093 |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | 9251 Wedgewood St | | | Temple City | CA | 91780 |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | 1300 Clinton Square | | | Rochester | NY | 14604 |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | 900 42nd Street S | | | Fargo | ND | 58103 |
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | 405 South Main Street Suite 350 | | | Salt Lake City | UT | 84111 |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | 455 Golden Gate Ave., Suite 11000 | | | San Francisco | CA | 94102 |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | 1300 I Street P.O. Box 944255 | | | Sacramento | CA | 94244-2550 |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | 300 South Spring Street, Suite 7505 | | | Los Angeles | CA | 90013-1230 |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Department of Justice | Kenneth K. Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Counsel to Hanmi Bank | Orrick, Herrington & Sutcliffe LLP | Brendan LaFountain | 400 Capitol Hall | | | Sacramento | CA | 95814-4497 |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TOP 30 | Outset Medical Inc | Andy Rabon | 3052 Orchard Drive | | | San Jose | CA | 95134 |
| TOP 30 | Philips Healthcare | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| Equipment Leases | Philips Medical Systems | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | 1411 North Batavia Street #105 | | | Orange | CA | 92867 |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | 350 South Grand Avenue, 37th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Shiftwise | Jennifer Folds | 200 SW Market Street Suite 700 | | | Portland | OR | 97201 |
| Counsel to Hanmi Bank | Shulman Hodges & Bastian LLP | Michael J. Petersen | 100 Spectrum Center Drive, Suite 600 | | | Irvine | CA | 92614 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | One Riverfront Plaza | | | Newark | NJ | 07102 |
| Counsel for California Physicians' Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer LLP | Michael B. Reynolds and Andrew B. Still | 600 Anton Blvd, Suite 1400 | | | Costa Mesa | CA | 92626-7689 |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | 9801 Washingtonian Boulevard | | | Gaithersburg | MD | 20878 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| Equipment Leases | Stryker | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | 5900 Optical Ct | | | San Jose | CA | 95138 |
| TOP 30 | Stryker Instruments | Donovan Reiley | 4100 E. Milham Road | | | Kalamazoo | MI | 49001 |
| TOP 30 | Stryker Orthopedics | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| Lienholders | TCF NATIONAL BANK | | 11100 WAYZATA BOULEVARD, SUITE 800 | | | MINNETONKA | MN | 55305 |
| Lienholders | U.S. BANK NATIONAL ASSOCIATION, AS MASTER TRUSTEE | | 633 W. FIFTH STREET, 24TH FLOOR | | | LOS ANGELES | CA | 90071 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United Stated Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | Augustus T. Curtis | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| United States Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | James Center Three | 1051 East Cary Street, 6th Floor | | Richmond | VA | 23219 |
| Indenture Trustee | US Bank NA | | Po Box 70870 | | | St Paul | MN | 55170-9690 |
| Chambers | USBC Central District of California | Hon. Sandra R. Klein | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1582 | | Los Angeles | CA | 90012 |
| Banks | Western Alliance | SARAH CLEMENS | C/O Western Alliance Bank | 5901 W CENTURY BLVD | | LOS ANGELES | CA | 90045 |
| Lienholders | WINTHROP RESOURCES CORPORATION | | 11100 WAYZATA BOULEVARD, SUITE 800 | | | MINNETONKA | MN | 55305 |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | nathan.scott@abbott.com |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | goldman@advantismed.com |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | evelina.gentry@akerman.com |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | terrychu@alhambrahospital.com |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | moises.rodriguez@aus.com |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | sowens@agclawfirm.com; cgarcia@agclawfirm.com |
| Lienholders | Amerisourcebergen Drug Corporation | | mbranzburg@klehr.com |
| TOP 30 | Arthrex, Inc | Carla Pitcher | Carla.Pitcher@arthrex.com |
| TOP 30 | Axis Spine Llc | DD Mate | dmate@axisspineco.com |
| Lienholders | BANK OF THE WEST | | edgar.morales@bankofthewest.com; Jorge.Padilla@bankofthewest.com |
| Banks | Bank of the West | Attn: Edgar Morales | edgar.morales@bankofthewest.com; Jorge.Padilla@bankofthewest.com |
| Equipment Leases | Baxter | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | SEB@BlakeleyLC.com |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | Kathleen.homsab@bsci.com |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | eric.prezant@bclplaw.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com; abutler@bushgottlieb.com |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | jhamill@cscda.org |
| TOP 30 | Cepheid Inc. | Susan Jose | susan.jose@cepheid.com |
| TOP 30 | Cloudwave | Loraine Sarno | lsarno@insightinvestments.com |
| Counsel for Cigna Healthcare of California, Inc. and Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | ZacharyKecyzkecy@spectrum-nrg.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | tania.moyron@dentons.com; samuel.maizel@dentons.com; rebecca.wicks@dentons.com |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | rzur@elkinskalt.com |
| Counsel for FlexCare Medical Staffing | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Jason E. Rios | jrios@ffwplaw.com |
| Counsel for California Healthcare Insurance Company, Inc. | Felderstein Fitzgerald Willoughby Pascuzzi & Rios Llp | Thomas R. Phinney | tphinney@ffwplaw.com |
| Equipment Leases | First Financial Healthcare | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| Counsel for Cigna Healthcare of California, Inc. and Cigna Health and Life Insurance Company | Gordon Rees Scully Mansukhani, LLP | William M. Rathbone | wrathbone@grsm.com |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com |
| Banks | Hanmi Bank | Attn: Vanessa Padilla | vanessa.padilla@hanmi.com |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| TOP 30 | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Equipment Leases | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Lienholders | HUNTINGTON TECHNOLOGY FINANCE, INC. | | brent.a.mcqueen@huntington.com |
| Equipment Leases | Insight Financial | Steven Neang | Steven.Neang@insight.com |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | jmester@jonesday.com; cehrgott@JonesDay.com |
| TOP 30 | Keenan and Associates | Eric Rodriguez | erodriguez@keenan.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | David.Horowitz@kirkland.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | ryan.bennett@kirkland.com |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | nschultzesq@gmail.com |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | mhirsh@lowenstein.com; pkhezri@lowenstein.com |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | gmedeiros@meditech.com |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | Nick.Rudman@medicalsolutions.com; brian.koenig@koleyjessen.com |
| TOP 30 | Medline Industries Inc | Brent Fogel | bfogel@medline.com |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | robert.amedinc@gmail.com |
| National Association of Attorneys General | National Association of Attorneys General | | support@naag.org |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | joneal@nixonpeabody.com |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | JE-ERS@noridian.com |
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | Nicole.Caucci@oig.hhs.gov |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | Emilio.Varanini@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | Neli.Palma@doj.ca.gov; Melissa.Hamill@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | Roma.Patel@doj.ca.gov |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Scott.Chan@doj.ca.gov |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| TOP 30 | Outset Medical Inc | Andy Rabon | arabon@outmedical.com |
| TOP 30 | Philips Healthcare | Jose Rivera | jose.rivera@philips.com |
| Equipment Leases | Philips Medical Systems | Jose Rivera | jose.rivera@philips.com |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | jarrod@phoenixclassaction.com |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | slee@rwglaw.com |
| TOP 30 | Shiftwise | Jennifer Folds | jennifer.folds@medefis.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Counsel for California Physicians' Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer LLP | Michael B. Reynolds and Andrew B. Still | mreynolds@swlaw.com; astill@swlaw.com |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | LuisLunalluna@beverly.org |
| Equipment Leases | Stryker | Trent Zaks | Trent.Zaks@stryker.com |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | joe.gallinati@stryker.com |
| TOP 30 | Stryker Instruments | Donovan Reiley | donovan.reiley@stryker.com |
| TOP 30 | Stryker Orthopedics | Trent Zaks | TrentZaks@stryker.com |
| Lienholders | TCF NATIONAL BANK | | brent.a.mcqueen@huntington.com |
| Lienholders | U.S. BANK NATIONAL ASSOCIATION, AS MASTER TRUSTEE | | christopher.gehman@usbank.com |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | christopher.gehman@usbank.com |
| Banks | Western Alliance | SARAH CLEMENS | FCastagnola@westernalliancebank.com |
| Lienholders | WINTHROP RESOURCES CORPORATION | | brent.a.mcqueen@huntington.com |