SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JUSTIN R. BERNBROCK (admitted *pro hac vice*)
CATHERINE JUN (admitted *pro hac vice*)
ROBERT B. McLELLARN (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email:   jbernbrock@sheppardmullin.com
         cjun@sheppardmullin.com
         rmclellarn@sheppardmullin.com

JENNIFER L. NASSIRI, SBN 209796
ALEXANDRIA G. LATTNER, SBN 314855
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone: 310.228.3700
Email:   jnassiri@sheppardmullin.com
         alattner@sheppardmullin.com

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), *et al*,[1]<br><br>Debtors,<br><br>☒  Affects all Debtors<br><br>☐  Affects Beverly Community Hospital Association<br><br>☐  Montebello Community Health Services, Inc.<br><br>☐  Beverly Hospital Foundation | Case No.: 2:23-bk-12359-SK<br><br>Jointly administered with:<br>Case No: 2:23-bk-12360-SK<br>Case No: 2:23-bk-12361-SK<br><br>Hon. Sandra R. Klein<br><br>Chapter 11 Case<br><br>**NOTICE OF SUCCESSFUL BIDDERS FOR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**<br><br>Date:   July 12, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Sandra R. Klein<br>Place:  ZoomGov<br><br>[Hearing Date Subject to Continuance as Detailed Below] |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), Montebello Community Health Services, Inc. (3550), and Beverly Hospital Foundation (9685). The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

1

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES TRUSTEE, REGION 16, ALL OF THE DEBTORS' SECURED CREDITORS, TOP 30 UNSECURED CREDITORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on June 2, 2023, the Court entered an Order Approving Debtors' Motion for the Entry of an *Order (I) Approving Asset Purchase Agreement for Stalking Horse Purchaser and for Prospective Overbidders, (II) Approving Bid Protections, (III) Approving Bidding Procedures, (IV) Scheduling Certain Dates Thereto, (V) Approving Form of Notice, and (VI) Scheduling Court Hearing to Approve Sale Free and Clear to the Successful Bidder* [Docket No. 378] (the "Bidding Procedures Order").[2] The Bidding Procedures Order established Bidding Procedures to govern the Auction and Sale of all or substantially all of the assets of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the Auction was held in-person on June 27, 2023, at the Los Angeles offices of Sheppard, Mullin, Richter & Hampton LLP, located 333 S. Hope St, 43rd Floor, Los Angeles, California 90071.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, with the support of the Consultation Parties, selected American Healthcare Systems Foundation Inc., a North Carolina not-for-profit corporation ("AHS"), as the Successful Bidder for the purchase of the assets of debtor Beverly Community Hospital Association ("Beverly" or the "Hospital"), comprised of the Hospital's owned real estate, operational, and certain other assets (the "Hospital Assets").

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors selected Layton 26, LLC, a California limited liability company ("Layton"), as the Successful Bidder for the purchase of the real estate assets of debtor Montebello Community Health Services, Inc. ("Montebello Health") comprising the DIP Collateral (the "Non-Hospital Real Estate").

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bernbrock Declaration (as defined herein).

1  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding
2  Procedures Order, HRE Montebello, LLC (the "DIP Lender") reserves the right to credit bid on the
3  DIP Collateral in the event that the Layton Bid fails to close, and U.S. Bank Trust Company,
4  National Association (the "Master Trustee") reserves the right to credit bid on the MTI Collateral
5  in the event that the AHS Bid fails to close.

6  **PLEASE TAKE FURTHER NOTICE** that a hearing (the "Sale Hearing") is currently
7  scheduled to be held on July 12, 2023, at 10:00 a.m. (Pacific Time) before the Honorable Sandra R.
8  Klein, United States Bankruptcy Judge, to consider the entry of an order approving the sale of the
9  Hospital Assets and the Non-Hospital Real Estate to the Successful Bidders free and clear of liens,
10 claims, encumbrances, and other interests, to the extent permissible by law.

11 **PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Stipulation to Continue*
12 *Hearings on Various Motions from July 12, 2023 at 9:00 a.m. to July 19 or July 20* (the
13 "Stipulation") filed contemporaneously herewith, the Debtors and the Consultation Parties
14 respectfully request a continuance of the Sale Hearing, and all other hearings currently set for July
15 12, 2023, to either July 19, 2023 or July 20, 2023 (the "Continued Sale Hearing Date"), for the
16 reasons discussed in the *Declaration of Justin R. Bernbrock (I) Regarding Results of Auction Held*
17 *June 27, 2023, and (II) in Support of the Stipulation to Continue Sale Hearing Filed Concurrently*
18 *Herewith* (the "Bernbrock Declaration") filed contemporaneously herewith. If the Court enters an
19 Order approving the Stipulation, the Debtors will file and serve a further notice providing details
20 relating to the Hearing to be held on the Continued Sale Hearing Date.

21 **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the
22 Debtors will serve this Notice by fax, email, or if neither is available, by overnight mail to all
23 counterparties whose contracts are to be assumed and assigned pursuant to the Successful Bids.

24 **PLEASE TAKE FURTHER NOTICE** that this Notice will also be served upon, among
25 others, the United States Trustee; proposed counsel to the Official Committee of Unsecured
26 Creditors, U.S. Bank, N.A. and counsel thereto; counsel to the DIP Lender; counsel to the Stalking
27 Horse Purchaser; Hanmi Bank and counsel thereto; the National Association of Attorneys General;
28 the Debtor's Top 30 Unsecured Creditors, and all other parties who have filed a request for special

notice and service of papers with the clerk of this Court. Any parties seeking to obtain additional copies may also do so by contacting proposed counsel to the Debtors whose contact information is as follows: Sheppard, Mullin, Richter & Hampton LLP, Attn: Justin R. Bernbrock, Email: jbernbrock@sheppardmullin.com, Catherine Jun, Email: cjun@sheppardmullin.com, Robert B. McLellarn, Email: rmclellarn@sheppardmullin.com, Tel: (312) 499-6300, Address: 321 North Clark Street, 32nd Floor, Chicago, Illinois 60654, and/or Jennifer L. Nassiri, Email: jnassiri@sheppardmullin.com, Alexandria Lattner, Email: alattner@sheppardmullin.com, Tel.: (714) 424-2838, Address: Avenue of the Stars, Suite 1600 Los Angeles, CA 90067-6055.

Dated: June 28, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ *Jennifer L. Nassiri*
   Jennifer L. Nassiri

JUSTIN R. BERNBROCK
JENNIFER L. NASSIRI
CATHERINE JUN
ROBERT B. McLELLARN
ALEXANDRIA G. LATTNER

Counsel to Debtors and Debtors in Possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
222 N Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Successful Bidders for Substantially All of the Debtors' Assets
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/28/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/28/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/28/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/28/2023 | Jonathan J. Thomson | /s/ Jonathan J. Thomson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

# SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Megan M Adeyemo | madeyemo@grsm.com; asoto@grsm.com |
| David E Ahdoot | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Joseph M Ammar | ammar@millercanfield.com |
| Scott E Blakeley | seb@blakeleyllp.com; ecf@blakeleyllp.com |
| Joseph P Buchman | jbuchman@bwslaw.com; gmitchell@bwslaw.com |
| Adrian Butler | abutler@bushgottlieb.com |
| Augustus Curtis | augustus.t.curtis@usdoj.gov |
| David K Eldan | David.Eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov |
| Amanda N Ferns | aferns@fernslaw.com; mmakalintal@fernslaw.com |
| John-Patrick M Fritz | jpf@lnbyg.com; JPF.LNBYB@ecf.inforuptcy.com |
| Evelina Gentry | evelina.gentry@akerman.com; rob.diwa@akerman.com |
| Evan Gershbein | ECFpleadings@kccllc.com |
| Steven T Grubner | sgubner@bg.law, ecf@bg.law |
| Melissa Hamill | melissa.hamill@doj.ca.gov |
| Brian T Harvey | bharvey@buchalter.com |
| Robert M Hirsh | rhirsh@lowenstein.com |
| Darryl Jay Horowitt | dhorowitt@ch-law.com; bkasst@ch-law.com |
| David I Horowitz | david.horowitz@kirkland.com; keith.catuara@kirkland.com; terry.ellis@kirkland.com; elsa.banuelos@kirkland.com; ivon.granados@kirkland.com |
| Sonja Hourany | sonja.hourany@quinngroup.net; kadele@wgllp.com; lbracken@wgllp.com; shourany@ecf.courtdrive.com |
| Quinn Scott Kaye | kaye@millercanfield.com |
| Gary E Klausner | gek@lnbyg.com |
| Alexandria Lattner | alattner@sheppardmullin.com; ehwalters@sheppardmullin.com |
| Marc A Levinson | MALevinson@orrick.com; borozco@orrick.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |
| Tania M Moyron | tania.moyron@dentons.com; malka.zeefe@dentons.com; kathryn.howard@dentons.com; derry.kalve@dentons.com; glenda.spratt@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com |
| Jennifer L Nassiri | JNassiri@sheppardmullin.com |

## SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Neli Nima Palma | neli.palma@doj.ca.gov |
| Thomas Phinney | tphinney@ffwplaw.com; akieser@ffwplaw.com; docket@ffwplaw.com |
| Dean G Rallis, Jr | drallis@hahnlawyers.com; jevans@hahnlawyers.com; drallis@ecf.courtdrive.com; jevans@ecf.courtdrive.com |
| William M Rathbone | wrathbone@grsm.com; sdurazo@grsm.com |
| Michael B Reynolds | mreynolds@swlaw.com; kcollins@swlaw.com |
| Russell W Reynolds | rreynolds@ch-law.com; bkasst@ch-law.com |
| Jason E Rios | jrios@ffwplaw.com; docket@ffwplaw.com |
| Mary H Rose | mrose@buchalter.com |
| Nathan A Schultz | nschultzesq@gmail.com |
| Olivia Scott | olivia.scott3@bclplaw.com; theresa.macaulay@bclplaw.com |
| Howard Steinberg | steinbergh@gtlaw.com; pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still | astill@swlaw.com; kcollins@swlaw.com |
| Tamar Terzian | tamar@terzlaw.com; sandra@terzlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Mark J Valencia | mvalencia@vclitigation.com |
| Emilio Eugene Varanini, IV | emilio.varanini@doj.ca.gov |
| Kevin Walsh | kevin.walsh@gtlaw.com |
| Kenneth K Wang | kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; Stacy.McKellar@doj.ca.gov; yesenia.caro@doj.ca.gov; Christine.Murphy@doj.ca.gov |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com; raul.morales@bclplaw.com; REC_KM_ECF_SMO@bclplaw.com |
| Roye Zur | rzur@elkinskalt.com; cavila@elkinskalt.com; lwageman@elkinskalt.com; 1648609420@filings.docketbird.com |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | 100 Abbot Park Road | | | Abbot Park | IL | 60064 |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | 13155 Noel Road Suite 300 | | | Dallas | TX | 75240 |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | 601 West Fifth Street, Suite 300 | | | Los Angeles | CA | 90071 |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | 4619 N. Rosemead Blvd. | | | Rosemead | CA | 91770 |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | 161 Washington St Suite 600 | | | Conshohocken | PA | 19428 |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | 13181 Crossroads Pkwy. North | Suite 400 - West Tower | | City of Industry | CA | 91746 |
| Lienholders | Amerisourcebergen Drug Corporation | | Po Box 959 | | | Valley Forge | PA | 19482 |
| TOP 30 | Arthrex, Inc | Carla Pitcher | 2825 Airview Boulevard | | | Kalmazoo | MI | 49002 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| TOP 30 | Axis Spine Llc | DD Mate | 1812 W Burbank Blvd #5384 | | | Burbank | CA | 91506 |
| Banks | Bank of America | GABRIELA SANCHEZ | C/O Bank of America | 330 N BRAND BLVD | | GLENDALE | CA | 91203 |
| Banks | Bank of the West | | 75 SANSOME STREET, 19TH FLOOR | | | SAN FRANCISCO | CA | 94111 |
| Lienholders | BANK OF THE WEST | | 475 SANSOME STREET, 19TH FLOOR | | | SAN FRANCISCO | CA | 94111 |
| Banks | Bank of the West | Attn: Edgar Morales | Vice President/Principal Business Banking Relationship Manager | 10230 S Paramount Blvd. | | Downey | CA | 90241 |
| Equipment Leases | Baxter | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | 530 Technology Drive, Suite 100 | | | Irvine | CA | 92618 |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | 300 Boston Scientific Way | | | Marlborough | MA | 01752-1234 |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | Two Penn Center, Suite 610 | 1500 John F. Kennedy Boulevard | | Philadelphia | PA | 19102 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | 161 North Clark Street, Suite 4300 | | | Chicago | IL | 60612 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | 120 Broadway, Suite 300 | | | Santa Monica | CA | 90401-2386 |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | 801 North Brand Boulevard | Suite 950 | | Glendale | CA | 91203 |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | PO Box 997377 MS 0500 | | | Sacramento | CA | 95899-7377 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | Chair | 1100 K Street, Suite 101 | | | Sacramento | CA | 95814 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | 1700 N. Broadway, Suite 405 | | | Walnut Creek | CA | 94596 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | 90 – 7th Street, Suite 5-300 | | | San Francisco | CA | 94103-6706 |
| TOP 30 | Cepheid Inc. | Susan Jose | 904 E Caribbean Dr | | | Sunnyvale | CA | 94089 |
| TOP 30 | Cloudwave | Loraine Sarno | 100 Crowley Dr. | | | Marlborough | MA | 01752 |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | 9400 Bunsen Parkway Suite 100 | | | Louisville | KY | 40220 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | 601 South Figueroa Street, Suite 2500 | | | Los Angeles | CA | 90017-5704 |
| Department of Health Care Services | Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | MS 4704, P.O. Box 997412 | | | Sacramento | CA | 95899-7412 |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | 10345 W. Olympic Blvd. | | | Los Angeles | CA | 90064 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall, MIC 92E | | | Sacramento | CA | 95814 |
| Equipment Leases | First Financial Healthcare | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| Equipment Leases | GE | | 3000 N Grandview Blvd. | | | Waukesha | WI | 53188 |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | One International Place, Suite 2000 | | | Boston | MA | 02110 |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Banks | Hanmi Bank | Attn: Vanessa Padilla | Specialty Lending Department | Northridge Branch | 10180 Reseda Blvd. | Northridge | CA | 91324 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 2010 Main St. Suite 590 | | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 1920 Main St. Suite 1140 | Attn Ben Sottile | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | | 10180 Reseda Blvd | | | Northridge | CA | 91324 |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | 5 Revere Drive, Suite 206 | | | Northbrook | IL | 60062 |
| TOP 30 | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road | | | Bloomfield Hills | MI | 48302 |
| Equipment Leases | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road, | | | Bloomfield Hills | MI | 48302 |
| Lienholders | HUNTINGTON TECHNOLOGY FINANCE, INC. | | 2285 FRANKLIN ROAD, SUITE 100 | | | BLOOMFIELD HILLS | MI | 48302 |
| Equipment Leases | Insight Financial | Steven Neang | 6820 S Harl Ave | | | Tempe | AZ | 85283 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | 555 South Flower Street, 50th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Keenan and Associates | Eric Rodriguez | 2355 Crenshaw Blvd., Suite 200 | | | Torrance | CA | 90501 |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | 2049 Century Park East | | | Los Angeles | CA | 90067 |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | 300 North LaSalle | | | Chicago | IL | 60654 |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | 10621 Craig Road | | | Traverse City | MI | 49686 |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | 7 Blue Hill River Road | | | Canton | MA | 02021 |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | 1010 N 102Nd St Suite 300 | | | Omaha | NE | 68114 |
| TOP 30 | Medline Industries Inc | Brent Fogel | Three Lakes Drive | | | Northfield | IL | 60093 |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | 9251 Wedgewood St | | | Temple City | CA | 91780 |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | 1300 Clinton Square | | | Rochester | NY | 14604 |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | 900 42nd Street S | | | Fargo | ND | 58103 |
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | 405 South Main Street Suite 350 | | | Salt Lake City | UT | 84111 |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | 455 Golden Gate Ave., Suite 11000 | | | San Francisco | CA | 94102 |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | 1300 I Street P.O. Box 944255 | | | Sacramento | CA | 94244-2550 |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | 300 South Spring Street, Suite 7505 | | | Los Angeles | CA | 90013-1230 |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Department of Justice | Kenneth K. Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Counsel to Hanmi Bank | Orrick, Herrington & Sutcliffe LLP | Brendan LaFountain | 400 Capitol Hall | | | Sacramento | CA | 95814-4497 |
| TOP 30 | Outset Medical Inc | Andy Rabon | 3052 Orchard Drive | | | San Jose | CA | 95134 |
| TOP 30 | Philips Healthcare | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| Equipment Leases | Philips Medical Systems | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | 1411 North Batavia Street #105 | | | Orange | CA | 92867 |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | 350 South Grand Avenue, 37th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Shiftwise | Jennifer Folds | 200 SW Market Street Suite 700 | | | Portland | OR | 97201 |
| Counsel to Hanmi Bank | Shulman Hodges & Bastian LLP | Michael J. Petersen | 100 Spectrum Center Drive, Suite 600 | | | Irvine | CA | 92614 |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | One Riverfront Plaza | | | Newark | NJ | 07102 |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | 9801 Washingtonian Boulevard | | | Gaithersburg | MD | 20878 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| Equipment Leases | Stryker | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | 5900 Optical Ct | | | San Jose | CA | 95138 |
| TOP 30 | Stryker Instruments | Donovan Reiley | 4100 E. Milham Road | | | Kalamazoo | MI | 49001 |
| TOP 30 | Stryker Orthopedics | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| Lienholders | TCF NATIONAL BANK | | 11100 WAYZATA BOULEVARD, SUITE 800 | | | MINNETONKA | MN | 55305 |
| Lienholders | U.S. BANK NATIONAL ASSOCIATION, AS MASTER TRUSTEE | | 633 W. FIFTH STREET, 24TH FLOOR | | | LOS ANGELES | CA | 90071 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United Stated Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | Augustus T. Curtis | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| United States Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | James Center Three | 1051 East Cary Street, 6th Floor | | Richmond | VA | 23219 |
| Indenture Trustee | US Bank NA | | Po Box 70870 | | | St Paul | MN | 55170-9690 |
| Chambers | USBC Central District of California | Hon. Sandra R. Klein | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1582 | | Los Angeles | CA | 90012 |
| Banks | Western Alliance | SARAH CLEMENS | C/O Western Alliance Bank | 5901 W CENTURY BLVD | | LOS ANGELES | CA | 90045 |
| Lienholders | WINTHROP RESOURCES CORPORATION | | 11100 WAYZATA BOULEVARD, SUITE 800 | | | MINNETONKA | MN | 55305 |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | nathan.scott@abbott.com |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | goldman@advantismed.com |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | evelina.gentry@akerman.com |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | terrychu@alhambrahospital.com |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | moises.rodriguez@aus.com |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | sowens@agclawfirm.com; cgarcia@agclawfirm.com |
| Lienholders | Amerisourcebergen Drug Corporation | | mbranzburg@klehr.com |
| TOP 30 | Arthrex, Inc | Carla Pitcher | Carla.Pitcher@arthrex.com |
| TOP 30 | Axis Spine Llc | DD Mate | dmate@axisspineco.com |
| Lienholders | BANK OF THE WEST | | edgar.morales@bankofthewest.com; Jorge.Padilla@bankofthewest.com |
| Banks | Bank of the West | Attn: Edgar Morales | edgar.morales@bankofthewest.com; Jorge.Padilla@bankofthewest.com |
| Equipment Leases | Baxter | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | SEB@BlakeleyLC.com |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | Kathleen.homsab@bsci.com |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | eric.prezant@bclplaw.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com; abutler@bushgottlieb.com |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | jhamill@cscda.org |
| TOP 30 | Cepheid Inc. | Susan Jose | susan.jose@cepheid.com |
| TOP 30 | Cloudwave | Loraine Sarno | lsarno@insightinvestments.com |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | ZacharyKecyzkecy@spectrum-nrg.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | tania.moyron@dentons.com; samuel.maizel@dentons.com; rebecca.wicks@dentons.com |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | rzur@elkinskalt.com |
| Equipment Leases | First Financial Healthcare | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com |
| Banks | Hanmi Bank | Attn: Vanessa Padilla | vanessa.padilla@hanmi.com |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| TOP 30 | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Equipment Leases | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Lienholders | HUNTINGTON TECHNOLOGY FINANCE, INC. | | brent.a.mcqueen@huntington.com |
| Equipment Leases | Insight Financial | Steven Neang | Steven.Neang@insight.com |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | jmester@jonesday.com; cehrgott@JonesDay.com |
| TOP 30 | Keenan and Associates | Eric Rodriguez | erodriguez@keenan.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | David.Horowitz@kirkland.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | ryan.bennett@kirkland.com |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | nschultzesq@gmail.com |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | mhirsh@lowenstein.com; pkhezri@lowenstein.com |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | gmedeiros@meditech.com |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | Nick.Rudman@medicalsolutions.com; brian.koenig@koleyjessen.com |
| TOP 30 | Medline Industries Inc | Brent Fogel | bfogel@medline.com |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | robert.amedinc@gmail.com |
| National Association of Attorneys General | National Association of Attorneys General | | support@naag.org |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | joneal@nixonpeabody.com |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | JE-ERS@noridian.com |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | Nicole.Caucci@oig.hhs.gov |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | Emilio.Varanini@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | Neli.Palma@doj.ca.gov; Melissa.Hamill@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | Roma.Patel@doj.ca.gov |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Scott.Chan@doj.ca.gov |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| TOP 30 | Outset Medical Inc | Andy Rabon | arabon@outmedical.com |
| TOP 30 | Philips Healthcare | Jose Rivera | jose.rivera@philips.com |
| Equipment Leases | Philips Medical Systems | Jose Rivera | jose.rivera@philips.com |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | jarrod@phoenixclassaction.com |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | slee@rwglaw.com |
| TOP 30 | Shiftwise | Jennifer Folds | jennifer.folds@medefis.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | LuisLunalluna@beverly.org |
| Equipment Leases | Stryker | Trent Zaks | Trent.Zaks@stryker.com |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | joe.gallinati@stryker.com |
| TOP 30 | Stryker Instruments | Donovan Reiley | donovan.reiley@stryker.com |
| TOP 30 | Stryker Orthopedics | Trent Zaks | TrentZaks@stryker.com |
| Lienholders | TCF NATIONAL BANK | | brent.a.mcqueen@huntington.com |
| Lienholders | U.S. BANK NATIONAL ASSOCIATION, AS MASTER TRUSTEE | | christopher.gehman@usbank.com |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | christopher.gehman@usbank.com |
| Banks | Western Alliance | SARAH CLEMENS | FCastagnola@westernalliancebank.com |
| Lienholders | WINTHROP RESOURCES CORPORATION | | brent.a.mcqueen@huntington.com |