1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   JUSTIN R. BERNBROCK (admitted *pro hac vice*)
2  CATHERINE JUN (admitted *pro hac vice*)
   ROBERT B. McLELLARN (admitted *pro hac vice*)
3  321 North Clark Street, 32nd Floor
   Chicago, Illinois 60654
4  Telephone: 312.499.6300
   Email:    jbernbrock@sheppardmullin.com
5             cjun@sheppardmullin.com
              rmclellarn@sheppardmullin.com
6
7  JENNIFER L. NASSIRI, SBN 209796
   ALEXANDRIA G. LATTNER, SBN 314855
8  1901 Avenue of the Stars, Suite 1600
   Los Angeles, CA 90067-6055
9  Telephone: 310.228.3700
   Email:    jnassiri@sheppardmullin.com
10            alattner@sheppardmullin.com

   Counsel to Debtors and Debtors in Possession
11
12              **UNITED STATES BANKRUPTCY COURT**

13        **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

14  | In re: | Case No.: 2:23-bk-12359-SK |
15  | BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), *et al*,[1] | Jointly administered with: Case No: 2:23-bk-12360-SK Case No: 2:23-bk-12361-SK |
16  |  |  |
17  | Debtors, | Chapter 11 Case |

18  ☒  Affects all Debtors          **NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
19  ☐  Affects Beverly Community    **DESIGNATED BY AMERICAN**
       Hospital Association          **HEALTHCARE SYSTEMS**
20                                    **FOUNDATION INC. AND LAYTON 26,**
    ☐  Affects Montebello Community Health  **LLC FOR ASSUMPTION AND**
21      Services, Inc.               **ASSIGNMENT**
22  ☐  Affects Beverly Hospital Foundation  [Related Docket Nos. 308, 378, 412, 450, 480, 481, 489, 494, 537]
23
24                                    Date:    July 19, 2023
                                      Time:    10:00 a.m.
25                                    Judge:   Hon. Sandra R. Klein
                                      Place:   ZoomGov
26

27  [1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), Montebello Community Health
28       Services, Inc. (3550), and Beverly Hospital Foundation (9685). The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

-1-

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES TRUSTEE, REGION 16, ALL OF THE DEBTORS' SECURED CREDITORS, TOP 30 UNSECURED CREDITORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on May 23, 2023, the above-captioned debtors and debtors in possession (the "Debtors")[2] filed their *Debtors' Notice of Motion and Motion for the Entry of an Order (I) Approving Asset Purchase Agreement for Stalking Horse Purchaser and for Prospective Overbidders, (II) Approving Bid Protections, (III) Approving Bidding Procedures, (IV) Scheduling Certain Dates Thereto, and (V) Approving Form of Notice; and (VI) Scheduling Court Hearing to Approve Sale Free and Clear to the Successful Bidder* [Docket No. 308] (the "Bidding Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that on June 2, 2023, the Court entered an *Order Approving Debtors' Motion for the Entry of an Order (I) Approving Asset Purchase Agreement for Stalking Horse Purchaser and Prospective Overbidders, (II) Approving Bid Protections, (III) Approving Bidding Procedures, (IV) Scheduling Certain Dates Thereto, (V) Approving Form of Notice, and (VI) Scheduling Court Hearing to Approve Sale Free and Clear to the Successful Bidder* [Docket No. 378] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the assumption and assignment procedures authorized by the Court pursuant to the Bidding Procedures Order, on June 9, 2023, the Debtors filed and served their *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No. 412] (the "Cure Notice"), which included as Exhibit A attached thereto a schedule (the "Original Cure Schedule") detailing the Executory Contracts Subject to Assumption and the amounts, if any, the Debtors asserted are owed to cure any defaults existing thereunder.  On June 22, 2023, the Debtors filed their *Debtors' Notice of Amended Cure Schedule and Amended Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Cure Notice (as defined herein) or the Sale Motion (as defined herein), as applicable.

450] (the "Amended Cure Notice"), which included an amended cure schedule (the "Amended Cure Schedule") correcting inadvertent errors and revised cure amounts in response to informal objections received from counterparties to certain Executory Contracts Subject to Assumption.

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2023, in accordance with the Bidding Procedures Order, the Debtors called and commenced the Auction for the sale of substantially all of their assets, as further detailed in the *Declaration of Justin R. Bernbrock (I) Regarding Results of Auction Held on June 27, 2023, and (II) In Support of Stipulation to Continue Sale Hearing Filed Concurrently Herewith* [Docket No. 480] (the "Auction Declaration"). On June 28, 2023, the Debtors filed their *Notice of Successful Bidders for Substantially All of the Debtors' Assets* [Docket N0. 481] (the "Notice of Successful Bidders") detailing, among other things, that at the conclusion of the Auction, the Debtors, with the support of the Consultation Parties, selected American Healthcare Systems Foundation Inc., a North Carolina not-for-profit corporation ("AHS"), as the Successful Bidder for the purchase of the assets of debtor Beverly Community Hospital Association ("Beverly" or the "Hospital"), comprised of the Hospital's owned real estate, operational, and certain other assets (the "Hospital Assets") and Layton 26, LLC, a California limited liability company ("Layton," and together with AHS, the "Successful Bidders"), as the Successful Bidder for the purchase of the real estate assets of debtor Montebello Community Health Services, Inc. ("Montebello Health") comprising the DIP Collateral (the "Non-Hospital Real Estate").

**PLEASE TAKE FURTHER NOTICE** that, on July 5, 2023, the Debtors filed their *Debtors' Notice of Motion and Motion for Entry of an Order (I) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 537] (the "Sale Motion"). The Sale Motion seeks the entry of an order (the "Sale Order"): (a) authorizing the sale (the "Sale") of substantially all of the Debtors' assets (the "Assets") to the Successful Bidders; (b) approving the Asset Purchase Agreement (the "APA") and the Interim Management Agreement ("IMA") by and between the Debtors and AHS and ancillary documents related thereto and attached to the Sale Motion as Exhibits C-E; (c) approving the Purchase and Sale Agreement with Joint Closing Instructions by and between the Debtors and

Layton (the "PSA") attached to the Sale Motion as Exhibit F; (d) authorizing the assumption and assignment of those executory contracts and unexpired leases designated for assignment to the Successful Bidders (the "Assumed Contracts") and approving related Cure Costs; (e) waiving any stay of the effectiveness of the Sale Order; and (f) granting related relief.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a list of executory contracts and unexpired leases designated for assumption and assignment to Layton (the "Layton Assumed Contracts List"), and attached hereto as **Exhibit B** is a list of executory contracts and unexpired leases designated for assumption and assignment to AHS (the "AHS Assumed Contracts List"," and together with the Layton Assumed Contracts List, the "Assumed Contracts Lists").

PLEASE TAKE FURTHER NOTICE that, pursuant to the APA and the PSA, the Successful Bidders reserve the right to add to, remove from, or otherwise modify the Assumed Contracts Lists prior to the closing date of each sale, as applicable.

PLEASE TAKE FURTHER NOTICE that the inclusion of a contract, lease, or other agreement on **Exhibit A** shall not constitute or be deemed a determination or admission by the Debtors and/or their estates or any other party in interest that such contract, lease, or other agreement is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and any and all rights with respect thereto are expressly reserved.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's *Order Approving Stipulation to Continue Hearings on Various Motions from July 12, 2023 at 10:00 a.m. to July 19 at 10:00 a.m.* [Docket No. 489] (the "Continuance Order"), the hearing (the "Sale Hearing") to approve the Sale Motion and the assumption and assignment of the Assumed Contracts contemplated therein will take place on an **July 19, 2023, at 10:00 a.m. (Pacific Time)**.  Any issues relating to adequate assurance of future performance under the Assumed Contracts designated for assumption and assignment to the Successful Bidders will also be heard at the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that on June 29, 2023, the Debtors filed their *Notice of Continued Hearing on Various Matters to Be Heard on July 19, 2023 at 10:00 a.m.* [Docket No. 494] (the "Notice of Continued Hearing") by which the Debtors gave notice that, pursuant to the

1   Continuance Order, oppositions, if any, to the assumption and assignment of the Assumed Contracts

2   contemplated in the Sale Motion (each, an "Assumption and Assignment Objection") must be filed

3   no later than **July 10, 2023, at 12:00 p.m. (Pacific Time)** (the "Assumption and Assignment

4   Objection Deadline").

5       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(h), the failure

6   to file and serve an Assumption and Assignment Objection on or before the Assumption and

7   Assignment Objection Deadline may be deemed by the Court to be consent to the assumption and

8   assignment of the Assumed Contracts, and the objecting party may be forever barred from objecting

9   to the assumption and assignment of the Assumed Contracts and may not be heard at the Sale

10  Hearing, and this Court may enter the Sale Order without further notice to such party.

11      **PLEASE TAKE FURTHER NOTICE** that that the Sale Hearing will be held via Zoom and

12  additional information to access and attend the virtual hearing via ZoomGov may be available on the

13  Bankruptcy Court's website by viewing Judge Klein's tentative ruling calendar for July 19, 2023.

14      **PLEASE TAKE FURTHER NOTICE** that all filings related to the assumption and

15  assignment of the Assumed Contracts and the other matters described herein are available free of

16  charge at https://www.kccllc.net/Beverly.

17      **PLEASE TAKE FURTHER NOTICE** that the Notice will be served upon, among others:

18  (a) the Office of the U.S. Trustee; (b) the Debtors' Top 30 Unsecured Creditors; (c) counsel to the

19  Committee; (d) U.S. Bank, N.A. and counsel thereto; (e) Hanmi Bank and counsel thereto; (f) the

20  DIP Lender and counsel thereto; (g) the Internal Revenue Service; (h) the Office of the Attorney

21  General of the State of California; (i) counterparties to Assumed Contracts designated for assumption

22  and assignment to the Successful Bidders; and (j) all other parties who have filed a request for special

23  notice and service of papers with the clerk of this Court.  Any parties seeking to obtain additional

24  copies may also do so by contacting counsel to the Debtors whose contact information is as follows:

25  Sheppard, Mullin, Richter & Hampton LLP, Attn: Justin R. Bernbrock, Email:

26  jbernbrock@sheppardmullin.com, Catherine Jun, Email: cjun@sheppardmullin.com, Robert B.

27  McLellarn, Email: rmclellarn@sheppardmullin.com, Tel: (312) 499-6300, Address: 321 North Clark

28  Street, 32nd Floor, Chicago, Illinois 60654, and/or Jennifer L. Nassiri, Email:

1    jnassiri@sheppardmullin.com,  Alexandria  Lattner,  Email:  alattner@sheppardmullin.com,  Tel.:

2    (714) 424-2838, Address: Avenue of the Stars, Suite 1600 Los Angeles, CA 90067-6055.

3    Dated:  July 6, 2023

4                                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5

6                                    By        _____/s/ Jennifer L. Nassiri_____

7                                                         Jennifer L. Nassiri

8                                                    JUSTIN R. BERNBROCK
                                                     JENNIFER L. NASSIRI
9                                                    CATHERINE JUN
                                                     ROBERT B. McLELLARN
10                                                   ALEXANDRIA G. LATTNER

11                                                Counsel to Debtors and Debtors in Possession

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Exhibit A

### Layton Assumed Contracts List

## Schedule 1 to Assignment and Assumption of Leases and Contracts

Leases

### Parcel 2 (101 E. Beverly Blvd.)

1. Lease Agreement dated November 1, 2022 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Jackson Ma, M.D.(Tenant) for Suite 100A at 101 E. Beverly Blvd., Montebello, CA

2. Lease Agreement executed as of December 30, 2021 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Plaza RX, Inc. (Tenant), as amended by that certain Amendment to Page 4, Section 8, Use of Premises dated January 5, 2022 for Suite 101 at 101 E. Beverly Blvd., Montebello, CA

3. Lease Agreement dated January 11, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Comprehensive Cardiovascular Specialists Group (Tenant) for Suite 103 at 101 E. Beverly Blvd., Montebello, CA

4. Lease Agreement commencing on November 1, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and  Beverly Care (Tenant) for Suite 104A at 101 E. Beverly Blvd., Montebello, CA

5. Lease dated June 1, 1997 by and between Montebello Community Health Services, Inc.(Landlord) and Beverly Community Hospital Association (Tenant), as amended by that certain First Amendment to Lease dated October 1, 2002 for 101 E. Beverly Blvd., Suite 104, Montebello, CA

6. Lease dated December 3, 1997 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant), as amended by that certain First Amendment to Lease dated May 1, 2003 for 101 E. Beverly Blvd., Suite 105, Montebello, CA

7. Lease Agreement dated October 21, 2020 by and between Montebello Community Health Services, Inc. (Landlord) and TOI Management, LLC (Tenant) for Suite 200/203A at 101 E. Beverly Blvd., Montebello, CA

8. Lease Agreement dated May 8, 2015 by and between Montebello Community Health Services, Inc. (Landlord) and Victor M Wassily, M.D. (Tenant) for Suite 202 at 101 E. Beverly Blvd., Montebello, CA

9. Lease Agreement dated March 19, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Fernando Ibarra MD (Tenant) for Suite 203 at 101 E. Beverly Blvd., Montebello, CA

10. Lease Agreement dated May 16, 2006 by and between Montebello Community Health Services, Inc. (Landlord) and Abdul M. Alaama, M.D. (Tenant) for Suite 204 at 101 E. Beverly Blvd., Montebello, CA

11. Lease Agreement executed as of January 1, 2022 by and between Montebello Community Health Services, Inc. (Landlord) and Agility Ortho MSO, Inc. (Tenant) for Suite 205 at 101 E. Beverly Blvd., Montebello, CA

12. Lease Agreement fully executed as of November 16, 2020 by and between Montebello Community Health Services, Inc. (Landlord) and TOI Management, LLC (Tenant) for Suite 206 at 101 E. Beverly Blvd., Montebello, CA

13. Lease Agreement executed as of July 2, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) for Suite 301A at 101 E. Beverly Blvd., Montebello, CA

14. Lease Agreement dated May 1, 2022 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) FOR Suite 301/305 at 101 E. Beverly Blvd., Montebello, CA

15. Lease Agreement dated June 12, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Suda Govindarajan, M.D., Inc., and Suda Govindarajan, M.D.(Tenant), as amended by that certain Amendment to Lease Agreement dated October 28, 2019 for Suite 302 at 101 E. Beverly Blvd., Montebello, CA

16. Lease Agreement executed as of August 15, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) as amended by that certain Amendment to Lease Agreement dated August 15, 2018 for Suite 303 at 101 E. Beverly Blvd., Montebello, CA

17. Lease Agreement executed as of September 6, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Kidney Specialists, Inc. (Tenant) for Suite 304 at 101 E. Beverly Blvd., Montebello, CA

18. Lease Agreement commencing on September 1, 2004 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Krishna Narayanan, M.D., as an individual physician and Krishna Narayanan, M.D., Inc., a California medical corporation (Tenant) as amended by that certain Second Amendment to Lease Agreement dated November 1, 2013 for Suite 306 at 101 E. Beverly Blvd., Montebello, CA

19. Lease Agreement executed as of January 28, 2021 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Beverly Care (Tenant) for Suite 307 at 101 E. Beverly Blvd., Montebello, CA

20. Lease Agreement dated October 1, 2022 by and between Montebello Community Health Services, Inc. (Landlord) and Eliseo Mills, Jr., M.D. (Tenant) for Suite 400 at 101 E. Beverly Blvd., Montebello, CA

21. Lease Agreement executed as of June 5, 2007 by and between Montebello Community Health Services, Inc. (Landlord) and Mohammad Chaudhry, M.D. (Tenant) as amended by that certain Amendment to Lease Agreement dated May 1, 2007 for Suite 401 at 101 E. Beverly Blvd., Montebello, CA

22. Lease Agreement executed as of January 9, 2019 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Stephanee Hethumuni, M.D. (Tenant) for Suite 404 at 101 E. Beverly Blvd., Montebello, CA

23. Lease Agreement dated January 1, 2022 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Southern California Heart and Vascular Center (Tenant) for Suite 405 at 101 E. Beverly Blvd., Montebello, CA

-2-

24. Lease Agreement executed as of September 20, 2018 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Dr. Iftikhar A. Khan M.D. (Tenant) for Suite 406 at 101 E. Beverly Blvd., Montebello, CA

25. Lease Agreement executed as of October 8, 2007 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Mir-Basharat Ali, M.D. (Tenant) as amended by that certain Amendment to Lease Agreement dated October 18, 2010 and that certain Second Amendment to Lease Agreement dated March 27, 2013 for Suite 408 at 101 E. Beverly Blvd., Montebello, CA

## Parcel 8 (208 – 224 W. Beverly Blvd.)

26. Rental Agreement (Month to Month) dated October 11, 2017 by and between Montebello Community Health Services, Inc. (Landlord) and Christopher Frumento (Tenant) for 208 W. Beverly Boulevard, Montebello, CA

27. Rental Agreement dated September 27, 2017 by and between Montebello Community Health Services, Inc. (Landlord) and Christopher Frumento (Tenant) for 210 W. Beverly Boulevard, Montebello, CA

28. Frumento Properties Commercial Lease dated July 1, 2003 by and between Anthony and Barbara Frumento - Frumento Properties (Original Landlord) and Anthony J. Frumento, dba Frumento Italian Deli (Tenant), as amended by that certain Assignment of Lease dated July 14, 2003 by and between Anthony and Barbara Frumento - Frumento Properties (Assignors) and Anthony J. Frumento (Tenant) and Montebello Community Health Services, Inc. (Assignee/Landlord) for 212-218 W. Beverly Blvd., Montebello CA

## Parcel 9 (312-320 W. Beverly Blvd.)

29. Commercial Lease Agreement dated October 1, 2020 by and between Montebello Community Health Service, Inc. (Landlord) and Barua Himu dba Popular Liquor (Tenant) for 312 W. Beverly Blvd Montebello, CA

30. Standard Industrial/ Commercial Multi-Tenant Lease - Gross dated May 25, 2001 by and between Masao Ishihama & Asako Ishihama Revocable Trust dated 3/10/78 (Original Landlord) and Jacob Zulalyan dba Arax Deli (Tenant) and as currently leased by Montebello Community Health Service, Inc. (Landlord) for 316 W. Beverly Blvd, Montebello, CA

31. Lease dated September 6, 1973, by and among Allen E. Jones and Kathleen C. Jones (together, Original Landlord) and Kentucky Fried Chicken of Beverly (Original Tenant), as amended by that certain Assignment of Lease dated November 1, 1982 (Assignment) by and between Kentucky Fried Chicken of Beverly (Assignor) and Donald W. Steinke, James E. Short, and Barbara K. Short (collectively, Assignee), that certain Amendment to Lease dated February 3, 1989 (First Amendment) by and between Donald W. Steinke, James E. Short, and Barbara K. Short (collectively, Lessee) and Masao Ishihama (Lessor), and that certain Amendment to Lease Dated November 1, 2001 (Second Amendment) by and between Donald W. Steinke, James E. Short, and Barbara K Short (collectively, Lessee) and Masao Ishihama (Lessor) as currently leased by Montebello Community Health Service, Inc. (Landlord) and Alex Bana dba KFC (Tenant) for 320 W. Beverly Blvd., Montebello, CA

## Parcel 12    (509-523 N. 3rd St.)

32. Residential Lease or Month-to-Month Rental Agreement dated April 1, 2022 by and between Montebello Community Health Services (Landlord) and Jocelyne Blanco, Christopher Ruvalcaba (Tenant) for 509 N. 3rd Street, Montebello, CA

33. Residential Lease or Month to Month Rental Agreement dated April 4, 2022 by and between Montebello Community Health Services (Landlord) and Rosa Doris Gutierrez and Juan Francisco Garcia (together, Tenant) for 509 ½ N. 3rd Street Montebello, CA

34. Residential Lease or Month to Month Rental Agreement dated July 8, 2022 by and between Montebello Community Health Services (Landlord) and Katy Mimi Chanthavong (Tenant) for 517 N. 3rd Street, Montebello CA

35. Residential Lease or Month to Month Rental Agreement dated July 22, 2022 by and between Montebello Community Health Services (Landlord) and Jeanne Leyva Paramo (Tenant) for 517 ½ N. 3rd Street, Montebello CA

36. Residential Lease or Month-to-Month Rental Agreement dated February 20, 2023, by and between Bolanle Olajide (Tenant) and Montebello Community Health Services (Landlord) for 519 N. 3rd Street, Montebello, CA

37. Residential Lease or Month-to-Month Rental Agreement dated July 2, 2022, by and between Eryssa Sophia Ninette Cerda and Jacob Walter Cabral (Tenant) and Montebello Community Health Services (Landlord) for 521 N. 3rd Street, Montebello, CA

38. Residential Lease or Month-to-Month Rental Agreement dated February 20, 2023, by and between Gilberto David Juarez (Tenant) and Montebello Community Health Services (Landlord) for 521 ½ N. 3rd Street Montebello, CA

39. Residential Lease or Month-To-Month Rental Agreement dated September 29, 2022 by and among Montebello Community Health Services (Landlord) and Mary E. McMahan Costabile, Taylor Ann McMahan, and John William Leatherby III (collectively, Tenant) for 523 N. 3rd Street Montebello, CA

## Parcel 14 (413 N. Poplar Ave.)

40. Lease Agreement entered into as of May 16, 2005 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant) for 413 N. Poplar Ave., Montebello, CA

## Parcel 16 (1920 W. Whittier Blvd.)

41. Lease Agreement executed as of December 12, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) for 1920 Whittier Blvd., Montebello, CA

## **Exhibit B**

### **AHS Assumed Contracts List**

| Counterparty or Notice Party Name | Contract Description | Potential Cure Amount |
|---|---|---|
| 3M Company | Purchase Order #: 074663 | $0.00 |
| 3M Health Information Systems, Inc. | Request for Purchase Order | $48,501.73 |
| Abdul M. Alaama, M.D., Inc. | Lease Agreement | $0.00 |
| Abdulomouti Alaama, M.D. | Medical Directorship Agreement | $0.00 |
| Abdulomouti Alaama, M.D. | Amendment No. 1 to the Medical Directorship Agreement Effective January 1, 2017 | $0.00 |
| Abdulomouti Alaama, M.D. | Medical Directorship Agreement | $0.00 |
| Abdulomouti Alaama, M.D. | Emergency Room On-Call Agreement | $0.00 |
| Abraham Moreno | Residential Lease or Month-to-Month Rental Agreement | $0.00 |
| Advanced Anesthesia Consultant, Inc. | Amendment 1 Anesthesiology Coverage Agreement | $0.00 |
| Advanced Anesthesia Consultant, Inc. | Amendment II Anesthesiology Coverage Agreement | |
| Advanced Anesthesia Consultant, Inc. | Amendment No. 1 to the Anesthesiology Coverage Agreement | |
| Alarcon Urology Center | Letter re: ER Agreement and ER Coverage | $0.00 |
| Antonio Alarcon, M.D. | Letter re: Emergency Call Panel for Urology | $0.00 |
| Atef L. Yacoub, M.D. | Emergency Room On-Call Agreement | $0.00 |
| Babak Dadvand, M.D. | Medical Director Services Agreement Center for Wound Care and Hyperbaric Medicine | $0.00 |
| Babak Dadvand, M.D. | Medical Director Services Agreement | |
| BAI Connect | Statement of Work | $4,166.67 |
| BAIConnect | Terms of Service | |
| Bel Air Internal, LLC dba BAIConnect | Service Agreement | $0.00 |
| Bel Air Internet, LLC | Request for Taxpayer Identification Number and Certification | $0.00 |
| Bhava Narayanan | Acknowledgment And Agreement | $0.00 |
| Bhavadharini Narayanan, M.D. | Acknowledgment and Agreement | $0.00 |
| Brennen Hughes | Acknowledgment And Agreement | $0.00 |
| CEP America-California (fka California Emergency Physicians Medical Group) | Scribe Services Addendum to Emergency Services Agreement | $0.00 |
| CEP America-California d/b/a Vituity (fka California Emergency Physicians Medical Group) | Amendment #1 to Emergency Department Agreement | $0.00 |
| CEP America-California dba Vituity | Amendment #1 to Emergency Department Agreement | $0.00 |
| CEP AMERICA-TELEHEALTH, PC DBA VITUITY | Tele-Scribe Services Addendum to Telemedicine Services Agreement | $0.00 |
| City of Hope Foundation | Amendment No. 3 to the Emergency Department Call Coverage Agreement Effective January 29, 2009 | $0.00 |
| City of Hope Medical Foundation | Amendment III Emergency Department Call Coverage Agreement Effective January 29, 2009 | $0.00 |
| Comprehensive Cardiovascular Specialist Group | Addendum to the Emergency Department Cardiology Group Call Coverage Agreement | $0.00 |
| Comprehensive Cardiovascular Specialist Group | Lease Agreement | |
| Comprehensive Cardiovascular Specialist Group | Bill of Sale | |
| Comprehensive Cardiovascular Specialists | Medical Directorship Agreement | |
| Comprehensive Cardiovascular Specialists | Emergency Department Cardiology Group Call Coverage Agreement | $0.00 |
| Comprehensive Cardiovascular Specialists | Amendment #1 to Medical Directorship Agreement | |
| Comprehensive Cardiovascular Specialists Group | Letter re: Emergency Department of Cardiology Group Call Coverage Agreement Effective April 1, 2019 - Soha Ahmad, M.D. Providing On Call Coverage | $0.00 |
| Comprehensive Cardiovascular Specialists Group | Emergency Department Cardiology Group Call Coverage Agreement | |
| Comprehensive Cardiovascular Specialists Group | Letter re: Emergency Department Cardiology Group Call Coverage Agreement | |
| Comprehensive Cardiovascular Specialists Group, Inc. | Amendment III Emergency Room On-Call Agreement | $0.00 |
| Comprehensive Cardiovascular Specialists Group, Inc. | Amendment I Emergency Department Call Coverage Agreement | |
| ConvergeOne Inc | Purchase Order #: 101007 | |
| ConvergeOne Inc | Purchase Order #: 101006 | |
| ConvergeOne Inc | Purchase Order #: 100967 | |
| ConvergeOne Inc | Purchase Order #: 100964 | |
| ConvergeOne Inc | Purchase Order #: 100966 | |
| ConvergeOne Inc | Purchase Order #: 111837 | |
| ConvergeOne Inc | Purchase Order #: 086704 | |
| ConvergeOne Inc | Purchase Order #: 094144 | $32,790.86 |
| ConvergeOne Inc | Purchase Order #: 094206 | |
| ConvergeOne Inc | Purchase Order #: 101186 | |
| ConvergeOne Inc | Purchase Order #: 101712 | |
| CONVERGEONE INC | Purchase Order re: Email Security 3 yr License | |
| CONVERGEONE INC | Solution Summary, Solution Quote, and Purchase Order re: August Cisco Secure Email Xaas Subscription | |
| ConvergeOne Inc | Purchase Order No. 109815 | |
| ConvergeOne, Inc. | Master Services Agreement | |
| Core Anesthesia Associates | Amendment No.1 Anesthesiology Coverage Agreement Effective July 1, 2014 | |
| Core Anesthesia Associates | Amendment II Anesthesiology Coverage Agreement | $0.00 |
| Core Anesthesia Associates | Anesthesiology Coverage Agreement | |
| David A. Duarte, M.D. | Emergency Room On-Call Agreement | $0.00 |
| David Chen, M.D. | Amendment to Medical Director Services Agreement | $0.00 |
| David Chen, M.D. | Medical Directorship Services Agreement | |
| DrFirst.com, Inc | Amendment to Master Agreement | |
| DrFirst.com, Inc | Amendment to Master Agreement for EPCS Gold with PDMP Access | $23,005.44 |
| DrFirst.com, Inc | Purchase Order No. 114893 | |
| DrFirst.com, Inc | Addendum to Master Agreement | |
| Dustin J. Lee, D.O. | Emergency Room On-Call Agreement | $0.00 |

| Counterparty or Notice Party Name | Contract Description | Potential Cure Amount |
|---|---|---|
| Dustin J. Lee, D.O. | Letter re: Intent to Terminate the Call Coverage Agreement | $0.00 |
| Eliseo Mills Jr., M.D. | Lease Agreement | |
| Eliseo Mills, Jr., M.D. | Amendment No. 1 to the Contract for Performance of Services | |
| Eliseo Mills, Jr., M.D. | Contract for Performance of Services | $0.00 |
| Eliseo Mills, Jr., M.D. | Response to Amendment No. 2 | |
| Erik M. Dworsky, M.D. | Emergency Department Orthopedics On-Call Agreement | $0.00 |
| First Databank, Inc. | Fifth Amendment to the Standard License Agreement | |
| First Databank, Inc. | Fourth Amendment to the Standard License Agreement | |
| First Databank, Inc. | Third Amendment to the Standard License Agreement | $33,541.50 |
| First Databank, Inc. | Second Amendment to the Standard License Agreement | |
| First Databank, Inc. | First Amendment to the Standard License Agreement | |
| First Databank, Inc. | Sixth Amendment to the Standard License Agreement | |
| Gautam Ganguly, M.D. | Acknowledgment and Agreement | $0.00 |
| George H. Wang, M.D. | Consulting Services Agreement | |
| George H. Wang, M.D. | ER On-Call Agreement - Individual Physician | |
| George H. Wang, M.D. | Medical Director Agreement Comprehensive Perinatal Services Program Clinic | $0.00 |
| George H. Wang, M.D. | Acknowledgment and Agreement | |
| George Wang, M.D. | Acknowledgment And Agreement | $0.00 |
| H.P. Chang, MD, Inc. | Amendment II to the Anesthesiology Coverage Agreement Effective July 1, 2021 | |
| H.P. Chang, MD, Inc. | Amendment 1 to Anesthesiology Coverage Agreement | $0.00 |
| H.P. Chang, MD, Inc. | Anesthesia Service Coverage on-call Agreement | |
| H.P. Chang, MD, Inc. | Amendment I to the Anesthesiology Coverage Agreement | |
| Jafari Alireza, M.D. | Emergency Room On-Call Agreement | $0.00 |
| Jagan Bansal, M.D. | Emergency Room On-Call Agreement | $0.00 |
| Jagan Bansal, M.D. | Letter Agreement re: First Amendment to Hospitalist Post-Discharge Referral Panel | $0.00 |
| K. Lawrence Cohen, M.D. | Acknowledgment and Agreement | $0.00 |
| Kamalakar Rambhatla, M.D. | Acknowledgment And Agreement | |
| Kamalakar S. Rambhatla, M.D., Inc. | Medical Directorship Agreement | $0.00 |
| Kenneth R. Purdom, II, M.D. | Emergency Room On-Call Agreement | $0.00 |
| Khetan M. Umakant, M.D. | Emergency Room On-Call Agreement | |
| Khetan M. Umakant, M.D. | Letter re: Emergency Call Panel for Urology | $0.00 |
| Krishna Narayanan | Acknowledgment And Agreement | |
| Krishna Narayanan, M.D. | Acknowledgment and Agreement | |
| Krishna Narayanan, M.D. | Emergency Room On-Call Agreement | |
| Krishna Narayanan, M.D., Inc. | Lease Agreement | $0.00 |
| Krishna Narayanan, M.D., Inc. | Second Amendment to Lease Agreement | |
| Krishna Naryanan, M.D. | Lease Agreement | |
| Krishna Naryanan, M.D. | Second Amendment to Lease Agreement | |
| Leo Li, M.D. | Medical Directorship Agreement | $0.00 |
| Lydia Aguilera, M.D. | Emergency Room On-Call Agreement | $0.00 |
| Lydia C. Aguilera M.D. | Acknowledgment And Agreement | $0.00 |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement | |
| Medical Information Technology, Inc. | Letter to Dr. Chadalavada re: Change in Service Fees for MEDITECH Software and Invoices | |
| Medical Information Technology, Inc. | Medical Information Technology, Inc. Software Proposal | $170,611.00 |
| Medical Information Technology, Inc. | Purchase Order #116893 | |
| Medical Information Technology, Inc. | Letter to Beverly Hospital re: Estimate to Support Disaster Recovery Testing Project | |
| MediTech | Letter re: Guidance on Utilizing MEDITECH HER During Covid-19 | $0.00 |
| Medstar Anesthesia Service, Inc. | Amendment I Anesthesiology Coverage Agreement | |
| Medstar Anesthesia Service, Inc. | Anesthesiology Coverage Agreement | $0.00 |
| Medstar Anesthesia Service, Inc. | Amendment I to the Anesthesiology Coverage Agreement | |
| Minimally Invasive Surgical Services Inc. | Emergency Department Call Coverage Agreement | $0.00 |
| MLH Medical Professional Corporation | Coverage and Directorship Agreement | $0.00 |
| Neurology Consultants Medical Group | Amendment I to the Emergency Room On-Call Agreement | |
| Neurology Consultants Medical Group | Neurology Service Coverage and Directorship Agreement | $0.00 |
| Nuance | Dragon Medical Network Edition Enterprise License | |
| Nuance | Certificate of Software License Purchase | |
| Nuance Communications, Inc. | Healthcare Master Agreement | |
| Nuance Communications, Inc. | Purchase Order No. 116443 | $46,715.40 |
| Nuance Communications, Inc. | Order | |
| Nuance Communications, Inc. | Purchase Order No. 116449 | |
| Oana Maria Penciu, M.D. | Medical Directorship Agreement | $0.00 |
| Pathology & Laboratory Medical Group, Inc. | Physician Services Agreement | |
| Pathology and Laboratory Medical Group, Inc. | Redlined Draft of the Pathology Services Agreement | |
| Pathology and Laboratory Medical Group, Inc. | Pathology Services Agreement | $0.00 |
| Pathology and Laboratory Medical Group, Inc. | Exhibit A Pathologist's Obligations Concerning Medical Staff Memberships and Contract Relationships | |
| Prestige Pulmonary Consultants Inc. | Amendment I Intensivist Services Agreement | $0.00 |
| Robert A. Orlando, M.D., Ph.D. | Acknowledgment and Agreement | |
| Robert A. Orlando, M.D., Ph.D. | Medical Director Agreement Pathology Department | |
| Robert A. Orlando, M.D., Ph.D. | Medical Director Agreement - Pathology Department | $0.00 |
| Robert A. Orlando, MD, PhD Medical Director Anatomic Pathology and Clinical Laboratory | Vendor/Contract Evaluation | |
| San Gabriel Valley Perinatal Medical Group | Medical Directorship Agreement | |
| San Gabriel Valley Perinatal Medical Group | Professional Services and Directorship Agreement | $0.00 |
| San Gabriel Valley Perinatal Medical Group Inc. | Business Associate Agreement | |

| Counterparty or Notice Party Name | Contract Description | Potential Cure Amount |
|---|---|---|
| UNAC/UHCP | Collective Bargaining Agreement | TBD |
| Wiji Xu, MD, Inc. | Amendment 1 to Anesthesiology Coverage Agreement | $0.00 |
| Wiji Xu, MD, Inc. | Amendment 2 to Anesthesiology Coverage Agreement | |
| Yacoub L. Atef, M.D. | Letter re: Initiating an Emergency Call Panel for Urology | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
222 N Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Executory Contracts and Unexpired
Leases Designated by American Healthcare Systems Foundation Inc. and Layton 26, LLC for Assumption and
Assignment
_____ will be served or was served **(a)** on the judge in chambers
in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
7/6/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 7/6/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/6/2023, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

⊠

| | | |
|---|---|---|
| 7/6/2023 | Jonathan J. Thomson | */s/ Jonathan J. Thomson* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

_____    _____
_Date_            _Printed Name_              _Signature_

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                           **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Megan M Adeyemo | madeyemo@grsm.com;<br>asoto@grsm.com |
| David E Ahdoot | dahdoot@bushgottlieb.com;<br>kprestegard@bushgottlieb.com |
| Joseph M Ammar | ammar@millercanfield.com |
| Scott E Blakeley | seb@blakeleyllp.com;<br>ecf@blakeleyllp.com |
| Joseph P Buchman | jbuchman@bwslaw.com;<br>gmitchell@bwslaw.com |
| Adrian Butler | abutler@bushgottlieb.com |
| Augustus Curtis | augustus.t.curtis@usdoj.gov |
| David K Eldan | David.Eldan@doj.ca.gov,<br>cynthia.gomez@doj.ca.gov |
| Amanda N Ferns | aferns@fernslaw.com;<br>mmakalintal@fernslaw.com |
| John-Patrick M Fritz | jpf@lnbyg.com;<br>JPF.LNBYB@ecf.inforuptcy.com |
| Evelina Gentry | evelina.gentry@akerman.com;<br>rob.diwa@akerman.com |
| Evan Gershbein | ECFpleadings@kccllc.com |
| Steven T Grubner | sgubner@bg.law, ecf@bg.law |
| Melissa Hamill | melissa.hamill@doj.ca.gov |
| Brian T Harvey | bharvey@buchalter.com |
| Robert M Hirsh | rhirsh@lowenstein.com |
| Darryl Jay Horowitt | dhorowitt@ch-law.com;<br>bkasst@ch-law.com |
| David I Horowitz | david.horowitz@kirkland.com;<br>keith.catuara@kirkland.com;<br>terry.ellis@kirkland.com;<br>elsa.banuelos@kirkland.com;<br>ivon.granados@kirkland.com |
| Sonja Hourany | sonja.hourany@quinngroup.net;<br>kadele@wgllp.com;<br>lbracken@wgllp.com;<br>shourany@ecf.courtdrive.com |
| Quinn Scott Kaye | kaye@millercanfield.com |
| Gary E Klausner | gek@lnbyg.com |
| Alexandria Lattner | alattner@sheppardmullin.com;<br>ehwalters@sheppardmullin.com |
| Marc A Levinson | MALevinson@orrick.com;<br>borozco@orrick.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |
| Tania M Moyron | tania.moyron@dentons.com;<br>malka.zeefe@dentons.com;<br>kathryn.howard@dentons.com;<br>derry.kalve@dentons.com;<br>glenda.spratt@dentons.com;<br>DOCKET.GENERAL.LIT.LOS@dentons.com |
| Jennifer L Nassiri | JNassiri@sheppardmullin.com |

# SERVICE LIST (via NEF)

| CreditorName | Email |
| --- | --- |
| Neli Nima Palma | neli.palma@doj.ca.gov |
| Thomas Phinney | tphinney@ffwplaw.com;<br>akieser@ffwplaw.com;<br>docket@ffwplaw.com |
| Dean G Rallis, Jr | drallis@hahnlawyers.com;<br>jevans@hahnlawyers.com;<br>drallis@ecf.courtdrive.com;<br>jevans@ecf.courtdrive.com |
| William M Rathbone | wrathbone@grsm.com;<br>sdurazo@grsm.com |
| Michael B Reynolds | mreynolds@swlaw.com;<br>kcollins@swlaw.com |
| Russell W Reynolds | rreynolds@ch-law.com;<br>bkasst@ch-law.com |
| Jason E Rios | jrios@ffwplaw.com;<br>docket@ffwplaw.com |
| Mary H Rose | mrose@buchalter.com |
| Nathan A Schultz | nschultzesq@gmail.com |
| Olivia Scott | olivia.scott3@bclplaw.com;<br>theresa.macaulay@bclplaw.com |
| Howard Steinberg | steinbergh@gtlaw.com;<br>pearsallt@gtlaw.com;<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still | astill@swlaw.com;<br>kcollins@swlaw.com |
| Tamar Terzian | tamar@terzlaw.com;<br>sandra@terzlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Mark J Valencia | mvalencia@vclitigation.com |
| Emilio Eugene Varanini, IV | emilio.varanini@doj.ca.gov |
| Kevin Walsh | kevin.walsh@gtlaw.com |
| Kenneth K Wang | kenneth.wang@doj.ca.gov;<br>Jennifer.Kim@doj.ca.gov;<br>Stacy.McKellar@doj.ca.gov;<br>yesenia.caro@doj.ca.gov;<br>Christine.Murphy@doj.ca.gov |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com;<br>raul.morales@bclplaw.com;<br>REC_KM_ECF_SMO@bclplaw.com |
| Roye Zur | rzur@elkinskalt.com;<br>cavila@elkinskalt.com;<br>lwageman@elkinskalt.com;<br>1648609420@filings.docketbird.com |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | 100 Abbot Park Road | | | Abbot Park | IL | 60064 |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | 13155 Noel Road Suite 300 | | | Dallas | TX | 75240 |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | 601 West Fifth Street, Suite 300 | | | Los Angeles | CA | 90071 |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | 4619 N. Rosemead Blvd. | | | Rosemead | CA | 91770 |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | 161 Washington St Suite 600 | | | Conshohocken | PA | 19428 |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | 13181 Crossroads Pkwy. North | Suite 400 - West Tower | | City of Industry | CA | 91746 |
| Lienholders | Amerisourcebergen Drug Corporation | | Po Box 959 | | | Valley Forge | PA | 19482 |
| TOP 30 | Arthrex, Inc | Carla Pitcher | 2825 Airview Boulevard | | | Kalmazoo | MI | 49002 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| TOP 30 | Axis Spine Llc | DD Mate | 1812 W Burbank Blvd #5384 | | | Burbank | CA | 91506 |
| Banks | Bank of America | GABRIELA SANCHEZ | C/O Bank of America | 330 N BRAND BLVD | | GLENDALE | CA | 91203 |
| Banks | Bank of the West | | 75 SANSOME STREET, 19TH FLOOR | | | SAN FRANCISCO | CA | 94111 |
| Lienholders | BANK OF THE WEST | | 475 SANSOME STREET, 19TH FLOOR | | | SAN FRANCISCO | CA | 94111 |
| Banks | Bank of the West | Attn: Edgar Morales | Vice President/Principal Business Banking Relationship Manager | 10230 S Paramount Blvd. | | Downey | CA | 90241 |
| Equipment Leases | Baxter | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | 17511 Armstrong Ave | | | Irvine | CA | 92614 |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | 530 Technology Drive, Suite 100 | | | Irvine | CA | 92618 |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | 300 Boston Scientific Way | | | Marlborough | MA | 01752-1234 |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | Two Penn Center, Suite 610 | 1500 John F. Kennedy Boulevard | | Philadelphia | PA | 19102 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | 161 North Clark Street, Suite 4300 | | | Chicago | IL | 60612 |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | 120 Broadway, Suite 300 | | | Santa Monica | CA | 90401-2386 |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | 801 North Brand Boulevard | Suite 950 | | Glendale | CA | 91203 |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | PO Box 997377 MS 0500 | | | Sacramento | CA | 95899-7377 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | Chair | 1100 K Street, Suite 101 | | | Sacramento | CA | 95814 |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | 1700 N. Broadway, Suite 405 | | | Walnut Creek | CA | 94596 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | 90 – 7th Street, Suite 5-300 | | | San Francisco | CA | 94103-6706 |
| TOP 30 | Cepheid Inc. | Susan Jose | 904 E Caribbean Dr | | | Sunnyvale | CA | 94089 |
| TOP 30 | Cloudwave | Loraine Sarno | 100 Crowley Dr. | | | Marlborough | MA | 01752 |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | 9400 Bunsen Parkway Suite 100 | | | Louisville | KY | 40220 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | 601 South Figueroa Street, Suite 2500 | | | Los Angeles | CA | 90017-5704 |
| Department of Health Care Services | Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | MS 4704, P.O. Box 997412 | | | Sacramento | CA | 95899-7412 |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | 10345 W. Olympic Blvd. | | | Los Angeles | CA | 90064 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall, MIC 92E | | | Sacramento | CA | 95814 |
| Equipment Leases | First Financial Healthcare | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| Equipment Leases | GE | | 3000 N Grandview Blvd. | | | Waukesha | WI | 53188 |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | One International Place, Suite 2000 | | | Boston | MA | 02110 |

**SERVICE LIST (via First Class Mail)**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Banks | Hanmi Bank | Attn: Vanessa Padilla | Specialty Lending Department | Northridge Branch | 10180 Reseda Blvd. | Northridge | CA | 91324 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 2010 Main St. Suite 590 | | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | Specialty Lending | 1920 Main St. Suite 1140 | Attn Ben Sottile | | Irvine | CA | 92614 |
| Hanmi Bank | Hanmi Bank | | 10180 Reseda Blvd | | | Northridge | CA | 91324 |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | 5 Revere Drive, Suite 206 | | | Northbrook | IL | 60062 |
| TOP 30 | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road | | | Bloomfield Hills | MI | 48302 |
| Equipment Leases | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road, | | | Bloomfield Hills | MI | 48302 |
| Lienholders | HUNTINGTON TECHNOLOGY FINANCE, INC. | | 2285 FRANKLIN ROAD, SUITE 100 | | | BLOOMFIELD HILLS | MI | 48302 |
| Equipment Leases | Insight Financial | Steven Neang | 6820 S Harl Ave | | | Tempe | AZ | 85283 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | 555 South Flower Street, 50th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Keenan and Associates | Eric Rodriguez | 2355 Crenshaw Blvd., Suite 200 | | | Torrance | CA | 90501 |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | 2049 Century Park East | | | Los Angeles | CA | 90067 |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | 300 North LaSalle | | | Chicago | IL | 60654 |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | 10621 Craig Road | | | Traverse City | MI | 49686 |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | 7 Blue Hill River Road | | | Canton | MA | 02021 |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | 1010 N 102Nd St Suite 300 | | | Omaha | NE | 68114 |
| TOP 30 | Medline Industries Inc | Brent Fogel | Three Lakes Drive | | | Northfield | IL | 60093 |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | 9251 Wedgewood St | | | Temple City | CA | 91780 |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | 1300 Clinton Square | | | Rochester | NY | 14604 |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | 900 42nd Street S | | | Fargo | ND | 58103 |
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | 405 South Main Street Suite 350 | | | Salt Lake City | UT | 84111 |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | 455 Golden Gate Ave., Suite 11000 | | | San Francisco | CA | 94102 |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | 1300 I Street P.O. Box 944255 | | | Sacramento | CA | 94244-2550 |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | 300 South Spring Street, Suite 7505 | | | Los Angeles | CA | 90013-1230 |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Deputy General Counsel to California Department of Health Care Services | Office of the California  Attorney General | Department of Justice | Kenneth K. Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Counsel to Hanmi Bank | Orrick, Herrington & Sutcliffe LLP | Brendan LaFountain | 400 Capitol Hall | | | Sacramento | CA | 95814-4497 |
| TOP 30 | Outset Medical Inc | Andy Rabon | 3052 Orchard Drive | | | San Jose | CA | 95134 |
| TOP 30 | Philips Healthcare | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| Equipment Leases | Philips Medical Systems | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | 1411 North Batavia Street #105 | | | Orange | CA | 92867 |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | 350 South Grand Avenue, 37th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Shiftwise | Jennifer Folds | 200 SW Market Street Suite 700 | | | Portland | OR | 97201 |
| Counsel to Hanmi Bank | Shulman Hodges & Bastian LLP | Michael J. Petersen | 100 Spectrum Center Drive, Suite 600 | | | Irvine | CA | 92614 |

SERVICE LIST (via First Class Mail)

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | One Riverfront Plaza | | | Newark | NJ | 07102 |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | 9801 Washingtonian Boulevard | | | Gaithersburg | MD | 20878 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| Equipment Leases | Stryker | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | 5900 Optical Ct | | | San Jose | CA | 95138 |
| TOP 30 | Stryker Instruments | Donovan Reiley | 4100 E. Milham Road | | | Kalamazoo | MI | 49001 |
| TOP 30 | Stryker Orthopedics | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| Lienholders | TCF NATIONAL BANK | | 11100 WAYZATA BOULEVARD, SUITE 800 | | | MINNETONKA | MN | 55305 |
| Lienholders | U.S. BANK NATIONAL ASSOCIATION, AS MASTER TRUSTEE | | 633 W. FIFTH STREET, 24TH FLOOR | | | LOS ANGELES | CA | 90071 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United Stated Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | Augustus T. Curtis | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| United States Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | James Center Three | 1051 East Cary Street, 6th Floor | | Richmond | VA | 23219 |
| Indenture Trustee | US Bank NA | | Po Box 70870 | | | St Paul | MN | 55170-9690 |
| Chambers | USBC Central District of California | Hon. Sandra R. Klein | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1582 | | Los Angeles | CA | 90012 |
| Banks | Western Alliance | SARAH CLEMENS | C/O Western Alliance Bank | 5901 W CENTURY BLVD | | LOS ANGELES | CA | 90045 |
| Lienholders | WINTHROP RESOURCES CORPORATION | | 11100 WAYZATA BOULEVARD, SUITE 800 | | | MINNETONKA | MN | 55305 |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | nathan.scott@abbott.com |
| TOP 30 | Advantis Medical Staffing | Elayne Goldman | goldman@advantismed.com |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | evelina.gentry@akerman.com |
| TOP 30 | Alhambra Hospital Medical Center | Terry Chu | terrychu@alhambrahospital.com |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | moises.rodriguez@aus.com |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | sowens@agclawfirm.com; cgarcia@agclawfirm.com |
| Lienholders | Amerisourcebergen Drug Corporation | | mbranzburg@klehr.com |
| TOP 30 | Arthrex, Inc | Carla Pitcher | Carla.Pitcher@arthrex.com |
| TOP 30 | Axis Spine Llc | DD Mate | dmate@axisspineco.com |
| Lienholders | BANK OF THE WEST | | edgar.morales@bankofthewest.com; Jorge.Padilla@bankofthewest.com |
| Banks | Bank of the West | Attn: Edgar Morales | edgar.morales@bankofthewest.com; Jorge.Padilla@bankofthewest.com |
| Equipment Leases | Baxter | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | SEB@BlakeleyLC.com |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | Kathleen.homsab@bsci.com |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | eric.prezant@bclplaw.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com; abutler@bushgottlieb.com |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | jhamill@cscda.org |
| TOP 30 | Cepheid Inc. | Susan Jose | susan.jose@cepheid.com |
| TOP 30 | Cloudwave | Loraine Sarno | lsarno@insightinvestments.com |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | ZacharyKecyzkecy@spectrum-nrg.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | tania.moyron@dentons.com; samuel.maizel@dentons.com; rebecca.wicks@dentons.com |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | rzur@elkinskalt.com |
| Equipment Leases | First Financial Healthcare | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com |
| Banks | Hanmi Bank | Attn: Vanessa Padilla | vanessa.padilla@hanmi.com |
| Proposed DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| TOP 30 | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Equipment Leases | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Lienholders | HUNTINGTON TECHNOLOGY FINANCE, INC. | | brent.a.mcqueen@huntington.com |
| Equipment Leases | Insight Financial | Steven Neang | Steven.Neang@insight.com |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | jmester@jonesday.com; cehrgott@JonesDay.com |
| TOP 30 | Keenan and Associates | Eric Rodriguez | erodriguez@keenan.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | David.Horowitz@kirkland.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | ryan.bennett@kirkland.com |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | nschultzesq@gmail.com |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | mhirsh@lowenstein.com; pkhezri@lowenstein.com |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | gmedeiros@meditech.com |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | Nick.Rudman@medicalsolutions.com; brian.koenig@koleyjessen.com |
| TOP 30 | Medline Industries Inc | Brent Fogel | bfogel@medline.com |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | robert.amedinc@gmail.com |
| National Association of Attorneys General | National Association of Attorneys General | | support@naag.org |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | joneal@nixonpeabody.com |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | JE-ERS@noridian.com |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | Nicole.Caucci@oig.hhs.gov |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | Emilio.Varanini@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | Neli.Palma@doj.ca.gov; Melissa.Hamill@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | Roma.Patel@doj.ca.gov |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Scott.Chan@doj.ca.gov |
| Deputy General Counsel to California Department of Health Care Services | Office of the California  Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| TOP 30 | Outset Medical Inc | Andy Rabon | arabon@outmedical.com |
| TOP 30 | Philips Healthcare | Jose Rivera | jose.rivera@philips.com |
| Equipment Leases | Philips Medical Systems | Jose Rivera | jose.rivera@philips.com |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | jarrod@phoenixclassaction.com |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | slee@rwglaw.com |
| TOP 30 | Shiftwise | Jennifer Folds | jennifer.folds@medefis.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | LuisLunalluna@beverly.org |
| Equipment Leases | Stryker | Trent Zaks | Trent.Zaks@stryker.com |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | joe.gallinatti@stryker.com |
| TOP 30 | Stryker Instruments | Donovan Reiley | donovan.reiley@stryker.com |
| TOP 30 | Stryker Orthopedics | Trent Zaks | TrentZaks@stryker.com |
| Lienholders | TCF NATIONAL BANK | | brent.a.mcqueen@huntington.com |
| Lienholders | U.S. BANK NATIONAL ASSOCIATION, AS MASTER TRUSTEE | | christopher.gehman@usbank.com |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | christopher.gehman@usbank.com |
| Banks | Western Alliance | SARAH CLEMENS | FCastagnola@westernalliancebank.com |
| Lienholders | WINTHROP RESOURCES CORPORATION | | brent.a.mcqueen@huntington.com |