SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JUSTIN R. BERNBROCK (admitted *pro hac vice*)
CATHERINE JUN (admitted *pro hac vice*)
ROBERT B. McLELLARN (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email:      jbernbrock@sheppardmullin.com
             cjun@sheppardmullin.com
             rmclellarn@sheppardmullin.com

JENNIFER L. NASSIRI, SBN 209796
ALEXANDRIA G. LATTNER, SBN 314855
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone: 310.228.3700
Email:      jnassiri@sheppardmullin.com
             alattner@sheppardmullin.com

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), *et al*,[1]<br><br>Debtors, | Case No.: 2:23-bk-12359-SK<br><br>Jointly administered with:<br><br>Case No: 2:23-bk-12360-SK<br>Case No: 2:23-bk-12361-SK<br><br>Chapter 11 Case |
| ☒  Affects all Debtors<br><br>☐  Affects Beverly Community Hospital Association<br><br>☐  Affects Montebello Community Health Services, Inc.<br><br>☐  Affects Beverly Hospital Foundation | **NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES DESIGNATED BY WHITE MEMORIAL MEDICAL CENTER D/B/A ADVENTIST HEALTH WHITE MEMORIAL FOR ASSUMPTION AND ASSIGNMENT**<br><br>[Related Docket Nos. 308, 378, 412, 450, 635, 638]<br><br>Date:     August 17, 2023<br>Time:     9:00 a.m.<br>Judge:   Hon. Sandra R. Klein<br>Place:    Zoom.Gov |

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), Montebello Community Health Services, Inc. (3550), and Beverly Hospital Foundation (9685).  The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

-1-

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES TRUSTEE, REGION 16, ALL OF THE DEBTORS' SECURED CREDITORS, TOP 30 UNSECURED CREDITORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on May 23, 2023, the above-captioned debtors and debtors in possession (the "Debtors")[2] filed their *Debtors' Notice of Motion and Motion for the Entry of an Order (I) Approving Asset Purchase Agreement for Stalking Horse Purchaser and for Prospective Overbidders, (II) Approving Bid Protections, (III) Approving Bidding Procedures, (IV) Scheduling Certain Dates Thereto, and (V) Approving Form of Notice; and (VI) Scheduling Court Hearing to Approve Sale Free and Clear to the Successful Bidder* [Docket No. 308] (the "Bidding Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that on June 2, 2023, the Court entered an *Order Approving Debtors' Motion for the Entry of an Order (I) Approving Asset Purchase Agreement for Stalking Horse Purchaser and Prospective Overbidders, (II) Approving Bid Protections, (III) Approving Bidding Procedures, (IV) Scheduling Certain Dates Thereto, (V) Approving Form of Notice, and (VI) Scheduling Court Hearing to Approve Sale Free and Clear to the Successful Bidder* [Docket No. 378] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the assumption and assignment procedures authorized by the Court pursuant to the Bidding Procedures Order, on June 9, 2023, the Debtors filed and served their *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No. 412] (the "Cure Notice"), which included as Exhibit A attached thereto a schedule (the "Original Cure Schedule") detailing the Executory Contracts Subject to Assumption and the amounts, if any, the Debtors asserted are owed to cure any defaults existing thereunder.  On June 22, 2023, the Debtors filed their *Debtors' Notice of Amended Cure Schedule and Amended Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Cure Notice (as defined herein) or the Sale Motion (as defined herein), as applicable.

450] (the "<u>Amended Cure Notice</u>"), which included an amended cure schedule (the "<u>Amended Cure Schedule</u>") correcting inadvertent errors and revised cure amounts in response to informal objections received from counterparties to certain Executory Contracts Subject to Assumption.

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2023, in accordance with the Bidding Procedures Order, the Debtors called and commenced the Auction for the sale of substantially all of their assets, as further detailed in the *Declaration of Justin R. Bernbrock (I) Regarding Results of Auction Held on June 27, 2023, and (II) In Support of Stipulation to Continue Sale Hearing Filed Concurrently Herewith* [Docket No. 480]. On June 28, 2023, the Debtors filed their *Notice of Successful Bidders for Substantially All of the Debtors' Assets* [Docket N0. 481] detailing, among other things, that at the conclusion of the Auction, the Debtors, with the support of the Consultation Parties, selected American Healthcare Systems Foundation Inc. and Layton 26, LLC as successful bidders (the "<u>Original Successful Bidders</u>").

**PLEASE TAKE FURTHER NOTICE** that, on July 5, 2023, the Debtors filed the *Debtors' Notice of Motion and Motion for Entry of an Order (I) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 537] (the "<u>Original Sale Motion</u>"), which sought entry of an order: (a) authorizing the sale (the "<u>Original Sale</u>") of substantially all of the Debtors' assets and related relief to the Original Successful Bidders.

**PLEASE TAKE FURTHER NOTICE** that, on July 6, 2023, the Debtors filed and served their *Notice of Executory Contracts and Unexpired Leases Designated By American Healthcare Systems Foundation Inc. and Layton 26, LLC for Assumption and Assignment* [Docket No. 552] (the "<u>Assumption Notice</u>"), which identified the contracts designated by AHS and Layton for assumption and assignment pursuant to the terms of the Original Sale (the "<u>Original Assumed Contracts List</u>").

**PLEASE TAKE FURTHER NOTICE** that in the weeks following the Auction, the Debtors, Consultation Parties, Original Successful Bidders, and other parties in interest engaged in extensive discussions and negotiations regarding the implementation and execution of the transactions contemplated by the terms of the Original Sale. Despite these efforts, the parties were

SMRH:4875-8939-4293.3

1  unable to consummate final documentation consistent with the terms agreed at the Auction within

2  the original deadlines set forth by the Court.  At the Court's direction, the Debtors provided additional

3  dates and deadlines for the Debtors to propose a sale that took into consideration the Debtors' severe

4  cash constraints and operational considerations for the Hospital. In the renewed, expedited timeline,

5  the Debtors received inbound interest from several parties, including AHS and White Memorial

6  Medical Center d/b/a/ Adventist Health White Memorial, a California nonprofit religious corporation

7  ("AHWM") and the previous Stalking Horse Bidder.  In light of several developments, the Debtors

8  announced that the Beverly Hospital Board has deemed the modified bid submitted by AHWM the

9  Successful Bid for the Assets.

10  **PLEASE TAKE FURTHER NOTICE** that, on August 7, 2023, the Debtors filed the

11  *Debtors' Notice of Motion and Motion for Entry of an Order (I) Authorizing the Sale of Substantially*

12  *all of the Debtors' Assets Free and Clear of all Liens, Claims, and Encumbrances; to White Memorial*

13  *Medical Center d/b/a Adventist Health White Memorial Free and Clear; (II) Authorizing the*

14  *Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III)*

15  *Granting Related Relief; Declaration of Jason A. Cohen in Support Thereof* [Docket No. 638] (the

16  "Sale Motion").  The Sale Motion seeks the entry of an order: (a) authorizing the sale (the "Sale") of

17  substantially all of the Debtors' assets to AHWM; (b) approving the Asset Purchase Agreement (the

18  "APA") attached thereto; (c) authorizing the assumption and assignment of the contracts and

19  unexpired leases and related cure costs  as attached thereto; (d) waiving any stay of the effectiveness

20  of the Sale Order; and (e) granting related relief..

21  **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the list of

22  executory contracts and unexpired leases designated by AHWM for assumption and assignment to it

23  (the "AHWM Assumed Contracts List").

24  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the APA, AHWM reserves the right

25  to add to or remove from the AHWM Assumed Contracts List prior to the closing date of the Sale.

26  **PLEASE TAKE FURTHER NOTICE** that the inclusion of a contract, lease, or other

27  agreement on **Exhibit A** shall not constitute or be deemed a determination or admission by the

28  Debtors and/or their estates or any other party in interest that such contract, lease, or other agreement

is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and any and all rights with respect thereto are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to an amended scheduling order [Docket No. 637] (the "Amended Scheduling Order"), the hearing (the "Sale Hearing") to approve the Sale Motion and the assumption and assignment of the Assumed Contracts contemplated therein will take place on **August 17, 2023, at 9:00 a.m. (Pacific Time)**. Any issues relating to adequate assurance of future performance under the Assumed Contracts designated for assumption and assignment to AHWM will also be heard at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Amended Scheduling Order, any objections to the Sale Motion and the relief sought therein (each, a "Sale Objection") must: (a) be in writing; (b) comply with the Bankruptcy Rules and LBRs; (c) set forth the specific basis for such Sale Objection; (d) be filed with the Court, together with proof of service, on or before 12:00 p.m. (prevailing Pacific Time) on **August 10, 2023, at 12:00 p.m. (Pacific Time)** (the "Sale Objection Deadline"); and (e) be served, so as to be actually received on or before the Sale Objection Deadline, upon: (i) counsel to the Debtors: Sheppard, Mullin, Richter & Hampton LLP, 321 N. Clark Street, 32nd Floor, Chicago, IL 60654 (Attn: Justin R. Bernbrock; Catherine Jun; Robert B. McLellarn), Emails: jbernbrock@sheppardmullin.com, cjun@sheppardmullin.com, and rmclellarn@sheppardmullin.com; and/or Sheppard, Mullin, Richter & Hampton LLP, Avenue of the Stars, Suite 1600 Los Angeles, CA 90067-6055 (Attn: Jennifer L. Nassiri and Alexandria G. Lattner), Emails: jnassiri@sheppardmullin.com, alattner@sheppardmullin.com; (ii) the Debtors' Investment Banker: Portage Point Partners, 1330 Avenue of the Americas, 22nd Floor, New York, NY 10019 (Attn: Jason Cohen), Email: jcohen@pppllc.com and bev_ppp@pppllc.com; (iii) the Office of the U.S. Trustee: 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017 (Attn: Kelly L. Morrison), Email: kelly.l.morrison@usdoj.gov; and (iv) counsel to the DIP Lender, HRE Montebello, LLC: Bryan Cave Leighton Paisner, LLP, 161 North Clark Street, Suite 4300, Chicago, Illinois 60201 (Attn: Eric S. Prezant), Email: eric.prezant@bclplaw.com; 120 Broadway, Suite 300, Los Angeles, California 90401(Attn: Sharon Z. Weiss and Olivia J. Scott); sharon.weiss@bclplaw.com; and olivia.scott3@bclplaw.com; (vi) counsel to the Official

Committee: Dentons LLP, 601 S. Figueroa Street Suite 2500, Los Angeles, California 90017-5704, (Attn: Samuel R. Maizel and Tania M. Moyron), Emails: samuel.maizel@dentons.com and tania.moyron@dentons.com, and Sills Cummis & Gross P.C., (Attn: Andrew H. Sherman), Email: asherman@sillscummis.com; and (v) counsel to U.S. Bank Trust Company National Association, as Master Trustee, Greenberg Traurig, LLP, One International Place, Suite 200, Boston MA, 02110 (Attn: Colleen A. Murphy, Kevin J. Walsh, and Chris Marks), Emails: colleen.murphy@gtlaw.com, kevin.walsh@gtlaw.com, and chris.marks@gtlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(h), the failure to file and serve a Sale Objection on or before the Sale Objection Deadline may be deemed by the Court to be consent to the relief requested in the Sale Motion, including consent to the assumption and assignment of the Assumed Contracts, and the objecting party may be forever barred from objecting to the assumption and assignment of the Assumed Contracts and may not be heard at the Sale Hearing, and this Court may enter the Sale Order without further notice to such party.

**PLEASE TAKE FURTHER NOTICE** that that the Sale Hearing will be held via Zoom and additional information to access and attend the virtual hearing via Zoom.Gov may be available on the Bankruptcy Court's website by viewing Judge Klein's tentative ruling calendar for August 17, 2023.

**PLEASE TAKE FURTHER NOTICE** that all filings related to the assumption and assignment of the Assumed Contracts and the other matters described herein are available free of charge at https://www.kccllc.net/Beverly.

**PLEASE TAKE FURTHER NOTICE** that this Notice will be served upon, among others: (a) the Office of the U.S. Trustee; (b) the Debtors' Top 30 Unsecured Creditors; (c) counsel to the Committee; (d) U.S. Bank, N.A. and counsel thereto; (e) Hanmi Bank and counsel thereto; (f) the DIP Lender and counsel thereto; (g) the Internal Revenue Service; (h) the Office of the Attorney General of the State of California; (i) counterparties to Assumed Contracts designated for assumption and assignment to the Successful Bidders; and (j) all other parties who have filed a request for special notice and service of papers with the clerk of this Court. Any parties seeking to obtain additional copies may also do so by contacting counsel to the Debtors whose contact information is as follows:

SMRH:4875-8939-4293.3

1   Sheppard, Mullin, Richter & Hampton LLP, Attn: Justin R. Bernbrock, Email:

2   jbernbrock@sheppardmullin.com, Catherine Jun, Email: cjun@sheppardmullin.com, Robert B.

3   McLellarn, Email: rmclellarn@sheppardmullin.com, Tel: (312) 499-6300, Address: 321 North Clark

4   Street, 32nd Floor, Chicago, Illinois 60654, and/or Jennifer L. Nassiri, Email:

5   jnassiri@sheppardmullin.com, Alexandria Lattner, Email: alattner@sheppardmullin.com, Tel.:

6   (714) 424-2838, Address: Avenue of the Stars, Suite 1600 Los Angeles, CA 90067-6055.

7   Dated:  August 7, 2023

8                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10          By        _____/s/ Jennifer L. Nassiri_____

11                              Jennifer L. Nassiri

12                          JUSTIN R. BERNBROCK
                            JENNIFER L. NASSIRI
13                          CATHERINE JUN
                            ROBERT B. McLELLARN
14                          ALEXANDRIA G. LATTNER

15                     Counsel to Debtors and Debtors in Possession

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4875-8939-4293.3

## Exhibit A

**AHWM Assumed Contracts List**

| Contract Counterparty | Contract | Potential Cure Amount (Pre-Petition) |
|---|---|---|
| Beverly Hospital Registered Nurses Association/United Nurses Associations of California/Union of Health Care Professionals | Collective Bargaining Agreement between Beverly Hospital Registered Nurses Association/United Nurses Associations of California/Union of Health Care Professionals and Beverly Community Hospital Association d/b/a Beverly Hospital, dated February 4, 2022 – April 30, 2025, as amended | 257,734 |
| Huntington Technology Finance, Inc. | Lease Schedule No. 009R3 to Lease Agreement No. BE101405, by and among Huntington Technology Finance, Inc., Beverly Community Hospital Association d/b/a | 333,116 |
| Insight Direct USA Inc | Purchase Order No. 097107 by between and between and Beverly Community Hospital Association d/b/a Beverly Hospital and Insight Direct USA Inc., dated | |
| Insight Direct USA Inc | Purchase Order No. 11644 by between and between Beverly Community Hospital Association d/b/a Beverly Hospital and Insight Direct USA Inc., dated December 1, | 138,334 |
| Insight Direct USA Inc | Veeam Standard Support - Technical Support by and between Insight Direct USA, Inc. and Beverly Hospital, dated 8/11/2020 | |
| Insight Direct USA Inc | Service Agreement by and between Insight Direct USA, Inc. and Beverly Hospital, dated 3/1/2021 | |
| Access Record Xpress of California | Records Management and Storage Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Access Record Xpress of | 84,990 |
| Access Record Xpress of California | Purchase Order No. 119684, by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Access Record Xpress of California LLC, dated | |
| MediWaste Disposal, LLC | Service Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Mediwaste Disposal LLC, dated January 27, 2023 | 46,330 |
| Athens Services | Non Hazardous Waste Removal, Recycling and Disposal Service Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and | 14,597 |
| Haemokinetics, LLC | Contract for Performance of Services Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Haemokinetics LLC, dated | 85,434 |
| Kyocera Document Solutions | Rental Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Kyocera Document Solutions America, dated October 7, | 18,368 |
| Universal Medical | Full Service Contract Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Universal Medical Systems LLC, dated | |
| TRL Systems Inc | Purchase Order No. 073253 re: Lab Door Access Control by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, Inc., | 15,263 |
| TRL Systems Inc | 2023 Fire Alarm Safety Testing Agreement - Medical Plaza by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, Inc., | 2,430 |
| TRL Systems Inc | 2023 Fire Alarm Safety Testing Agreement - Woundcare Center by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, | 1,361 |
| TRL Systems Inc | 2023 Fire Alarm Safety Testing Agreement - Main Hospital by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, Inc., | 9,312 |
| TRL Systems Inc | 2023 Fire Alarm Relay Installation Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, Inc., dated January | 7,021 |
| TRL Systems Inc | 2016 Fire Alarm Monitoring Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, Inc., dated May 5, 2016 | 495 |
| TRL Systems Inc | Exhibit A to 2016 Fire Alarm Monitoring Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and TRL Systems, Inc., dated | - |
| Focus Medical Imaging, Inc. | Radiology Services Agreement by and between Beverly Community Hospital Association d/b/a Beverly Hospital and Focus Medical Imaging, dated July 1, 2017, as amended on July 1, 2020 and amendment terminates on June 30, 2023; Medical Directorship Agreement by and between Beverly Community Hospital Association | - |
| ConvergeOne Inc | Master Services Agreement by and between ConvergeOne, Inc. and Beverly Hospital, dated 12/4/2017 | |
| ConvergeOne Inc | Monthly Maintenance Agreement by and between ConvergeOne, Inc. and Beverly Hospital, dated 7/29/2019 | |
| ConvergeOne Inc | OKTA Solution and Service Support by and between ConvergeOne, Inc. and Beverly Hospital, dated 4/30/2020 | |
| ConvergeOne Inc | Palo Alto Renewal Agreement by and between ConvergeOne, Inc. and Beverly Hospital, dated 7/29/2019 | |
| ConvergeOne Inc | Palo Alto Renewal Agreement by and between ConvergeOne, Inc. and Beverly Hospital, dated 6/2/2020 | |
| ConvergeOne Inc | Purchase Order re: 101007 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 101006 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 100967 by and between ConvergeOne, Inc. and Beverly Hospital | 32,791 |
| ConvergeOne Inc | Purchase Order re: 100964 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 100966 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 111837 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 111837 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 101186 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: 101712 by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Purchase Order re: Email Security 3 yr License by and between ConvergeOne, Inc. and Beverly Hospital | |
| ConvergeOne Inc | Solution Summary, Solution Quote, and Purchase Order re: August Cisco Secure Email Xaas Subscription | |
| DrFirst.com, Inc | Addendum to Master Agreement by and between DrFirst.com, Inc. and Beverly Hospital, dated 10/18/2017 | |
| DrFirst.com, Inc | Amendment to Master Agreement for EPCS Gold with PDMP Access by and between DrFirst.com, Inc. and Beverly Hospital, dated 9/30/2018 | 23,005 |
| DrFirst.com, Inc | Purchase Order No. 114893 by and between DrFirst.com, Inc. and Beverly Hospital, dated 8/29/2022 | |
| DrFirst.com, Inc | Amendment to Master Agreement by and between DrFirst.com, Inc. and Beverly Hospital, dated 12/31/2021 | |
| FormFast, Inc. | End-User License/Contract Agreement by and between FormFast, Inc. and Beverly Hospital, dated 5/19/2009 | - |
| FormFast, Inc. | Addendum #1 to FormFast Agreement by and between by and between FormFast, Inc. and Beverly Hospital, dated 10/28/2015 | - |
| Google | Google Cloud Platform Terms of Service by and between Google and Beverly Hospital, dated 9/20/2021 | - |
| Iatric Systems, Inc. | Software Product Master License Agreement Addendum by and between Iatric Systems, Inc. and Beverly Hospital, dated 11/4/2009 | |
| Iatric Systems, Inc. | Software Product Master Maintenance Agreement Addendum by and between Iatric Systems, Inc. and Beverly Hospital, dated 11/4/2009 | |
| International Business Machines Corporation | Firm Order Letter by and between IBM Corporation and Beverly Hospital, dated 6/25/2020 | |
| Intelligent Medical Objects, Inc. | IMO Enhanced Terminology Platform Addendum by and between Intelligent Medical Objects, Inc. and Beverly Hospital, dated 4/28/2016 | 61,055 |
| Intelligent Medical Objects, Inc. | IMO License Agreement by and between Intelligent Medical Objects, Inc. and Beverly Hospital, dated 12/10/2012 | |
| Interbit Data, Inc. | Software Agreement Amendment by and between Interbit Data, Inc. and Beverly Hospital, dated 2/6/2017 | 2,890 |
| Kyocera Document Solutions | Document Management Project by and between Kyocera Document Solutions West, LLC and Beverly Hospital, dated 1/27/2020 | - |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 4/24/2008 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 12/2/2009 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 5/31/2008 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 3/29/2011 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 6/30/2011 | 170,611 |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 1/31/2013 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 10/30/2012 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 9/11/2013 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 1/14/2016 | |
| Medical Information Technology, Inc. | Health Care Information System Software Agreement by and between Medical Information Technology, Inc. and Beverly Hospital, dated 7/22/2009 | |
| Microsoft Corporation | Online Services Terms by and between Microsoft Corporation and Beverly Hospital, dated 10/1/2018 | - |
| Nuance | Healthcare Master Agreement by and between Nuance Communications, Inc. and Beverly Hospital, dated 3/30/2016 | |
| Nuance | Order by and between Nuance Communications, Inc. and Beverly Hospital, dated 7/11/2016 | |
| Nuance | Dragon Medical Network Edition Enterprise License by and between Nuance Communications, Inc. and Beverly Hospital | 46,715 |
| Nuance | Certificate of Software License Purchase by and between Nuance Communications, Inc. and Beverly Hospital | |
| Nuance | Purchase Order No. 116443 by and between Nuance Communications, Inc. and Beverly Hospital, dated December 1, 2022 | |
| Nuance | Purchase Order No. 116449 by and between Nuance Communications, Inc. and Beverly Hospital, dated December 1, 2022 | |
| Park Place dba Cloudwave | OpSus/Recover Service Agreement by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, effective as of June 26, 2014 (as | 15,956 |
| Park Place dba Cloudwave | OpSus/Recover Service Level Addendum for non-MEDITECH Enterprise Applications, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, effective as of June 26, 2014 (as amended, supplemented or otherwise modified from time to time) | |
| Park Place dba Cloudwave | Change Order #R11, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated 3/16/21; | |
| Park Place dba Cloudwave | Change Order #R12.1, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated 1/27/22 | 3,588 |
| Park Place dba Cloudwave | Change Order #R15, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated 3/6/22 | |
| Park Place dba Cloudwave | Executed Quote # 09-RR-42-AW, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated September 27, 2022 | |
| Park Place dba Cloudwave | Executed Quote # 02-RR-13-AW, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated February 21, 2023 | 89,601 |
| Park Place dba Cloudwave | Executed Quote # 01-LN-25-LN, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated January 26, 2023 | |
| Park Place dba Cloudwave | Quote # 636309, by and between Park Place International (PPI), LLC dba CloudWave and Beverly Hospital, dated December 31, 2022 | 4,041 |
| Summit Healthcare Services, Inc | Summit Exchange Proposal by and between Summit Healthcare Services, Inc. and Beverly Hospital, dated 12/14/2016 | |
| Summit Healthcare Services, Inc | Master Service Proposal by and between Summit Healthcare Services, Inc. and Beverly Hospital | |
| Summit Healthcare Services, Inc | Business Associate Agreement by and between Summit Healthcare Services, Inc. and Beverly Hospital | |
| Summit Healthcare Services, Inc | Integration Services Proposal by and between Summit Healthcare Services, Inc. and Beverly Hospital | - |
| Summit Healthcare Services, Inc | Demonstration Site Agreement by and between Summit Healthcare Services, Inc. and Beverly Hospital | |
| Summit Healthcare Services, Inc | Summit Exchange Upgrade by and between Summit Healthcare Services, Inc. and Beverly Hospital | |
| Summit Healthcare Services, Inc | 1st Addendum to License Agreement by and between Summit Healthcare Services, Inc. and Beverly Hospital | |
| TIAA Commercial Finance, Inc. | Copy Rental Agreement by and between TIAA Commercial Finance, Inc. and Beverly Hospital, dated 10/7/2019 | 42,227 |
| T-Mobile Financial LLC | Equipment Installment Plan Contract and Disclosures and Retail Installment Contract by and between T-Mobile Financial, LLC and Beverly Hospital, dated | |
| T-Mobile Financial LLC | Equipment Installment Plan Contract and Disclosures and Retail Installment Contract by and between T-Mobile Financial, LLC and Beverly Hospital, dated | 1,539 |
| T-Mobile Financial LLC | Disclosure Informing Company About Apple Business Manager and Company Authorization by and between T-Mobile Financial, LLC and Beverly Hospital, dated | |
| U.S. TelePacific Corp. | Telecommunications Account Agreement by and between U.S. TelePacific Corp. and Beverly Hospital, dated 5/9/2014 | |
| U.S. TelePacific Corp. | Service Agreement by and between U.S. TelePacific Corp. and Beverly Hospital, dated 4/22/2015 | |
| U.S. TelePacific Corp. | Service Agreement by and between U.S. TelePacific Corp. and Beverly Hospital, dated 7/18/2018 | 17,161 |
| U.S. TelePacific Corp. | Service Agreement by and between U.S. TelePacific Corp. and Beverly Hospital, dated 10/29/2019 | |
| U.S. TelePacific Corp. | Service Agreement by and between U.S. TelePacific Corp. and Beverly Hospital, dated 8/13/2018 | |
| Zoom Video Communications, Inc. | Zoom Order Form by and between Zoom Video Communications Inc. and Beverly Hospital, dated 1/19/2021 | 899 |

## Schedule 1.1(a)(v)(a)
### Leased Real Property[1]

1. Ground Lease Agreement dated April 2, 1979 as amended by that certain Addendum to Lease dated April 2, 1979 between Beverly Community Hospital Association as lessor and Montebello Community Health Services, Inc. as lessee

2. Lease Agreement commencing on November 1, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) for Suite 104A 101 E. Beverly Blvd., Montebello, CA

3. Lease dated June 1, 1997 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant), as amended by that certain First Amendment to Lease dated October 1, 2002 for 101 E. Beverly Blvd., Suite 104, Montebello, CA

4. Lease dated December 3, 1997 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant), as amended by that certain First Amendment to Lease dated May 1, 2003 for 101 E. Beverly Blvd., Suite 105, Montebello, CA

---

[1] This schedule does not include the space owned by Montebello and occupied by Beverly located at 318 W. Beverly Blvd., Montebello, CA.

## Schedule 1.1(a)(v)(b)
## Tenant Leases[2]

1. Ground Lease Agreement dated April 2, 1979 as amended by that certain Addendum to Lease dated April 2, 1979 between Beverly Community Hospital Association as lessor and Montebello Community Health Services, Inc. as lessee
2. Lease Agreement dated November 1, 2022 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Jackson Ma, M.D. (Tenant) for Suite 100A at 101 E. Beverly Blvd., Montebello, CA
3. Lease Agreement executed as of December 30, 2021 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Plaza RX, Inc. (Tenant), as amended by that certain Amendment to Page 4, Section 8, Use of Premises dated January 5, 2022 for Suite 101 at 101 E. Beverly Blvd., Montebello, CA
4. Lease Agreement dated January 11, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Comprehensive Cardiovascular Specialists Group (Tenant) for Suite 103 101 E. Beverly Blvd., Montebello, CA
5. Lease Agreement commencing on November 1, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and  Beverly Care (Tenant) for Suite 104A 101 E. Beverly Blvd., Montebello, CA
6. Lease dated June 1, 1997 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant), as amended by that certain First Amendment to Lease dated October 1, 2002 for 101 E. Beverly Blvd., Suite 104, Montebello, CA
7. Lease dated December 3, 1997 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant), as amended by that certain First Amendment to Lease dated May 1, 2003 for 101 E. Beverly Blvd., Suite 105, Montebello, CA
8. Lease Agreement entered into as of May 16, 2005 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant) for 413 N. Poplar Ave., Montebello, CA
9. Lease Agreement dated October 21, 2020 by and between Montebello Community Health Services, Inc. (Landlord) and TOI Management, LLC (Tenant) for Suite 200/203A at 101 E. Beverly Blvd., Montebello, CA
10. Lease Agreement dated May 8, 2015 by and between Montebello Community Health Services, Inc. (Landlord) and Victor M Wassily, M.D. (Tenant) for Suite 202 at101 E. Beverly Blvd., Montebello, CA
11. Lease Agreement dated March 19, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Fernando Ibarra MD (Tenant) for Suite 203 at 101 E. Beverly Blvd., Montebello, CA
12. Lease Agreement dated May 16, 2006 by and between Montebello Community Health Services, Inc. (Landlord) and Abdul M. Alaama, M.D. (Tenant) for Suite 204 at 101 E. Beverly Blvd., Montebello, CA

---

[2] This schedule does not include the space owned by Montebello and occupied by Beverly located at 318 W. Beverly Blvd., Montebello, CA.

13. Lease Agreement executed as of January 1, 2022 by and between Montebello Community Health Services, Inc. (Landlord) and Agility Ortho MSO, Inc. (Tenant) for Suite 205 at 101 E. Beverly Blvd., Montebello, CA

14. Lease Agreement fully executed as of November 16, 2020 by and between Montebello Community Health Services, Inc. (Landlord) and TOI Management, LLC (Tenant) for Suite 206 at 101 E. Beverly Blvd., Montebello, CA

15. Lease Agreement executed as of July 2, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) for Suite 301A at 101 E. Beverly Blvd., Montebello, CA

16. Lease Agreement dated May 1, 2022 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) FOR Suite 301/305 at 101 E. Beverly Blvd., Montebello, CA

17. Lease Agreement dated June 12, 2019 by and between Montebello Community Health Services, Inc. (Landlord) and Suda Govindarajan, M.D., Inc., and Suda Govindrajan, M.D. (Tenant), as amended by that certain Amendment to Lease Agreement dated October 28, 2019 for Suite 302 at 101 E. Beverly Blvd., Montebello, CA

18. Lease Agreement executed as of August 15, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) as amended by that certain Amendment to Lease Agreement dated August 15, 2018 for Suite 303 at 101 E. Beverly Blvd., Montebello, CA

19. Lease Agreement executed as of September 6, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Kidney Specialists, Inc. (Tenant) for Suite 304 at 101 E. Beverly Blvd., Montebello, CA

20. Lease Agreement commencing on September 1, 2004 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Krishna Narayanan, M.D., as an individual physician and Krishna Narayanan, M.D., Inc., a California medical corporation (Tenant) as amended by that certain Second Amendment to Lease Agreement dated November 1, 2013 for Suite 306 at 101 E. Beverly Blvd., Montebello, CA

21. Lease Agreement executed as of January 28, 2021 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Beverly Care (Tenant) for Suite 307 at 101 E. Beverly Blvd., Montebello, CA

22. Lease Agreement dated October 1, 2022 by and between Montebello Community Health Services, Inc. (Landlord) and Eliseo Mills, Jr., M.D. (Tenant) for Suite 400 at 101 E. Beverly Blvd., Montebello, CA

23. Lease Agreement executed as of June 5, 2007 by and between Montebello Community Health Services, Inc. (Landlord) and Mohammad Chaudhry, M.D. (Tenant) as amended by that certain Amendment to Lease Agreement dated May 1, 2007 for Suite 401 at 101 E. Beverly Blvd., Montebello, CA

24. Lease Agreement executed as of January 9, 2019 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Stephanee Hethumuni, M.D. (Tenant) for Suite 404 at 101 E. Beverly Blvd., Montebello, CA

25. Lease Agreement dated January 1, 2022 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Southern California Heart and Vascular Center (Tenant) for Suite 405 at 101 E. Beverly Blvd., Montebello, CA

26. Lease Agreement executed as of September 20, 2018 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Dr. Iftikhar A. Khan M.D. (Tenant) for Suite 406 at 101 E. Beverly Blvd., Montebello, CA

27. Lease Agreement executed as of October 8, 2007 by and between Montebello Community Health Services, Inc., a California nonprofit corporation (Landlord) and Mir-Basharat Ali, M.D. (Tenant) as amended by that certain Amendment to Lease Agreement dated October 18, 2010 and that certain Second Amendment to Lease Agreement dated March 27, 2013 for Suite 408 at 101 E. Beverly Blvd., Montebello, CA

28. Rental Agreement (Month to Month) dated October 11, 2017 by and between Montebello Community Health Services, Inc. (Landlord) and Christopher Frumento (Tenant) for 208 W. Beverly Boulevard, Montebello, CA

29. Rental Agreement dated September 27, 2017 by and between Montebello Community Health Services, Inc. (Landlord) and Christopher Frumento (Tenant) for 210 W. Beverly Boulevard, Montebello, CA

30. Frumento Properties Commercial Lease dated July 1, 2003 by and between Anthony and Barbara Frumento - Frumento Properties (Original Landlord) and Anthony J. Frumento, dba Frumento Italian Deli (Tenant), as amended by that certain Assignment of Lease dated July 14, 2003 by and between Anthony and Barbara Frumento - Frumento Properties (Assignors) and Anthony J. Frumento (Tenant) and Montebello Community Health Services, Inc. (Assignee/Landlord) for 212-218 W. Beverly Blvd., Montebello CA

31. Commercial Lease Agreement dated October 1, 2020 by and between Montebello Community Health Service, Inc. (Landlord) and Barua Himu dba Popular Liquor (Tenant) for 312 W. Beverly Blvd Montebello, CA

32. Standard Industrial/ Commercial Multi-Tenant Lease - Gross dated May 25, 2001 by and between Masao Ishihama & Asako Ishihama Revocable Trust  dated 3/10/78 (Original Landlord) and Jacob Zulalyan dba Arax Deli (Tenant) and as currently leased by Montebello Community Health Service, Inc. (Landlord) for 316 W. Beverly Blvd, Montebello, CA

33. Lease dated September 6, 1973, by and among Allen E. Jones and Kathleen C. Jones (together, Original Landlord) and Kentucky Fried Chicken of Beverly (Original Tenant), as amended by that certain Assignment of Lease dated November 1, 1982  (Assignment) by and between Kentucky Fried Chicken of Beverly (Assignor) and Donald W. Steinke, James E. Short, and Barbara K. Short (collectively, Assignee), that certain Amendment to Lease dated February 3, 1989 (First Amendment) by and between Donald W. Steinke, James E. Short, and Barbara K. Short (collectively, Lessee) and Masao Ishihama (Lessor), and that certain Amendment to Lease Dated November 1, 2001 (Second Amendment) by and between Donald W. Steinke, James E. Short, and Barbara K Short (collectively, Lessee) and Masao Ishihama (Lessor) as currently leased by Montebello Community Health Service, Inc. (Landlord) and Alex Bana dba KFC (Tenant) for 320 W. Beverly Blvd., Montebello, CA

34. Residential Lease or Month-to-Month Rental Agreement dated April 1, 2022 by and between Montebello Community Health Services (Landlord) and Jocelyne Blanco, Christopher Ruvalcaba (Tenant) for 509 N. 3rd Street, Montebello, CA

35. Residential Lease or Month to Month Rental Agreement dated April 4, 2022 by and between Montebello Community Health Services (Landlord) and Rosa Doris Gutierrez and Juan Francisco Garcia (together, Tenant) for 509 ½ N. 3rd Street Montebello, CA

36. Residential Lease or Month to Month Rental Agreement dated July 8, 2022 by and between Montebello Community Health Services (Landlord) and Katy Mimi Chanthavong (Tenant) for 517 N. 3rd Street, Montebello CA

37. Residential Lease or Month to Month Rental Agreement dated July 22, 2022 by and between Montebello Community Health Services (Landlord) and Jeanne Leyva Paramo (Tenant) for 517 ½ N. 3rd Street, Montebello CA

38. Residential Lease or Month-to-Month Rental Agreement dated February 20, 2023, by and between Bolanle Olajide (Tenant) and Montebello Community Health Services (Landlord) for 519 N. 3rd Street, Montebello, CA

39. Residential Lease or Month-to-Month Rental Agreement dated July 2, 2022, by and between Eryssa Sophia Ninette Cerda and Jacob Walter Cabral (Tenant) and Montebello Community Health Services (Landlord) for 521 N. 3rd Street, Montebello, CA

40. Residential Lease or Month-to-Month Rental Agreement dated February 20, 2023, by and between Gilberto David Juarez (Tenant) and Montebello Community Health Services (Landlord) for 521 ½ N. 3rd Street Montebello, CA

41. Residential Lease or Month-To-Month Rental Agreement dated September 29, 2022 by and among Montebello Community Health Services (Landlord) and Mary E. McMahan Costabile, Taylor Ann McMahan, and John William Leatherby III (collectively, Tenant) for 523 N. 3rd Street Montebello, CA

42. Lease Agreement entered into as of May 16, 2005 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Community Hospital Association (Tenant) for 413 N. Poplar Ave., Montebello, CA

43. Lease Agreement executed as of December 12, 2018 by and between Montebello Community Health Services, Inc. (Landlord) and Beverly Care (Tenant) for 1920 Whittier Blvd., Montebello, CA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES DESIGNATED BY WHITE MEMORIAL MEDICAL CENTER D/B/A ADVENTIST HEALTH WHITE MEMORIAL FOR ASSUMPTION AND ASSIGNMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b) in the manner stated below**:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 7, 2023,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

## <u>See Attached Service List</u>

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>August 7, 2023,</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>The Honorable Sandra R. Klein</u>
United States Bankruptcy Court, Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1575, Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), <u>August 7, 2023</u> I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2023 | Jonathan Thompson | */s/Jonathan Thompson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Megan M Adeyemo | madeyemo@grsm.com; asoto@grsm.com |
| David E Ahdoot | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Joseph M Ammar | ammar@millercanfield.com |
| Scott E Blakeley | seb@blakeleyllp.com; ecf@blakeleyllp.com |
| Joseph P Buchman | jbuchman@bwslaw.com; gmitchell@bwslaw.com |
| Adrian Butler | abutler@bushgottlieb.com |
| Augustus Curtis | augustus.t.curtis@usdoj.gov |
| David K Eldan | David.Eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov |
| Amanda N Ferns | aferns@fernslaw.com; mmakalintal@fernslaw.com |
| John-Patrick M Fritz | jpf@lnbyg.com; JPF.LNBYB@ecf.inforuptcy.com |
| Evelina Gentry | evelina.gentry@akerman.com; rob.diwa@akerman.com |
| Evan Gershbein | ECFpleadings@kccllc.com |
| Steven T Grubner | sgubner@bg.law, ecf@bg.law |
| Melissa Hamill | melissa.hamill@doj.ca.gov |
| Brian T Harvey | bharvey@buchalter.com |
| Robert M Hirsh | rhirsh@lowenstein.com |
| Darryl Jay Horowitt | dhorowitt@ch-law.com; bkasst@ch-law.com |
| David I Horowitz | david.horowitz@kirkland.com; keith.catuara@kirkland.com; terry.ellis@kirkland.com; elsa.banuelos@kirkland.com; ivon.granados@kirkland.com |
| Sonja Hourany | sonja.hourany@quinngroup.net; kadele@wgllp.com; lbracken@wgllp.com; shourany@ecf.courtdrive.com |
| Eric P Israel | eisrael@danninggill.com; danninggill@gmail.com; eisrael@ecf.inforuptcy.com |
| Quinn Scott Kaye | kaye@millercanfield.com |
| Nicholas A Koffroth | nkoffroth@foxrothschild.com; khoang@foxrothschild.com |
| Alexandria Lattner | alattner@sheppardmullin.com; ehwalters@sheppardmullin.com |
| Marc A Levinson | MALevinson@orrick.com; borozco@orrick.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |

## SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Tania M Moyron | tania.moyron@dentons.com; malka.zeefe@dentons.com; kathryn.howard@dentons.com; derry.kalve@dentons.com; glenda.spratt@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com |
| Alan I Nahmias | anahmias@mbn.law; jdale@mbnlawyers.com |
| Jennifer L Nassiri | JNassiri@sheppardmullin.com |
| Neli Nima Palma | neli.palma@doj.ca.gov |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Thomas Phinney | tphinney@ffwplaw.com; akieser@ffwplaw.com; docket@ffwplaw.com |
| Christopher E Prince | cprince@lesnickprince.com; jmack@lesnickprince.com; cprince@ecf.courtdrive.com; jnavarro@lesnickprince.com |
| Dean G Rallis, Jr | drallis@hahnlawyers.com; jevans@hahnlawyers.com; drallis@ecf.courtdrive.com; jevans@ecf.courtdrive.com |
| William M Rathbone | wrathbone@grsm.com; sdurazo@grsm.com |
| Michael B Reynolds | mreynolds@swlaw.com; kcollins@swlaw.com |
| Russell W Reynolds | rreynolds@ch-law.com; bkasst@ch-law.com |
| Jason E Rios | jrios@ffwplaw.com; docket@ffwplaw.com |
| Mary H Rose | mrose@buchalter.com |
| Kenneth N Russak | krussak@knrlaw.com; krussak@russaklaw.com |
| Nathan A Schultz | nschultzesq@gmail.com |
| Olivia Scott | olivia.scott3@bclplaw.com; theresa.macaulay@bclplaw.com |
| Zev Shechtman | zs@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| Howard Steinberg | steinbergh@gtlaw.com; pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still | astill@swlaw.com; kcollins@swlaw.com |
| Tamar Terzian | tamar@terzlaw.com; sandra@terzlaw.com |
| Jacob Unger | junger@jacobungerlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Mark J Valencia | mvalencia@vclitigation.com |
| Emilio Eugene Varanini, IV | emilio.varanini@doj.ca.gov |
| Kevin Walsh | kevin.walsh@gtlaw.com |

## SERVICE LIST (via NEF)

| CreditorName | Email |
|---|---|
| Kenneth K Wang | kenneth.wang@doj.ca.gov; Jennifer.Kim@doj.ca.gov; Stacy.McKellar@doj.ca.gov; yesenia.caro@doj.ca.gov; Christine.Murphy@doj.ca.gov |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com; raul.morales@bclplaw.com; REC_KM_ECF_SMO@bclplaw.com |
| Roye Zur | rzur@elkinskalt.com; cavila@elkinskalt.com; lwageman@elkinskalt.com; 1648609420@filings.docketbird.com |

In re Beverly Community Hospital Association
Case No. 23-12359

SERVICE LIST (via First Class Mail)

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | 100 Abbot Park Road | | | Abbot Park | IL | 60064 |
| TOP 30 | Advantis Medical Staffing | Elayne Goldmane | 13155 Noel Road Suite 300 | | | Dallas | TX | 75240 |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | 601 West Fifth Street, Suite 300 | | | Los Angeles | CA | 90071 |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | 161 Washington St Suite 600 | | | Conshohocken | PA | 19428 |
| TOP 30 | Arthrex, Inc | Carla Pitcher | 2825 Airview Boulevard | | | Kalmazoo | MI | 49002 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| TOP 30 | Boston Scientific Corp | Kathleen Homsab | 300 Boston Scientific Way | | | Marlborough | MA | 01752-1234 |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | Two Penn Center, Suite 610 | 1500 John F. Kennedy Boulevard | | Philadelphia | PA | 19102 |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | 801 North Brand Boulevard | Suite 950 | | Glendale | CA | 91203 |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | PO Box 997377 MS 0500 | | | Sacramento | CA | 95899-7377 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| California Statewide  Communities Development Authority | California Statewide  Communities Development Authority | Chair | 1100 K Street, Suite 101 | | | Sacramento | CA | 95814 |
| California Statewide  Communities Development Authority | California Statewide  Communities Development Authority | James Hamill | 1700 N. Broadway, Suite 405 | | | Walnut Creek | CA | 94596 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | 90 – 7th Street, Suite 5-300 | | | San Francisco | CA | 94103-6706 |
| TOP 30 | Cepheid Inc. | Susan Jose | 904 E Caribbean Dr | | | Sunnyvale | CA | 94089 |
| TOP 30 | Cloudwave | Loraine Sarno | 100 Crowley Dr. | | | Marlborough | MA | 01752 |
| TOP 30 | Constellation New Energy-Gas | Zachary Kecyzkecy | 9400 Bunsen Parkway Suite 100 | | | Louisville | KY | 40220 |
| Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | 601 South Figueroa Street, Suite 2500 | | | Los Angeles | CA | 90017-5704 |
| Department of Health Care Services | Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | MS 4704, P.O. Box 997412 | | | Sacramento | CA | 95899-7412 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall, MIC 92E | | | Sacramento | CA | 95814 |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | 750 The City Drive South, Suite 300 | | | Orange | CA | 92868 |
| TOP 30 | Huntington Technology Finance | Brent McQueen | 2285 Franklin Road | | | Bloomfield Hills | MI | 48302 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | 7 Blue Hill River Road | | | Canton | MA | 02021 |
| TOP 30 | Medline Industries Inc | Brent Fogel | Three Lakes Drive | | | Northfield | IL | 60093 |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | 9251 Wedgewood St | | | Temple City | CA | 91780 |
| National Association of Attorneys General | National Association of Attorneys General | | 1850 M Street NW, 12th Floor | | | Washington | DC | 20036 |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | 900 42nd Street S | | | Fargo | ND | 58103 |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | 455 Golden Gate Ave., Suite 11000 | | | San Francisco | CA | 94102 |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | 1300 I Street P.O. Box 944255 | | | Sacramento | CA | 94244-2550 |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | 300 South Spring Street, Suite 7505 | | | Los Angeles | CA | 90013-1230 |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Deputy General Counsel to California Department of Health Care Services | Office of the California  Attorney General | Department of Justice | Kenneth K. Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |

SERVICE LIST (via First Class Mail)

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| TOP 30 | Outset Medical Inc | Andy Rabon | 3052 Orchard Drive | | | San Jose | CA | 95134 |
| TOP 30 | Philips Healthcare | Jose Rivera | 222 Jacobs Street | | | Cambridge | MA | 02141 |
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | 350 South Grand Avenue, 37th Floor | | | Los Angeles | CA | 90071 |
| TOP 30 | Shiftwise | Jennifer Folds | 200 SW Market Street Suite 700 | | | Portland | OR | 97201 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | One Riverfront Plaza | | | Newark | NJ | 07102 |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | 9801 Washingtonian Boulevard | | | Gaithersburg | MD | 20878 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | 5900 Optical Ct | | | San Jose | CA | 95138 |
| TOP 30 | Stryker Instruments | Donovan Reiley | 4100 E. Milham Road | | | Kalamazoo | MI | 49001 |
| TOP 30 | Stryker Orthopedics | Trent Zaks | 325 Corporate Drive | | | Mahwah | NJ | 07430 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United Stated Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | Augustus T. Curtis | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| United States Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Chambers | USBC Central District of California | Hon. Sandra R. Klein | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1582 | | Los Angeles | CA | 90012 |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| TOP 30 | Abbott Laboratories Inc | Nathan Scott | nathan.scott@abbott.com |
| TOP 30 | AHMC Healthcare Inc. | Maan-Huei Hung | Maanhuei.Hung@ahmchealth.com; Scott.Turpel@ahmchealth.com |
| Counsel for Advantis Medical Staffing | Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | evelina.gentry@akerman.com |
| TOP 30 | Allied Universal Security Services | Moises Rodriguez | moises.rodriguez@aus.com |
| Attorneys for the City of Montebello | Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | sowens@agclawfirm.com; cgarcia@agclawfirm.com |
| TOP 30 | Arthrex, Inc | Carla Pitcher | Carla.Pitcher@arthrex.com |
| TOP 30 | Axis Spine Llc | DD Mate | dmate@axisspineco.com |
| TOP 30 | Baxter Healthcare Corp | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| Counsel to Baxter Healthcare Corporation | Blakeley LC | Scott E. Blakeley | SEB@BlakeleyLC.com |
| Counsel for Sodexo | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Eric S. Prezant | eric.prezant@bclplaw.com |
| Counsel to Proposed DIP Lender | Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| Counsel for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com; abutler@bushgottlieb.com |
| TOP 30 | California Department Of Health Care | Tomas J. Aragon | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Public Health | California Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Statewide Communities Development Authority | California Statewide Communities Development Authority | James Hamill | jhamill@cscda.org |
| TOP 30 | Cepheid Inc. | Susan Jose | susan.jose@cepheid.com |
| TOP 30 | Cloudwave | Loraine Sarno | lsarno@insightinvestments.com |
| Counsel to the Official Committee of Unsecured Creditors | Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | tania.moyron@dentons.com; samuel.maizel@dentons.com; rebecca.wicks@dentons.com |
| Counsel for Medico Professional Linen Service and American Textile Maintenance | Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | rzur@elkinskalt.com |
| TOP 30 | First Financial Holdings Llc | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| Counsel to Indenture Trustee | Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com; chris.marks@gtlaw.com |
| DIP Lender | Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| TOP 30 | Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Counsel to Stalking Horse Purchaser | Jones Day | Joshua M. Mester and Catherine A. Ehrgott | jmester@jonesday.com; cehrgott@JonesDay.com |
| TOP 30 | Keenan and Associates | Eric Rodriguez | erodriguez@keenan.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | David I. Horowitz | David.Horowitz@kirkland.com |
| Counsel for Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC | Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | ryan.bennett@kirkland.com |
| Counsel for Hanmi Bank | Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | nschultzesq@gmail.com |
| Counsel to Medline Industries, LP | Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | pkhezri@lowenstein.com |
| TOP 30 | Medical Information Technology, Inc | Goretti Medeiros | gmedeiros@meditech.com |
| TOP 30 | Medical Solutions LLC | Ruben Ramirez | Nick.Rudman@medicalsolutions.com; brian.koenig@koleyjessen.com |
| TOP 30 | Medline Industries Inc | Brent Fogel | bfogel@medline.com |
| TOP 30 | Medstar Anesthesia Services Inc | Robert Resnick | robert.amedinc@gmail.com |
| TOP 30 | Nixon Peabody Llp | Jennifer O'Neal | dgerardi@nixonpeabody.com |
| TOP 30 | Noridian Healthcare Solutions, LLC | Theresa Pachel | JE-ERS@noridian.com |
| TOP 30 | Office of Inspector General (OIG) | Nicole Caucci | Nicole.Caucci@oig.hhs.gov |
| Attorney General of California | Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | Emilio.Varanini@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Neli Palma and Melissa Hamill | Neli.Palma@doj.ca.gov; Melissa.Hamill@doj.ca.gov |
| Attorney General of California | Office of the Attorney General | Roma Patel, Deputy Attorney General | Roma.Patel@doj.ca.gov |
| Office of the Attorney General of California | Office of the Attorney General of California | Consumer Law Section | Scott.Chan@doj.ca.gov |
| Deputy General Counsel to California Department of Health Care Services | Office of the California  Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| TOP 30 | Philips Healthcare | Jose Rivera | jose.rivera@philips.com |
| TOP 30 | Private Attorney General Act (PAGA) | Jarrod Salinas | jarrod@phoenixclassaction.com |

**SERVICE LIST (via Electronic Mail)**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for California Statewide Communities Development Corporation dba CSDA | Richards, Watson & Gershon | Stephen D. Lee | slee@rwglaw.com |
| TOP 30 | Shiftwise | Jennifer Folds | jennifer.folds@medefis.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| TOP 30 | Sodexho Inc & Affiliates | Luis Lunalluna | LuisLunalluna@beverly.org |
| TOP 30 | Stryker Endoscopy | Joe Gallinatti | joe.gallinati@stryker.com |
| TOP 30 | Stryker Instruments | Donovan Reiley | donovan.reiley@stryker.com |
| TOP 30 | Stryker Orthopedics | Trent Zaks | TrentZaks@stryker.com |
| U.S. Department of Health and Human Services, among other agencies and departments of the United States | United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| Office of the United States Trustee | United States Trustee | Peter C. Anderson | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| Indenture Trustee | US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | christopher.gehman@usbank.com |