PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, State Bar No. 133775
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

**FILED & ENTERED**

**MAY 02 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

**BEVERLY COMMUNITY HOSPITAL ASSOCIATION,** *et al.*,

Debtor(s).

_____

_x_ Affects All Debtors
__ Affects Beverly Community Hospital Association.
__ Affects Montebello Community Health Services, Inc.
__ Affects Beverly Hospital Foundation

Debtors and Debtors In Possession

) Lead Case No.: 2:23-bk-12359-SK
)
) Jointly Administered With:
) Case No.: 2:23-bk-12360-SK;
) Case No.: 2:23-bk-12361-SK
)
) Chapter 11
)
) **ORDER APPROVING STIPULATION RESOLVING UNITED STATES TRUSTEE'S POTENTIAL OBJECTION TO FIRST INTERIM APPLICATION OF SILLS CUMMIS & GROSS, P.C., AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 15, 2023, THROUGH JULY 31, 2023**
)
) **Hearing:**
) Date:  June 12, 2024
) Time:  10:00 a.m.
) Place: Courtroom 1575
)
)

The Court, having considered the "Stipulation Resolving United States Trustee's Potential Objection to First Interim Fee Application of Sills Cummis & Gross, P.C., as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance and Payment of Interim Compensation

- 1 -

and Reimbursement of Expenses for the Period May 15, 2023, through July 31, 2023" (the "Stipulation") [Docket #1011] entered into by and between the U.S. Trustee and Dentons US LLP ("Dentons" or "Applicant") (collectively, the "Parties"), and for good cause appearing therefor,

**IT IS HEREBY ORDERED as follows:**

1. The Stipulation is APPROVED;
2. The Applicant's Fee Application, which sought $245,488.75 in fees and $2,274.38 in costs is reduced by $22,553.75 in fees;
3. A hearing is currently scheduled on June 12, 2024, at 10:00 a.m. for the Court to consider and rule on the Application; and
4. The Parties shall bear their own fees and costs associated with the negotiation and preparation of the Stipulation.

###

Date: May 2, 2024

Sandra R. Klein
United States Bankruptcy Judge