| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>DAVID I HOROWITZ, P.C. (SBN 248414)<br>2049 Century Park East, Suite 3700<br>Los Angeles, California 90067<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8074<br>Email: david.horowitz@kirkland.com<br><br>*Attorney for:*  Portage Point Partners, LLC,<br>Triple P Securities, LLC, and<br>Triple P RTS, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), et al.<br>[X] Affects all Debtors<br>Affects Beverly Community Hospital Association<br>Affects Montebello Community Health Services, Inc.<br>Affects Beverly Hospital Foundation<br>Debtor(s). | Case No.: 2:23-bk-12359-SK<br>Jointly administered with:<br>Case No: 2:23-bk-12360-SK<br>Case No: 2:23-bk-12361-SK<br>Hon. Sandra R. Klein, Chapter 11 Case |
|---|---|
| <br><br>vs.<br><br>Plaintiff(s).<br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Max M. Freedman _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.   I am a lawyer with the following law firm (*specify name and address of law firm*):

Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654

4.   I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*): Illinois State Court, 11/10/2021; United States District Court for the Northern District of Illinois 03/17/2022

5.   I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.   I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7.   I ☐ have  ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

I ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8.   I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.   I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):

 David I. Horowitz, P.C.

Name and address of law firm, or residence address:

 Kirkland & Ellis LLP
 2049 Century Park East
 Los Angeles, California 90067

Telephone number of law firm: (213) 680-8400

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                         Page 2                                **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 05/07/2024

/s/ Max. M. Freedman
Signature of applicant

Max M. Freedman
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date:   05/07/2024

/s/ David I. Horowitz
Signature of Designee

David I. Horowitz
Printed name of Designee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Max Freedman
**Firm Name:** Kirkland & Ellis LLP
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 23-12359
**Party Name:** Portage Point Partners, LLC, Triple P Securities, LLC and Triple P RTS, LLC

**Tracking Number:** PHV-240507-000-0472
**Pay.gov Tracking ID:** 27E8KRO4
**Amount:** $500
**Date:** 5/7/2024

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖶 print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court | Payment | Lawyer Representatives | |
| Facilities | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to | |
| Statistical Reports | Security | Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier Password | |
| | Checking Status / Confirming | Request | |
| | Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

300 North LaSalle, Chicago, IL 60654

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  ___05/07/2024___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/07/2024 | Max M. Freedman | /s/ Max M. Freedman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Abbott Laboratories Inc | Nathan Scott | nathan.scott@abbott.com |
| Advantis Medical Staffing | Elayne Goldmane | |
| Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | evelina.gentry@akerman.com |
| Alhambra Hospital Medical Center | Terry Chu | |
| Allied Universal Security Services | Moises Rodriguez | moises.rodriguez@aus.com |
| Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | sowens@agclawfirm.com; cgarcia@agclawfirm.com |
| Arthrex, Inc | Carla Pitcher | Carla.Pitcher@arthrex.com |
| Attorney General of the United States | U.S. Department of Justice | |
| Axis Spine Llc | DD Mate | dmate@axisspineco.com |
| Baxter Healthcare Corp | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| Beverly Community Hospital Association d/b/a Beverly Hospital (a Nonprofit Public Benefit Corporation) | CEO | |
| Blakeley LC | Scott E. Blakeley | SEB@BlakeleyLC.com |
| Boston Scientific Corp | Kathleen Homsab | Kathleen.homsab@bsci.com |
| Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Bryan Cave Leighton Paisner LLP | Eric S. Prezant | eric.prezant@bclplaw.com |
| Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com; abutler@bushgottlieb.com |
| California Department Of Health Care | Tomas J. Aragon | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Health Care Services | Jennifer Kent, Director | |
| California Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Secretary of State | | |
| California State Board of Pharmacy | | |
| California Statewide  Communities Development Authority | Chair | |
| California Statewide  Communities Development Authority | James Hamill | jhamill@cscda.org |

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | |
| Cepheid Inc. | Susan Jose | susan.jose@cepheid.com |
| Cloudwave | Loraine Sarno | lsarno@insightinvestments.com |
| Constellation New Energy-Gas | Zachary Kecyzkecy | |
| Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | tania.moyron@dentons.com; samuel.maizel@dentons.com; rebecca.wicks@dentons.com |
| Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | |
| Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | rzur@elkinskalt.com |
| Employment Development Dept. | | |
| First Financial Holdings Llc | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com |
| Hanmi Bank | Specialty Lending | |
| Hanmi Bank | Specialty Lending | |
| Hanmi Bank | | |
| Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Internal Revenue Service | Attn Susanne Larson | |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | | |
| Internal Revenue Service | | |
| Jones Day | Joshua M. Mester and Catherine A. Ehrgott | jmester@jonesday.com; cehrgott@JonesDay.com |
| KCC | Adam Gorman | beverlyinfo@kccllc.com |
| Keenan and Associates | Eric Rodriguez | erodriguez@keenan.com |
| Kirkland & Ellis LLP | David I. Horowitz | David.Horowitz@kirkland.com |
| Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | ryan.bennett@kirkland.com |
| Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | nschultzesq@gmail.com |

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | pkhezri@lowenstein.com |
| Medical Information Technology, Inc | Goretti Medeiros | gmedeiros@meditech.com |
| Medical Solutions LLC | Ruben Ramirez | Nick.Rudman@medicalsolutions.com; brian.koenig@koleyjessen.com |
| Medline Industries Inc | Brent Fogel | bfogel@medline.com |
| Medstar Anesthesia Services Inc | Robert Resnick | robert.amedinc@gmail.com |
| National Association of Attorneys General | | |
| Nixon Peabody Llp | Jennifer O'Neal | joneal@nixonpeabody.com |
| Noridian Healthcare Solutions, LLC | Theresa Pachel | JE-ERS@noridian.com |
| Office of Inspector General (OIG) | Nicole Caucci | Nicole.Caucci@oig.hhs.gov |
| Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | Emilio.Varanini@doj.ca.gov |
| Office of the Attorney General | Neli Palma and Melissa Hamill | Neli.Palma@doj.ca.gov; Melissa.Hamill@doj.ca.gov |
| Office of the Attorney General | Roma Patel, Deputy Attorney General | Roma.Patel@doj.ca.gov |
| Office of the Attorney General of California | Consumer Law Section | Scott.Chan@doj.ca.gov |
| Office of the California  Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| Office of the California Attorney General | Department of Justice | |
| Orrick, Herrington & Sutcliffe LLP | Brendan LaFountain | |
| Outset Medical Inc | Andy Rabon | |
| Philips Healthcare | Jose Rivera | jose.rivera@philips.com |
| Private Attorney General Act (PAGA) | Jarrod Salinas | jarrod@phoenixclassaction.com |
| Richards, Watson & Gershon | Stephen D. Lee | slee@rwglaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | Jennifer L. Nassiri and Alexandria G. Lattner | jnassiri@sheppardmullin.com; alattner@sheppardmullin.com |
| Sheppard, Mullin, Richter & Hampton LLP | Justin R. Bernbrock, Catherine Jun and Robert B. McLellarn | jbernbrock@sheppardmullin.com; cjun@sheppardmullin.com; rmclellarn@sheppardmullin.com |
| Shiftwise | Jennifer Folds | jennifer.folds@medefis.com |
| Shulman Hodges & Bastian LLP | Michael J. Petersen | |
| Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexho Inc & Affiliates | Luis Lunalluna | LuisLunalluna@beverly.org |

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| State of California Employment Development Department | Bankruptcy Group MIC 92E | |
| Stryker Endoscopy | Joe Gallinatti | joe.gallinati@stryker.com |
| Stryker Instruments | Donovan Reiley | donovan.reiley@stryker.com |
| Stryker Orthopedics | Trent Zaks | TrentZaks@stryker.com |
| U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | |
| U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | |
| United States Attorneys Office | Central District of California | |
| United States Attorneys Office | Northern District of California | |
| United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| United States Department of Justice | Ben Franklin Station | |
| United States Trustee | Peter C. Anderson | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | christopher.gehman@usbank.com |
| US Bank NA | | |
| USBC Central District of California | Hon. Sandra R. Klein | |

In re: Beverly Community Hospital Association, et al,
Case No. 23-12359 (SK)