| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>JUSTIN R. BERNBROCK (admitted pro hac vice)<br>CATHERINE JUN (admitted pro hac vice)<br>321 North Clark Street, 32nd Floor<br>Chicago, Illinois 60654<br>Telephone: 312.499.6300<br>Facsimile:  312.499.6301<br>Email: jbernbrock@sheppardmullin.com<br>          cjun@sheppardmullin.com<br><br>JENNIFER L. NASSIRI, SBN 209796<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6055<br>Telephone: 310.228.3700<br>Facsimile:  310.228.3701<br>Email:  jnassiri@sheppardmullin.com<br><br>☒ *Attorney for*: Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 31 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** may         **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), et al,[1]<br><br>          Debtors.<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Montebello Community Health Services, Inc. | Lead Case No. 2:23-bk-12359-SK<br><br>Jointly Administered With Case No.:<br>Case No. 2:23-bk-12360-SK<br><br>CHAPTER: 11 |
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
|                                                                 Debtors. ||

1. Name of Applicant (*specify*): Sheppard, Mullin, Richter & Hampton, LLP ("Sheppard Mullin"), counsel for the Debtors.

2. This proceeding was heard at the date and place set forth above and was      ☐ Contested      ☒ Uncontested

3. Appearances waived

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005) and Montebello Community Health Services, Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                           **F 2016-1.3.ORDER.PAYMENT.FEES**

**Error! Unknown document property name.**

4. Applicant gave the required notice of the Application on (*specify date*): October 9, 2024 [D.I. 1202]

5. The court orders as follows:

    a. ☐ Application for Payment of Interim Fees is approved as follows:
        (1) ☐ Total amount allowed: _____.
        (2) ☐ Amount or percentage authorized for payment at this time: _____.

    b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☐ Total amount allowed: _____.

    c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 4,576,554.90

        Fees previously approved on an interim basis totaled $ 3,650,342.70. Final Fees additionally include $ 926,212.20 incurred in the Second Application Period (as defined in the Application).

    d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ 24,922.12

        Expenses previously approved on an interim basis totaled $ 22,994.39. Final Expenses additionally include $ 1,927.73 incurred in the Second Application Period.

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice

        (2) Grounds for denial (*specify*):

    f. ☒ The court further orders (*specify*):

    Any payments to Sheppard Mullin approved by this Order shall be made consistent with the Settlement Agreement approved by the *Order Granting Motion of Chapter 11 Trustee to Approve Compromise Among the Chapter 11 Trustee, U.S. Bank Trust Company, National Association, as Master Trustee, the Official Committee of Unsecured Creditors and Settling Professionals Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 1150].

###

Date: October 31, 2024

Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 2016-1.3.ORDER.PAYMENT.FEES

Error! Unknown document property name.