**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
DAVID I. HOROWITZ, P.C. (SBN 248414)
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone:      (213) 680-8400
Facsimile:       (213) 680-8074
Email:           david.horowitz@kirkland.com

*Counsel to Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC*

## UNITED STATES BANKRUPTCY COURT[1]
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL (A NONPROFIT PUBLIC BENEFIT CORPORATION), et al.<br><br>Debtors.<br><br>☒ Affects both Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc. | Lead Case No.: 2:23-bk-12359-VZ<br><br>Jointly administered with:<br><br>Case No: 2:23-bk-12360-VZ<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PER LOCAL BANKRUPTCY RULE OF SABRINA LIEBERMAN FILED BY INTERESTED PARTY PORTAGE POINT PARTNERS, LLC, TRIPLE P SECURITIES, LLC, AND TRIPLE P RTS, LLC [DOCKET NOS. 1672 AND 1673]** |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005) and Montebello Community Health Services, Inc. (3550). The mailing address for the Debtors is 309 W. Beverly Blvd., Montebello, California 90640.

**PLEASE TAKE NOTICE** that Portage Point Partners, LLC, Triple P Securities, LLC, and Triple P RTS, LLC hereby withdraw the *Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule of Sabrina Lieberman* [Docket No. 1672] and the *Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule of Sabrina Lieberman* [Docket No. 1673] filed on February 3, 2026.  The aforementioned documents are being withdrawn from the docket and will be re-filed per the instructions of the Court.

Dated:  February 4, 2026

By:   /s/ *David I. Horowitz*
_____
David I. Horowitz, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone:      (213) 680-8400
Facsimile:      (213) 680-8074
Email:            david.horowitz@kirkland.com

Counsel to Portage Point Partners, LLC, Triple P
Securities, LLC, and Triple P RTS, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2049 Century Park East, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): Notice of Withdrawal of Non-Resident Attorney to Appear in Specific Case Per Local Bankruptcy Rule of Sabrina Lieberman

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 3, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/4/2026 | David I. Horowitz | */s/ David I. Horowitz* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Abbott Laboratories Inc | Nathan Scott | nathan.scott@abbott.com |
| Advantis Medical Staffing | Elayne Goldmane | |
| Akerman LLP | Evelina Gentry and Anthony D. Sbardellati | evelina.gentry@akerman.com |
| Alhambra Hospital Medical Center | Terry Chu | |
| Allied Universal Security Services | Moises Rodriguez | moises.rodriguez@aus.com |
| Alvarez-Glasman & Colvin | Stephen T. Owens and Christy M. Garcia | sowens@agclawfirm.com; cgarcia@agclawfirm.com |
| Arthrex, Inc | Carla Pitcher | Carla.Pitcher@arthrex.com |
| Attorney General of the United States | U.S. Department of Justice | |
| Axis Spine Llc | DD Mate | dmate@axisspineco.com |
| Baxter Healthcare Corp | Yolieth Bazan Matamoros | yolieth_bazan@baxter.com |
| Beverly Community Hospital Association d/b/a Beverly Hospital (a Nonprofit Public Benefit Corporation) | CEO | |
| Blakeley LC | Scott E. Blakeley | SEB@BlakeleyLC.com |
| Boston Scientific Corp | Kathleen Homsab | Kathleen.homsab@bsci.com |
| Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Bryan Cave Leighton Paisner LLP | Eric S. Prezant | eric.prezant@bclplaw.com |
| Bryan Cave Leighton Paisner LLP | Vanessa Sunshine and Sharon Weiss | vanessa.sunshine@bclplaw.com; sharon.weiss@bclplaw.com |
| Bush Gottlieb, A Law Corporation | David E. Ahdoot, Kirk M. Prestegard and Adrian R. Butler | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com; abutler@bushgottlieb.com |
| California Department Of Health Care | Tomas J. Aragon | D'Andria.Lewis@dhcs.ca.gov; Christine.Oguro@dhcs.ca.gov |
| California Department of Health Care Services | Jennifer Kent, Director | |
| California Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Secretary of State | | |
| California State Board of Pharmacy | | |
| California Statewide  Communities Development Authority | Chair | |
| California Statewide  Communities Development Authority | James Hamill | jhamill@cscda.org |

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Center for Medicare and Medicaid Services | Steven Chickering, the Associate Regional Administrator | |
| Cepheid Inc. | Susan Jose | susan.jose@cepheid.com |
| Cloudwave | Loraine Sarno | lsarno@insightinvestments.com |
| Constellation New Energy-Gas | Zachary Kecyzkecy | |
| Dentons US LLP | Tania M. Moyron, Samuel R. Maizel and Rebecca M. Wicks | tania.moyron@dentons.com; samuel.maizel@dentons.com; rebecca.wicks@dentons.com |
| Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | |
| Elkins Kalt Weintraub Reuben Gartside LLP | Roye Zur | rzur@elkinskalt.com |
| Employment Development Dept. | | |
| First Financial Holdings Llc | Ricardo Oseguera | roseguera@ffequipmentleasing.com |
| Greenberg Traurig, LLP | Colleen Murphy, Kevin Walsh | Colleen.Murphy@gtlaw.com; Kevin.Walsh@gtlaw.com |
| Hanmi Bank | Specialty Lending | |
| Hanmi Bank | Specialty Lending | |
| Hanmi Bank | | |
| Hilco Real Estate | Attn Gary C. Epstein, Ryan Lawlor, Neil Aaronson and Robert Lubin | gepstein@hilcoglobal.com; rlawlor@hilcoglobal.com; NAaronson@hilcoglobal.com; RLubin@hilcoglobal.com |
| Huntington Technology Finance | Brent McQueen | brent.a.mcqueen@huntington.com |
| Internal Revenue Service | Attn Susanne Larson | |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | | |
| Internal Revenue Service | | |
| Jones Day | Joshua M. Mester and Catherine A. Ehrgott | jmester@jonesday.com; cehrgott@JonesDay.com |
| KCC | Adam Gorman | beverlyinfo@kccllc.com |
| Keenan and Associates | Eric Rodriguez | erodriguez@keenan.com |
| Kirkland & Ellis LLP | David I. Horowitz | David.Horowitz@kirkland.com |
| Kirkland & Ellis LLP | Ryan Blaine Bennett, P.C. | ryan.bennett@kirkland.com |
| Law Office of Nathan A. Schultz, P.C. | Nathan A. Schultz, Esq. | nschultzesq@gmail.com |

Core/2002 Service List

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Lowenstein Sandler LLP | Robert M. Hirsh and Phillip Khezri | pkhezri@lowenstein.com |
| Medical Information Technology, Inc | Goretti Medeiros | gmedeiros@meditech.com |
| Medical Solutions LLC | Ruben Ramirez | Nick.Rudman@medicalsolutions.com; brian.koenig@koleyjessen.com |
| Medline Industries Inc | Brent Fogel | bfogel@medline.com |
| Medstar Anesthesia Services Inc | Robert Resnick | robert.amedinc@gmail.com |
| National Association of Attorneys General | | |
| Nixon Peabody Llp | Jennifer O'Neal | joneal@nixonpeabody.com |
| Noridian Healthcare Solutions, LLC | Theresa Pachel | JE-ERS@noridian.com |
| Office of Inspector General (OIG) | Nicole Caucci | Nicole.Caucci@oig.hhs.gov |
| Office of the Attorney General | Emilio Varanini, Supervising Deputy Attorney General | Emilio.Varanini@doj.ca.gov |
| Office of the Attorney General | Neli Palma and Melissa Hamill | Neli.Palma@doj.ca.gov; Melissa.Hamill@doj.ca.gov |
| Office of the Attorney General | Roma Patel, Deputy Attorney General | Roma.Patel@doj.ca.gov |
| Office of the Attorney General of California | Consumer Law Section | Scott.Chan@doj.ca.gov |
| Office of the California  Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| Office of the California Attorney General | Department of Justice | |
| Orrick, Herrington & Sutcliffe LLP | Brendan LaFountain | |
| Outset Medical Inc | Andy Rabon | |
| Philips Healthcare | Jose Rivera | jose.rivera@philips.com |
| Private Attorney General Act (PAGA) | Jarrod Salinas | jarrod@phoenixclassaction.com |
| Richards, Watson & Gershon | Stephen D. Lee | slee@rwglaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | Jennifer L. Nassiri and Alexandria G. Lattner | jnassiri@sheppardmullin.com; alattner@sheppardmullin.com |
| Sheppard, Mullin, Richter & Hampton LLP | Justin R. Bernbrock, Catherine Jun and Robert B. McLellarn | jbernbrock@sheppardmullin.com; cjun@sheppardmullin.com; rmclellarn@sheppardmullin.com |
| Shiftwise | Jennifer Folds | jennifer.folds@medefis.com |
| Shulman Hodges & Bastian LLP | Michael J. Petersen | |
| Sills Cummis & Gross P.C. | Andrew Sherman and Boris Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Sodexho Inc & Affiliates | Luis Lunalluna | LuisLunalluna@beverly.org |

In re: Beverly Community Hospital Association, et al,
Case No. 23-12359 (SK)

Core/2002 Service List

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| State of California Employment Development Department | Bankruptcy Group MIC 92E | |
| Stryker Endoscopy | Joe Gallinatti | joe.gallinati@stryker.com |
| Stryker Instruments | Donovan Reiley | donovan.reiley@stryker.com |
| Stryker Orthopedics | Trent Zaks | TrentZaks@stryker.com |
| U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | |
| U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | |
| United States Attorneys Office | Central District of California | |
| United States Attorneys Office | Northern District of California | |
| United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| United States Department of Justice | Civil Division | augustus.t.curtis@usdoj.gov |
| United States Department of Justice | Ben Franklin Station | |
| United States Trustee | Peter C. Anderson | hatty.yip@usdoj.gov; Michael.Jones4@usdoj.gov |
| US Bank NA | Christopher H. Gehman Vice President, Global Corporate Trust Services | christopher.gehman@usbank.com |
| US Bank NA | | |
| USBC Central District of California | Hon. Sandra R. Klein | |

In re: Beverly Community Hospital Association, et al,
Case No. 23-12359 (SK)